1  William C. Rooklidge (SBN 134483)
   Gregory S. Cordrey (SBN 190144)
2  Jesse D. Mulholland (SBN 222393)
   HOWREY LLP
3  2020 Main Street
   Irvine, California 92614
4  949-721-6900
   949-721-6910
5  E-mail: rooklidgew@howrey.com
   E-mail: cordreyg@howrey.com
6  E-mail: mulhollandj@howrey.com

7  Mark D. Wegener (*pro hac vice* application pending)
   HOWREY LLP
8  1299 Pennsylvania Ave, NW
   Washington, DC 20004
9  Telephone: 202-783-0800
   Facsimile: 202-383-6610
10 E-mail: wegenerm@howrey.com

11 Attorneys for Plaintiff
   The Procter & Gamble Company

12

13            UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA

15             SAN FRANCISCO DIVISION

16

17 THE PROCTER & GAMBLE COMPANY,      )    Case No.: C 07-04413 JCS
                                      )
18                Plaintiff,          )    **DECLINATION TO PROCEED BEFORE**
   v.                                 )    **A MAGISTRATE JUDGE**
19                                    )            **AND**
   KRAFT FOODS GLOBAL, INC.,          )    **REQUEST FOR REASSIGNMENT TO A**
20                                    )    **UNITED STATES DISTRICT JUDGE**
                  Defendant.          )
21                                    )
                                      )    **DEMAND FOR JURY TRIAL**
22 _____  )

23

24      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

25 The undersigned party hereby declines to consent to the assignment of this case to a United States

26 ///

27 ///

28

_____
HOWREY LLP   Case No.  C 07-04413 JCS
             Declination to Proceed Before a Magis. Judge

1 | Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United

2 | States District Judge.

3 | DATED: August 31, 2007                    Respectfully submitted,

4

5 |                                           By _____

6

7 |                                           William C. Rooklidge
                                              Greg C. Cordrey
                                              Jesse Mulholland

8 |                                           HOWREY LLP
                                              2020 Main Street, Suite 1000

9 |                                           Irvine, CA 92614
                                              Telephone: (949) 721-6900

10 |                                          Facsimile: (949) 721-6910

11 |                                          Mark D. Wegener
                                              HOWREY LLP

12 |                                          1299 Pennsylvania Ave., N.W.
                                              Washington, DC 20004

13 |                                          Telephone: (202) 383-0800
                                              Facsimile: (202) 383-6610

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C 07-04413 JCS
Declination to Proceed Before a Magis. Judge        2

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )  ss.:
COUNTY OF ORANGE             )

      I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is .

      On August 31, 2007, I served on the interested parties in said action the within:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSSIGNMENT TO A UNITED STATES DISTRICT JUDGE

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Kraft Foods Global, Inc.
c/o C T Corporation System
818 West 7th Street
Los Angeles, CA 90017

[X]  (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X]  (PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each interested party.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on August 31, 2007, at Irvine, California.

_____
     Carol Fallon
    (Type or print name)

_____
      (Signature)

-1-