**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is .

On August 31, 2007, I served on the interested parties in said action the within:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSSIGNMENT TO A UNITED STATES DISTRICT JUDGE

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Kraft Foods Global, Inc.
c/o C T Corporation System
818 West 7th Street
Los Angeles, CA 90017

(MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

(PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each interested party.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on August 31, 2007, at Irvine, California.

| Carol Fallon | /s/ |
|---|---|
| (Type or print name) | (Signature) |

-1-

DM_US:20673794_1