1  William C. Rooklidge (SBN 134483)
   Gregory S. Cordrey (SBN 190144)
2  Jesse D. Mulholland (SBN 222393)
   HOWREY LLP
3  2020 Main Street
   Irvine, California 92614
4  949-721-6900
   949-721-6910
5  E-mail: rooklidgew@howrey.com
   E-mail: cordreyg@howrey.com
6  E-mail: mulhollandj@howrey.com

7  Mark D. Wegener (*pro hac vice* application pending)
   HOWREY LLP
8  1299 Pennsylvania Ave, NW
   Washington, DC 20004
9  Telephone: 202-783-0800
   Facsimile: 202-383-6610
10 E-mail: wegenerm@howrey.com

11 Attorneys for Plaintiff
   The Procter & Gamble Company
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 THE PROCTER & GAMBLE COMPANY,      )   Case No.: C 07-04413 JCS
                                      )
18                Plaintiff,          )   Hon. Phyllis J. Hamilton
   v.                                 )   Courtroom 3, 17th Floor
19                                    )
   KRAFT FOODS GLOBAL, INC.,          )   **SUPPLEMENTAL PROOF OF**
20                                    )   **PERSONAL SERVICE**
                  Defendant.          )
21                                    )
                                      )   **DEMAND FOR JURY TRIAL**
22
23
24
25
26
27
28

Case No. C 07-04413 JCS
SUPPL. PROOF OF PERSONAL SERVICE

HOWREY LLP

DM US:20683131_1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | | FOR COURT USE ONLY |
|---|---|---|
| WILLIAM C. ROOKLIDGE (SBN 134483)<br>GREGORY S. CORDREY (SBN 190144)<br>JESSE D. MULHOLLAND (SBN 222393)<br>HOWREY LLP<br>2020 MAIN STREET<br>IRVINE, CALIFORNIA 92614<br>(949) 721-6900<br>Attorney(s) for: PLAINTIFF<br>Ref.: 752310 WV | | |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION | | |
| THE PROCTER & GAMBLE COMPANY<br>VS KRAFT FOODS GLOBAL, INC. | | |

| PROOF OF DELIVERY | DATE: | TIME: | DEPT | CASE NUMBER:<br>C 07-04413 JCS |
|---|---|---|---|---|

1. At the time of delivery I was at least 18 years of age and not a party to this action, and I delivered copies of the:
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE DEMAND FOR JURY TRIAL

2. a. Party served:     KRAFT FOODS, INC.

   b. Person served:    CT CORPORATION SYSTEMS, INC., REGISTERED AGENT FOR SERVICE OF PROCESS, BY SERVING MYRA VELASCO, PROCESS SPECIALIST

   c. Address:
       818 WEST, 7TH STREET, 2ND FLOOR
       LOS ANGELES, CALIFORNIA 90017

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on: SEPTEMBER 4, 2007          (2) at: 8:00 A.M.

4. Person serving:
JOHN ALDANA
WORLDWIDE NETWORK, INC.
350 S. FIGUEROA STREET, SUITE 299
LOS ANGELES, CALIFORNIA 90071
(213) 620-9400

a. Fee for service $

b. Registered California process server
(1) Employee or independent contractor
(2) Registration No.: 5261
(3) County : LOS ANGELES

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 4, 2007

Rule 982(a)(23) Judicial Council of California

PROOF OF DELIVERY