```
William C. Rooklidge (SBN 134483)
Gregory S. Cordrey (SBN 190144)
Jesse D. Mulholland (SBN 222393)
HOWREY LLP
2020 Main Street
Irvine, California 92614
949-721-6900
949-721-6910
E-mail: rooklidgew@howrey.com
E-mail: cordreyg@howrey.com
E-mail: mulhollandj@howrey.com

Attorneys for Plaintiff
The Procter & Gamble Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | Case No.: C 07 4413 |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| KRAFT FOODS GLOBAL, INC., | |
| Defendant. | |

Mark D. Wegener, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004, (202)783-0800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Procter & Gamble Company,

///
///
///
///
///
///

Case No.
Order re Appl. For Admission *Pro Hac Vice*

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
3  Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filing in this action are subject to the requirements contained
5  in General Order No. 45, *Electronic Case Filing*.

7  DATED: September 10, 2007

   _____
   United States District Court Judge

9  DM_US #20629763_4

---

Case No.
Order re Appl. For Admission *Pro Hac Vice*          2

HOWREY LLP