```
 1  William C. Rooklidge (SBN 134483)
    Ben M. Davidson (SBN 181464)
 2  Gregory S. Cordrey (SBN 190144)
    Jesse D. Mulholland (SBN 222393)
 3  HOWREY LLP
    2020 Main Street
 4  Irvine, California 92614
    949-721-6900
 5  949-721-6910
    E-mail: rooklidgew@howrey.com
 6  E-mail: davidsonb@howrey.com
    E-mail: cordreyg@howrey.com
 7  E-mail: mulhollandj@howrey.com

 8  Mark D. Wegener (admitted *pro hac vice*)
    HOWREY LLP
 9  1299 Pennsylvania Ave, NW
    Washington, DC 20004
10  Telephone: 202-783-0800
    Facsimile: 202-383-6610
11  E-mail: wegenerm@howrey.com

12  Attorneys for Plaintiff
    The Procter & Gamble Company
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>Defendant. | Case No.: CV 07-04413 PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**DECLARATION OF BEN M. DAVIDSON IN SUPPORT OF THE PROCTER & GAMBLE COMPANY'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:  October 24, 2007<br>Time:  9:00 a.m.<br>Court: Courtroom 3, 17th Floor |

HOWREY LLP

Case No. CV 07-04413 PJH
Davidson Decl. ISO Motion for Prelim. Inj.

I, Ben M. Davidson, hereby declare:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California, including this court. I am a member of the firm of Howrey LLP, counsel for plaintiff The Procter and Gamble Company. Except as stated herein, the matters stated below are of my personal knowledge. If called as a witness, I could and would testify competently thereto.

2. Filed herewith as Exhibit 1 is a true and correct copy of United States Patent No. 7,169,418 B2 (Dalton, et al.), issued January 30, 2007.

3. Filed herewith as Exhibit 2 is a true and correct copy of the file history of Reexam Control No. 95/000,219 for United States Patent No. 7,169,418 B2 (Dalton, et al.).

4. Filed herewith as Exhibit 3 is a true and correct copy of U.S. Patent Application Publication No. US 2007/0187420, published on August 16, 2007.

5. Filed herewith as Exhibit 4 is a true and correct copy of a page from Kraft's website referring to a "New *Maxwell House* Packaging" using a blue metal can. In trying to locate a Maxwell House 39-ounce plastic container at retailers, an employee supervised by me has found retailers who continue to offer Maxwell House only in a metal can.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of September, 2007, at Irvine, California

HOWREY LLP

By _____
Ben M. Davidson

Attorneys for Plaintiff
The Procter & Gamble Company

DM_US:20673979_1

Case No. CV 07-04413 PJH
Davidson Decl. ISO Motion for Prelim. Inj.

HOWREY LLP