# EXHIBIT 4






**Packaging**

A Fresher Biscuit
*Barnum's Animals* Crackers
*Lunchables*
*Maxwell House*
*Oscar Mayer*
Powdered Soft Drinks
Reusable Cheese Packages

### New *Maxwell House* Packaging



*Maxwell House* has incorporated various innovative packaging techniques throughout the years. In 1967, *Maxwell House* introduced the revolutionary *Max-Pax*, a pre-measured ground coffee, compressed into donut-shaped rings and packaged in filters, ready to be dropped into percolator baskets. In 1983, *Maxwell House* became the first company to convert its cans from a soldered to a welded seal, promoting greater freshness and extending the product's shelf-life. By 1988, because of new technology, *Maxwell House* coffee was made available in 13-ounce cans, yet it was still able to provide the same number of cups as the previous 16-ounce cans. One year later, *Maxwell House* introduced Filter Packs, pre-measured ground coffee in filters for automatic drip coffee makers.





In 2001, *Maxwell House* introduced a new "EZ Open lid," which completely eliminated the need for a can opener on its coffee cans. This technological innovation allows *Maxwell House* to continue to lock in its signature flavor and freshness, while consumers simply need to pull off a seal.



In late 2002, *Maxwell House* introduced the new "Fresh Seal Technology," which allows the coffee to be packed at the peak of its freshness. The technology has a one-way valve that lets coffee's natural gasses escape without air getting in.









**Did You Know..?**
Click an image above to learn fun and interesting facts about our history.

In recent years, the *Milka* cow has become so interwoven into the popular culture that when German school children are asked to draw a farm scene, they often color the cows lilac. More>>

*Mr. Peanut* was the brainchild of a 14-year-old boy who entered a *Planters*-sponsored trademark contest in 1916. More>>

*Oscar Mayer* hires recent college graduates to hold the coveted position of "Hotdogger" and travel the country driving the *Wienermobile* and promoting *Oscar Mayer* products. More>>

*Kool-Aid* Man, continually ranked by kids as one of the most-loved brand mascots, has been honored with a footprint ceremony at Mann's Chinese Theatre in Hollywood. More>>

www.comidakraft.com was one of the first-ever bilingual food Web sites. More>>

In 1976, *Maxwell House* introduced the first coffee specially ground, blended and roasted for use in automatic drip coffee makers. More>>

Made of wheat and malted barley, *Grape-Nuts* was so named because its inventor, Charles William Post, said that grape sugar was formed during the baking process and described the cereal as having a nutty flavor. More>>

*Jacobs* Kaffee now enjoys a 30 percent share of the European coffee market and the *Jacobs* brand is the largest-selling dry grocery product in Germany. More>>

Named by merging the family name, Tobler, with Italian specialty nougat candy Torrone, *Toblerone* was introduced to the world in 1908, and a year later became the first patented milk chocolate candy that contained a unique combination of almonds and honey. More>>

*Oreo* cookies were among the first "interactive" foods - offering people myriad ways to enjoy them, including dunking them in milk, twisting the cookies apart. More>>

The innovation of *Minute* Rice cut rice cooking time from one hour to less than 10 minutes, and single-handedly spawned the quick-cooking rice market segment. More>>

Within one year of its national introduction in 1950, *Kraft* Deluxe process cheese slices became the most successful product introduction in the company's then nearly 50-year history. More>>

By soaking coffee beans in brine, Dr. Ludwig Roselius developed a technique that removed 97 percent of the caffeine from coffee without removing the flavor. More>>

J. L. Kraft revolutionized the production of cheese when he discovered that if he heated and continuously stirred cheese, then placed it in a sterile container, when the cheese cooled, it would regain its solid state. More>>

*Oscar Mayer* was among the first meat packers to put its name on meat products, a marketing tool that helped differentiate its products from its competitors. More>>

National Biscuit Company (later renamed Nabisco, Inc.) took a major step forward in 1898 by packaging *Uneeda* biscuits in a revolutionary, patented "in-er-seal" package, an ingenious system of inter-folded layers of wax paper and cardboard. More>>

Each year, *Nabisco* uses nearly 3,000 miles of string to harness the *Barnum's Animals* crackers packages. More>>

To differentiate *Kraft* cheese spreads from the competition in the early 1930s, *Kraft* sold its spreads in brightly decorated five-ounce glass jars called *Swankyswigs* that could be reused as drinking glasses. More>>

*Oscar Mayer* established a research division in 1941, solely dedicated to developing new and improved packaging concepts, including the "slice pak," the first vacuum-package designed for sliced cold cuts, and the "chub" package, vacuum-sealed tubes containing liver sausage, pork sausage and sandwich spreads. More>>

In 2001, *Maxwell House* introduced a new "EZ Open lid," which completely eliminated the need for a can opener on its coffee cans. More>>