# EXHIBIT 1

English | Es[

 **ARTHRITIS FOUNDATION®** Take Control, We Can Help™

Keyword Search: 

Home | Donate | Arthritis Today Magazine | Advocacy | Research | Events & Programs | Diseases | Resources | Sto

Find Your Local Office

Become a Member

RA Connect

Message Boards

Questions and Answers

2006 Top 10 Arthritis Advances

Focus on You

Easy to Use Products

Tips for Living with Arthritis

Guide to Sports Injury Prevention

Arthritis in the Workplace

Travel and Arthritis

Volunteering

Dogs and Arthritis

View Cart

 *Easy to Use*

| | | |
|---|---|---|
| Appliances | Diabetes Supplies | Exercise Equipment | Home and Garden |
| Health Aids | Delivery Systems | Kitchen Products | Office Products |
| Orthopaedic Devices | Golf Products | Therapeutic Pain Relief | Home Furnishings |
| Mobility Aids | | Home | |

Easy-To-Use Products -- Complete List

**Office Products**
Cardinal Easy Open Binders
Cardinal SpineVue Binders
LightSource Comfort Grip Magnifiers
Pilot Dr. Grip Pen & Pencil
Swingline LightTouch Heavy Duty Punch
Swingline Speed Pro Electric Stapler
Swingline High Capacity Desk Stapler

**Appliances**
Braun Contour Series
Braun Complete 360
Braun Pulsonic
Oreck Upright Vacuums
Whirlpool Duet Washer & Dryer

**Health Aids (Packaging)**
1-Clic Packaging System
Advil
Aleve
BenGay
Castiva
Tylenol EZ-Open Package
Tylenol Push & Turn Packages

**Diabetes Supplies (Packaging)**
ACCU-CHEK Aviva System
ACCU-CHEK Compact
BREEZE Meters
DrumAscensia BREEZE Meter
OneTouch Ultra Test Strips

**Delivery Systems**
Enbrel Dosing System
Healthpoint Spray Emulsion
Humira Injection Device
Kineret Injection Device
Nasonex
Xal-Ease

**Orthopedic Devices**
DonJoy Braces

**Therapeutic Pain Relief**
Bodi Heat
Heat Treat Warmers

**Home and Garden**
BIONIC Gardening Glove
BIONIC Rose Glove
Fiskars PowerGear Garden Tools
Flexon Guard-N-Grip Hose Connector
GearWrench X-Beam
Sonic Scrubbers

**Kitchen Products**
Hefty OneZip
Folgers AromaSeal Canister
Maxwell House EZ Grip Lids
Sonic Scrubbers

**Exercise Equipment**
NuStep® Recumbent Cross Trainer
Soloflex WBV Platform

**Golf Products**
BIONIC Golf Glove
FootJoy Shockstopper Gloves
Golf Pride Grips

**Home Furnishings**
Tempur-Pedic Swedish Mattresses

**Mobility Aids**
Hoveround
Liberty Cane



Have you ever ached to find easy-to-open packages or bottles? Utensils and tools designed to be comfortable as well as easy to use and effective?

The Arthritis Foundation created a program to encourage manufacturers to design with "Ease-of-Use" in mind. Listed below are some of the products and packaging that have been submitted for review to an independent panel of people with arthritis and health professionals, and have received a favorable review for Ease-of-Use. These products carry the Arthritis Foundation Ease-of-Use Commendation Logo. (The makers of these products make an annual contribution to the Arthritis Foundation in support of our mission.) The following are listed in alphabetical order by product:

## 1-Clic® Packaging System from Rexam



In recognition of its inventive packaging design for pharmaceutical vials, Rexam has received an Ease-of-Use Commendation for its 1-Clic Packaging System. The name 1-Clic comes from the design of the easy-open reversible closure which provides a single audible "click"
to indicate the closure has been secured correctly – a feature that encourages consistent and proper use. The closure can be used in a child-resistant or non-child-resistant position, a feature seniors and arthritic patients value. Ask your pharmacist to fill your next prescription in a 1-Clic vial from Rexam.

For more information, questions, or comments call the Rexam Prescription Products Customer Care Center at 1-800-321-3391, or visit our website at www.rexam.com or e-mail us at prescription@o-i.com.



## ACCU-CHEK® Aviva System

The ACCU-CHEK Aviva system is the first meter-strip combination to receive the ease-of-use commendation. It is designed to fill quickly with a tiny drop and test right the first time to avoid painful resticking.[1] The ACCU-CHEK Aviva meter: the easy-grip meter with the easy-handle strips. Find out more at accu-chek.com, or call 800-858-8072.

[1] Data on file.



faucet or spigot and is just as easy to remove as it is to attach. Designed with ease-of-use in mind, the Guard-N-Grip connector eliminates any need to use a wrench to connect the hose to the faucet. The Guard-N-Grip connector is designed for anyone to use regardless of age or physical strength. For more information visit www.flexonhose.com.

## Folgers AromaSeal™ Canister




The Folgers© AromaSeal™ Canister has received the Ease-of-Use Commendation for its unique and convenient features that help preserve Folgers' fresh Mountain Grown® aroma:

> A convenient handle that's easy to hold.
> An inner seal that peels away easily and eliminates the need for a can opener.
> A snap-tight lid that helps seal air out and seals aroma in.
> Designed to help seal in freshness, the canister is also lightweight and stackable

The AromaSeal™ Canister is a product of The Folger Coffee Company, Cincinnati, OH 45202. For more information, visit www.folgers.com.

## FootJoy® Shockstopper® Golf Gloves



FootJoy®, the #1 glove in golf, introduces ShockStop™ Leather Technology located on the palm, fingers and thumb: positioned in key areas of the glove helps reduce shock and protect the hand from the club's vibration. Holofiber® Technology helps improve grip strength. Soft, Cabretta leather along the palm and hand improves overall comfort and enhances grip dexterity. Patented magnetic ballmarker (QMark) exclusive to FootJoy provides quick and easy access to mark you ball. Conforms with both USGA Rules and R&A Rules of Golf.

For more information, visit our website at: www.footjoy.com .

Available February 2007.

© 2007 Acushnet Company. Acushnet Co. is an operating company of Fortune Brands, Inc. NYSE: FO.

## GearWrench® X-BEAM™



The revolutionary GearWrench® X-BEAM™ ratcheting wrench increases user comfort and control without compromising access to tight spaces or strength and is the first hand tool to ever receive the Arthritis Foundation's Ease-of-Use Commendation. Through a unique forging process, the X-BEAM™ handle design features one end at a 90-degree angle from the other. This allows up to 500 percent more hand contact area compared to traditional wrenches and dramatically increases user comfort when used to tighten or loosen fasteners. Additional information about the entire GearWrench® product line is available online at www.gearwrench.com.