# EXHIBIT 2



Select Industry
- Select -

DuPont Home « Packaging & Graphic Arts « Packaging « News & Events

# Winners of the 17th DuPont Awards for Packaging

View recent DuPont Award winners by year:   2006   2005   2004   2003

WILMINGTON, Del., Aug. 6, 2004 -- At a ceremony at the Kimmel Center for the Performing Arts in Philadelphia, DuPont announced winners of the 17th DuPont Awards for Innovation in Packaging. The competition honors innovation in food processing and packaging from all across the supply chain - from technology and processes to equipment and converters to the end use packagers. With 104 entries, this year's 8-member judging panel had a difficult task. Twenty-two international food and non-food packaging innovations received awards. Among those honored, the winners deemed most innovative by the judging panel received the prestigious Diamond Award.

And the winners were ...

## DIAMOND AWARD WINNERS

**The Paper Products Ltd. - India**
**GlaxoSmithKline - Nigeria and USA**



Holographic Foil for Blister Packs help to prevent counterfeiting of pharmaceutical products. The focus of this technically superior innovation incorporates continuous hologram security seals in the foil of pharmaceutical blister packs, including surface printing with a gravure process to provide added counterfeit protection.

**The Procter & Gamble Company - USA**
**Liquid Container Co. - USA**
**Amcor Flexibles - USA**
**Erie Plastics - USA**
**Multi-Color Corporation - USA**



Folger's AromaSeal(tm) Shaped Plastic Coffee Canister is a packaging paradigm shift for coffee, replacing a 150-year tradition of metal cans. The 6-layer co-extruded canister is

dent and ding resistant, is lightweight and stackable. The molded-in handle, a value-added packaging feature, enhances the consumer's coffee experience. AromaSeal™ is a registered trademark of the Folger Coffee Company, a wholly owned subsidiary of The Procter & Gamble Company.

**Morningstar Foods, Inc. - USA**
**Owens-Illinois, Closure & Specialty Products - USA**



Morningstar International Delight Coffee Creamer Customized Toggle Dispensing Closure is ergonomically designed and provides for one-handed opening and closing. A toggle-closing end is designed to provide for a clean shut-off with minimal drip and no leftover residue while providing a secure seal for refrigerated storage. The dispensing closure is injection molded polypropylene.

## GOLD AWARD WINNERS

**Kraft Foods - USA**
**Printpack - USA**



Ritz® Chips transition into an entire new package platform for chips. This flat-bottomed, easy open, stand up pouch affords a peelable easy open function with convenient peel-off-tab for reclosure. The side-gusseted format affords easy, convenient access to the chips, which themselves are a straddle snack that delivers the wholesomeness of Ritz® in a chip-like format. The tandem adhesive lamination structure exceeds key attribute requirements of high impact graphics, product shelf life barriers, high-speed machinability, and consumer functionality. Sales for this new package surpassed expectations, and the package is part of the reason. The innovative flat bottom bag allows for a great billboard on the shelf and a great package to munch from with reclosure for portion control.

Ritz® is a registered trademark of Kraft Foods.

**Ross Products, Division of Abbott Laboratories - USA**
**Crown Cork & Seal - USA**
**Owens-Illinois Plastics Group - USA**
**American Fuji Seal - USA**
**Bemis Flexible Packaging - USA**
**Weyerhaeuser - USA**
**Innovations & Development, Inc. - USA**



Ensure® Ready to Drink Reclosable Plastic Bottle is a new innovative package developed for adult nutritional liquid products. The structural design of the bottle provides strength against stresses endured during thermal processing. The integrity of the hermetic seal is delivered through a closure system in combination with a unique bottleneck finish. Improved consumer convenience of reclosability, portability, and improved grip features are delivered with the new package for single-serve nutritional products. High-quality graphics on the label and multi-pack bundle film highlight value-added features. From the two-piece composite closure and the 6-layer barrier plastic bottle to the full body shrink film and 7-color rotogravure reverse printing on the label, this package meets a new generation with vitality.

Ensure® is a registered trademark of Abbott Laboratories.

**EDV Packaging Solutions - Spain**
**Nutrexpa S.A. - Spain**



La Piara Pate Spreads in transparent rigid barrier packs are a unique PP barrier thermoformed cup which avoids oxygen and ultraviolet oxidation, withstands sterilization of the packed products for long shelf-life, and at the same time offers a highly transparent, anti-static finish. These properties allow a differentiated marketing and have contributed decisively to create a new category for pate spreads. The package design comprises a 5-layer structure, which offers transparency to a high-rigidity polypropylene that can withstand pasteurization for over one hour. Barrier to oxygen is achieved with thermal resistant EVOH. DuPont™ Bynel® is used for its high-temperature resistance. Bynel® is a registered trademark of DuPont and its affiliates.

**MonoSol, LLC - USA**
**The Procter & Gamble Company - Belgium**



Cascade 2 in 1 ActionPacs are dual compartment water-soluble film packaging for automatic dishwashers. Cold-water soluble MonoSol film made from cast co-polymer polyvinyl alcohol provides a dual functionality. Both powder detergent and liquid grease-cutter are housed in a dual compartment sachet giving the customer the benefits of both products.

## SILVER AWARD WINNERS

**Curwood, Inc. - USA**
**Zip-Pak, an ITW Company - USA America - USA**
**Plumrose USA Inc. - USA**
**CFS North America - USA**



Plumrose/Danola HFFS Slider Package with Curwood IntegraScore® Opening Feature represents one of the first formable HFFS packages to incorporate a slider zipper. The zipper feature provides consumers an easy and convenient way to access the product. The precise scoring technology provides directional tear in the package. A hermetically sealed "hood" around the slider zipper creates the added benefit of a tamper-evident feature. The hood is completely removed allowing the consumer unimpeded access to the slider zipper. The package utilizes an extrusion PET film technology, which allows the film to tear cleanly while still maintaining good formability and stiffness. It is produced on 3-lane thermoform/fill/seal packaging equipment and was chosen by Plumrose to echo the premium characteristics of its new line of Deli Classic meats. IntegraScore® is a registered trademark of Curwood, Inc.

**Shepherd Thermoforming and Packaging Inc. - Canada**
**Bee-O-Sphere Technologies - Canada**
**Petco - Canada**



Bee-O-Pac plastic packaging system for the collection of comb honey is a design innovation, a completely new way

for beekeepers to harvest comb honey from their bees. This patent-pending invention is taking bees and harvesters by surprise. The frame is thermoformed using APET material and is designed to be used in the hive with individual package bases filled by the bees. Once filled, the bases are separated from the frames. A lid has been designed to snap to the bases and incorporate a label wrap for tamper evidence.

**Alcan Packaging - USA**



Improved Breathable Swiss Cheese Film is designed to allow gas to escape but keep oxygen out. A proprietary combination of materials allows the optimum barrier/permeation for successful 6-months shelf life of Swiss cheese slices and chunks. The film has been designed for excellent moisture barrier to prevent the cheese from prematurely drying out. The dual-oriented film construction also provides high stiffness and excellent flex crack resistance.

**Alcan Packaging - USA**
**J.P. Lamborn Company - USA**
**Honeywell Specialty Films - USA**



Moldgard™ Antimicrobial Inner Core Film for HVAC Flexible Ducting represents the commercialization of a new innovative product offering for flexible air ducts. This innovation controls certain molds and bacteria and is environmentally safe and effective. The 2-layer coextrusion machine direction oriented nylon cast film containing a blended skin layer of permanently embedded antimicrobial is designed to provide a fungistat and biostat when used in conjunction with HVAC flexible air ducting. The end result is a long lasting and effective antimicrobial product effective against common molds and bacteria.

Moldgard™ is a trademark of Alcan Packaging.

**Hawaiian Tropic / Tanning Research Labs, Inc. - USA**
**Empire/Emco, Inc. - USA**



Hawaiian Tropic Oil Free Faces is a sheer, reflective, oil free facial sunscreen and daily moisturizer. With an elegant flamingo pump and a functional embedded mirror on the front of the package, this is a real consumer eye-catcher. The mirror aids in error-proof application. The flamingo style pump is easy to use and has a quarter lock turn mechanism, which makes the package a great on-the-go bottle without the worry of spillage or leaking.

**Alcan Packaging - USA**
**Tapemark Company - USA**



Soluble Film Drug Delivery Pouch is a peelable pouch for "quick dissolve" soluble films with high barrier properties. The pouch is transparent for product display. Using a 2-structure combination allows for one side to be clear and the other to use a cost-effective foil lamination. The foil lamination has essentially zero transmission of both gas and moisture. The package provides a flexible thin film alternative for

nutriceutical and pharmaceutical applications. The single dose pouch provides both product and dosage protection.

**Alcan Packaging Cebal Americas - USA**
**Nypro, Inc. - USA**
**Perident, Inc. - UK**
**GlaxoSmithKline - USAA**



Aquafresh Floss'N'Cap™ Laminate Toothpaste Tube is a new toothpaste package that is a combination of toothpaste tube, flip top cap, and floss dispenser for oral care all in one package. Floss'N'Cap™ is a value added improvement to toothpaste packages. It is a two-in-one tube that eliminates the need for separate secondary packaging. The technical innovation is the engineering involved with fitting the floss container to the cap of the tube.

Floss 'N' Cap™ is a trademark of GlaxoSmithKline.

**Cryovac Food Packaging Division, Sealed Air Corporation - USA**
**Flexplay Technologies, Inc. - USA**
**Technicolor - USA**



Cryovac® OS Systems Technology for Flexplay Enabled ez-D® DVD is a proprietary oxygen scavenging technology that establishes and maintains an extremely low oxygen environment within the package. The ez-D® DVD has a preset viewing window that begins when the disc is removed from the package. Both fully co-extruded and laminated films have been developed for the application. Because it is an invisible component the oxygen scavenger gives consumers a clear view of the product. Both consumers and retailers value the hassle-free home entertainment alternative that ez-D® provides. There is no need to return rented movies. The distribution channels are expanding to include convenience stores with much success.

ez-D® is a registered trademark of Flexplay Technologies, Inc.

**American Packaging Corporation - USA**
**Orlandi, Inc. - USA**



ColorKiss Lipstick Applicator is a technologically advanced cosmetic product/packaging solution offering unprecedented advancements in packaging, sampling and consumer convenience. Patented technology provides unparalleled levels of protection against heat and pressure while maintaining the lipstick product's creamy, amorphous form for a smooth and hygienic, single-use application. The package is a multi-layer lamination containing PET film and ethylene copolymers with a heavy weight PET film and protective cover.

**The Paper Products, Ltd. - India**
**Unilever - India**

 

Sunsilk Shrink Sleeves are printed both in reverse and surface, using special inks that create a sharply contrasted frosty/soft look, with a high-gloss, highlighted effect in specific areas. A complex 8-color graphics printing process is used.

Clinic All Clear Shrink Sleeves are printed in reverse using an 8-color graphics printing process and then a special process of hot foil stamping is used to achieve hot foil transfer on the heat sensitive sleeve, without distortion, despite the best sensitive nature of the film.

### PenJet® Corporation - USA



PenJet® is a nitrogen gas powered, pre-filled single-dose disposable needleless safety syringe. Medical grade polycarbonate is used in the package. Both a design and technical innovation, PenJet® is a new discipline in device safety as well as pharmaceutical delivery. The one-piece main injector housing is produced in medical grade polycarbonate.

PenJet® is a registered trademark of PenJet Corporation.

### Hassia Verpackungsmaschinen GmbH - Germany and USA



Bottle Cup thermoformed cups made of flat PS or multilayer material sheet. These cups are formed, filled and closed on the same machine. An integrated in-mold labeling system decorates these fun, consumer-friendly cups. These on-the-go cups can be used in several food packages such as yogurt, fitness drinks, dressings, and sauces. Providing for flexible production, the Bottle Cup can be produced in a number of shape variations. The Bottle Cup is a design innovation for thermoform, fill, and seal packaging machines by using different forming tools on existing equipment to produce inverted bottles. And, if the aseptic version is utilized, shelf life is greater than one year.

### Alcan Packaging - USA
### Heinz - North America



Heinz Premium Condiment Stand-Up Pouch makes for the perfect condiment on any restaurant table or food service establishment. Serving a specific niche, condiment packaging is a sound use for the versatile stand-up pouch. The inherent nature of this flexible film packaging results in an enhanced graphic area for brand identification. The packaging material doubles as the label and uses 8-color flexographic printing to create a premium look. These individual pouches are horizontally filled and provide strong seal performance for a variety of different condiments in a stand-up package with extended shelf life.

## SPECIAL CITATIONS

Normally there are only three award-winning levels: diamond, gold and silver. This year, however, the judging staff awarded a fourth category, Special Citation, to those companies whose entries were so unique they felt recognition was appropriate. Recognized were:

### Sintecplast, Ltd. - Colombia



Synthetic Paper is a product that is seen, felt, behaves, and used as traditional paper, but is a synthetic paper. The paper is made with high-density polyethylene, calcium carbonate, pigment and other components in small quantities, that may

vary according to the formulation that is to be prepared. It is used in the fast food, industrial butter areas to wrap moist or greasy foods and to wrap candies. The wrap has little memory, good fold, good twist and its high impermeability prevents grease to cross over. The market impact has been excellent and consumers are very satisfied. The synthetic paper is printed using flexographic and rotogravure using inks diluted in alcohol.

**Gibbs & Soell, Inc. - USA**
**Wilkinson Manufacturing - USA**
**Cargill Dow LLC - USA**



NatureWorks® PLA Packaging is made from corn and is a clear, nature-based alternative to traditional fossil fuel derived food containers. The natural package can be composted in industrial facilities. The carbon and other elements in natural plant sugars are used to make plastic, called polylactide (PLA), through a simple process of fermentation, separation, and polymerization. NatureWorks(tm) PLA is helping retailers worldwide draw attention to and drive sales for their fresh food products, including delicatessen, bakery, and produce items.

Nature Works® is a registered trademark of Cargill Dow LLC.

### The Judging Panel

Jeff Barach
National Food Processors Association (NFPA)
Washington, DC USA

Duane Buelow
Alcan Flexible Packaging
Neenah, Wisconsin USA

Professor Colin Dennis
Campden & Chorleywood Food Research Association (CCFRA)
Gloucestershire, United Kingdom

Suresh Gupta
The Paper Products Ltd.
Maharashtra, India

Bob Heitzman (Judging Panel Chair)
Vice President and Publisher
*Packaging Digest* Magazine
Oak Brook, Illinois USA

Graham Houlder
Unilever Bestfoods
The Netherlands

Ben Miyares
Packaging Machinery Manufacturers Institute (PMMI)
Bay Village, Ohio USA

Pat Reynolds
*Packaging World* Magazine
Chicago, Illinois USA

### DuPont Awards Facts

The DuPont Awards for Innovation in Food Processing and Packaging were inaugurated in 1986 as an international industry competition.

DuPont sponsors the competition in cooperation with Campden and Chorleywood Food Research Association in Gloucestershire, England, and the National Food Processors Association in Washington, D.C.

Entries are evaluated on the following overall criteria:
* Degree of innovation
* Breadth of application
* Significance/impact on industry or consumers
* Marketing innovation of the packaged product
* Impact of the packaging on consumer or industry buying decisions

The Awards recognize industry innovations that utilize plastic packaging materials in food and non-food categories.

The food category recognizes advancements from all parts of the food chain, which are made possible, or more productive, by the use of plastic packaging.

The non-food category recognizes innovations that use plastic packaging in industrial, cosmetic, medical or other non-food-related industries.

The competition's most significant new development receives the prestigious Diamond Award.

Entries need not include a DuPont product to be eligible.

Entries are judged by an international panel of qualified experts representing food processing and packaging industries, graphics experts, equipment suppliers, academia, the trade press and governmental, environmental and trade organizations.

Since its inception in 1986, the competition has received more than 700 entries from over 35 countries. During that time, over 160 innovations have been honored.

FAQ | Supplier Center | Site Map | Legal Notices & Terms of Use | PRIVACY

Do you have an upgrade or comment about this page? Please contact Corporate Information Center.

Copyright © 2006 DuPont. All rights reserved. The DuPont Oval Logo, DuPont™, The miracles of science™ and all products denoted with ® or ™ are registered trademarks or trademarks of E. I. du Pont de Nemours and Company or its affiliates.