# EXHIBIT 3



Institute of
**Packaging
Professionals**

Member Login      Join IoPP      Renew Your Membership      Update Your Ir

Contact IoPP          Who's Who in Packaging          Keyword Search



Home
About IoPP
Membership Opportunities
Benefactors
Corporate Sponsors
Educational Programs
Book Store
Certification Program-CPP and CPIT
AmeriStar Package Competition
Environmental Electronics Packaging Certificate Program
IoPP Journal of Packaging
IoPP Newsletter
Career Center
Calendar of Events
IoPP Leadership Information
Member Directory
Speakers Bureau
Chapter News and Info
Technical Committee News and Info
Honors & Awards
Industry Links
On-Line Surveys

Home --> AmeriStar Package Competition --> 2004 AmeriStar Winners

## 2004 AmeriStar Package Award Winners

### AmeriStar Best of Show (sponsored by Lansmont):

### Category: Household Products

### *OxyKIC®*

OxyKIC is a revolutionary dual chamber spot and stain remover system. The actuator is specially designed to combine the two chambers of formulas (oxygen-based and cleaning formula) into one powerful spray.

Contact:

BISSELL Homecare Inc.

Patrick Laurie

616-735-1478

pat.laurie@bissell.com

AmeriStar Pack
Competition Hc
2007 Receptior
2006 AmeriSta
Competition Sc
Judging Criteri:
Award Categor
How to Enter
Entry Fees and
2007 Entry For

Packaging Consultants Council

IoPP Logo for Download

Download Adobe Acrobat Reader (For Viewing .PDF Files)

Site Map

Legal/Privacy



## 3M Integrity Award (sponsored by 3M):

### Category: Food

### *Frito-Lay 24 Count Variety Sack*

The 24 Count Variety Sack offers consumers a compact, pantry friendly, conveniently handled sack, with easy opening. This package replaces the traditional shrink wrapped corrugate tray. Package provided Frito-Lay with improved sales billboarding with an increase of over 300%, while reducing package weight by 85%.



Contact:

Frito-Lay

Marty Dierl

972-334-4952

marty.dierl@fritolay.com

---

### *All other AmeriStar winners:*

### Category: Food

### Folgers AromaSeal™ Container

A revolutionary plastic canister that replaces the 150 year old steel can and



brings consumers that fresh Folgers'
Mountain Grown® aroma every morning. This package
represents a dramatic change in the industry – as dramatic a
move since glass was replaced by plastic 20 years ago.

Contact:

Procter & Gamble

Gerald Buisson

513-634-7497

buisson.gl@pg.com

---

**Ensure Plastic Bottle**

Ensure's® innovative package
was developed for dairy-based
nutritional liquid products. The
container was designed to
withstand thermal processing,
provide seal integrity, maintain
product shelf stability, and
improve consumer convenience
through value added features.



Contact:

Ross Products, Div. of Abbott Laboratories

Pete Macauley

614-624-6645

pete.macauley@abbott.com

**Frito-Lay 24 Count Variety Sack**



The 24 Count Variety Sack offers consumers a compact, pantry friendly, conveniently handled sack, with easy opening. This package replaces the traditional shrink wrapped corrugate tray. Package provided Frito-Lay with improved sales billboarding with an increase of over 300%, while reducing package weight by 85%.

Contact:

Frito-Lay

Marty Dierl

972-334-4952

marty.dierl@fritolay.com

**Marks & Spencer Microwaveable Retortable Pouch**



Offering the convenience of easy-opening laser scoring and in-pouch microwaveability, the gravure-printed graphics and see-through product window on this pouch also offer striking shelf appeal.

Contact:

CLP Packaging Solutions

Leslie Gurland

973-808-4441

lzilian@clppackagingsolutions.com

---

**Powdered Sugar Shaker / Cinnamon Sugar Shaker**

The Imperial Sugar Powdered Sugar
Shaker brings innovation to the powdered
sugar category. This grocery segment has
been unchanged for over 25 years. This
package makes using powdered sugar fun
and easy for the whole family. Its easy-
to-grip bottle and dual dispensing closure
allows consumers to sprinkle powdered
sugar on all of their favorite foods without the mess of
spooning it out of the current package. 

The Imperial Sugar Cinnamon Sugar Shaker combines the
great tastes of cinnamon and sugar with an attractive
package. The easy-to-grip bottle and dispensing closure
make it easy for the whole family to use. The eye-catching
graphics of the shrink label add appetite appeal and great
shelf impact.

Contact:

Imperial Sugar Company

Mark Yunker

281-490-9671

mark.yunker@imperialsugar.com

---

**Stand-up pouch for granulated sugar**

Case 3:07-cv-04413-PJH    Document 17-4    Filed 09/14/2007    Page 7 of 12

The Imperial Sugar stand-up pouch brings innovation to the granulated sugar category. This grocery segment has been unchanged for over 75 years. Pouch corrects the top five reasons consumers hate sugar packaging: 1) it's easy to open; 2) it opens without mess; 3) its waterproof; 4) it will not leak on the way home from the store; and 5) it's reclosable. For the retailer, the pouch offers a one-touch display shipper that reduces distribution damage and allows for aisle display.



Contact:

Imperial Sugar Company

Mark Yunker

281-490-9671

mark.yunker@imperialsugar.com

---

**Stagg Chili**

The Tetra Recart™ Stagg® Chili package breaks new ground as the first U.S. food in a retorted paperboard carton. The Tetra Recart™ technology has the potential to reshape U.S. food packaging with a cost-competitive alternative to cans.



Contact:

Tetra Pak Inc.

Stephen Hellenschmidt

847-955-6454

steve.hellenschmidt@tetrapak.com

---

### Treat Toppers



New Pillsbury Treat Toppers™ Squeeze
Frosting is a delicious way for you and your
family to transform everyday baked goods
and snacks into your own personalized treats.
Simply squeeze the creamy frosting from the
Doughboy® shaped bottle onto anything you
like, such as cupcakes, cookies, brownies,
graham crackers, waffles, fruit and more.

Contact:

J.M. Smucker

Matthew Lorence

952-404-7597

matt.lorence@jmsmucker.com

---

### Asian Style Selection and Cooked Rice

Asian Style Selections™ entrées and
Cooked Rice from Homestyle
Express® are 18-ounce, family-sized
portions prepared fresh and sealed
in convenient, microwaveable



pouches. They are shelf stable,
requiring no refrigeration or freezing.

Contact:

The Wornick Company

Paul DuPont

513-686-8844

pdupont@wornick.com

---

## Perfect Popper Popcorn Package

The Perfect Popper revolutionizes the
concept of the microwave popcorn bag.
This package is an innovative popcorn
carton that functions as the primary
package and doubles as the serving bowl.



Contact:

Commercial Packaging

Rachel Bowling

309-862-0144

rbowling@commercial-bag.com

---

## Signature Snacks Flipz® Linearpak® Canister / Pepperidge Farm Mini Nantucket Cookies Linearpak Canister

To launch Flipz® chocolate-covered



pretzels in the demanding club store arena, Signature Snacks required a super-sized package, shelf presence, protection and consumer appeal. The solution? Sonoco's Linearpak® canister.

Pepperidge Farm's new Mini Nantucket chocolate chunk cookies in a promotional Sonoco-made Linearpak canister is a snack sensation meant for summer entertaining and, better yet, road trips.

Contact:

Sonoco

Myra Richey

843-383-3333

myra.richey@sonoco.com

---

### "Insta-Bowl" Package

The new Pop-Secret, snack-sized, microwave popcorn bag provides a convenient pull-string opening feature and shallow bowl shape for easy access. The new bag, offered in an unusual package configuration, was developed exclusively for Sam's Club Stores,  knowing many of their customers want packages appropriate for C-store and vending sales. The 30-count SKU includes two 15-count displays/sleeves, with fold-up header cards. Each bag is labeled for single-unit sale, providing maximum flexibility in anticipating any retail or consumer requirements.

Contact:

General Mills

Shawn Azadivar

763-764-4590

shawn.azadivar@genmills.com

_____

**Kellogg's Eggo Syrup package**

The package is a custom 23-ounce polyethylene terephthalate (PET) stretch/blow bottle a snap top dispensing closure. The package includes polypropylene (PP) pressure-sensitive front and back labels and polyvinyl chloride (PVC) shrink band for promotional copy. The closure provides no drip, no mess table syrup pouring and allows the bottle to be stored inverted for easy dispensing.

Contact:

The Kellogg Company

Lowell Schirado

269-961-3063

lowell.schirado@kellogg.com

_____

**Drink 'n Crunch**

Drink 'n Crunch is an ergonomically designed vessel with two cups, one inside the other. Fresh milk is poured into the outer cup, and cereal is in the inner cup for a convenient and portable breakfast.



Contact:

The Kellogg Company

David Westerhof

269-961-2895

dave.westerhof@kellogg.com

---

**Betta Blister Package**

The innovative "Betta Blister Package" is specifically designed to deliver a metered dose of betta food. Consumer convenience was the driving force in this design that has the industry raving.



Contact:

The Hartz Mountain Corporation

Colin Philips

201-271-4800

cphilips@hartz.com

Matthew Mahon
201-344-2408
mahonmatt@hotmail.com

---

**Category: Food Institutional**

**Taco Salad Package**