Taco Bell's new Taco Salad package brings a fresh look to a classic taste.



Contact:

Yum! Brands (Taco Bell)

Matthew Voigt

949-863-4987

mvoigt@tacobell.com

---

**Poly Bucket Lids**

KFC has added a customer wow to their brand-icon buckets with the development of poly-lids and biscuit basket. These PP lids replace the under-performing paper lids at similar cost.



Contact:

Yum! Brands (KFC)

Glenn White

502-874-2590

glenn.white@yum.com

---

**Roseware® Foam Hinged Bowls**



The Roseware® Foam Hinged Bowls are a unique, convenient, and creative "take out" container for foodservice operators. They are excellent for insulating and preventing messy leaks and spills.

Contact:

Pactiv Corporation

Mark Spencer

847-482-3217

mspencer@pactiv.com

---

**Category: Beverage**

**ATP Single Serve Hot-Fill PET Beverage Package**



The ATP bottle is a panel-less hot fill 15.2-ounce PET beverage bottle capable of filling up to 185ºF without the use of hot-fill vacuum panels in the sidewall of the container. This is achieved by removing vacuum through a new proprietary process developed by Graham Packaging Company. Process allows freedom of design and labeling options not previously available for hot-fill PET. Now glass look-alike iconic designs are achievable as are radical asymmetric designs. The ATP package provides all the same product protection afforded by typical hot-fill packages, including oxygen and UV protection, and is fully recyclable. The ATP package generates top-load performance 50-100% better than typical hot-fill packages, resulting in better handling, transportation, and vending economics – and at a comparable container cost.

Contact:

Graham Packaging Company

Paul Bailie

717-849-8579

paul.bailie@grahampackaging.com

---

### Rose's Cocktail Infusions

Rose's Cocktail Infusions capitalizes on the growing popularity of flavored martinis, gimlets, and other flavored rum and vodka drinks. This new, elegant line of flavored martini mixers adds sophisticated flair and creativity to your at-home entertaining. The packaging was designed to compliment and drive this new product's appeal. Rose's Cocktail Infusions not only create delicious martinis, but they are also stylish display pieces. They're packaged in unique, wavy shaped glass bottles that fit together to bring added color and creativity to your at-home entertaining. Everything from the interlocking glass bottle design, the closure selection, and the label substrate and printing were created to reflect the product's sophisticated elegance.

Contact:

Cadbury Schweppes Americas Beverages

Michael Daoust

203-459-3003

michael.daoust@cs-americas.com

---

### Old Orchard Rectangular 64oz Juice Bottle



Newly innovated 64 oz. rectangular bottle that has:

- 25% improved cube efficiency than round bottle

- 35% better top-load than round bottle

- Natural blend of customer's logo into the grip section

Contact:

Graham Packaging Company

Toshi Kojitani

717-849-8646

toshi.kojitahi@grahampackaging.com



### Category: Health & Beauty Aids

### Old Spice Red Zone Anti-Perspirant/Deodorant

Product Ventures rejuvenated the Old Spice AP/DO package for an emerging market – the image conscious young male. This branding magic needed to happen using the client's current production capabilities. Balancing design innovation with business reality, the new package is iconic and achievable within manufacturing constraints.



Contact:

Product Ventures Ltd.

Peter Clarke

203-319-1119

pclarke@pvldesign.com

---

### Pure Color Lip Jewels

Estée Lauder's Pure Color Lip Jewels was developed as a collaboration between Lauder's innovation department and Jackel Inc. This luxury lipstick case is gold electroplated, engraveable, contains a hidden hinge mirror, and is refillable with snap-in cartridges.



Contact:

Esteé Lauder Companies

Gary Korba

212-572-4567

gkorba@estee.com

---

### CoverGirl TruBlend Foundation

The unique foundation formula, which comes out thick and creamy but spreads on flawlessly, is best delivered with an airless pump. By teaming Webb Scarlett deVlam for



actuator and overcap designs with MegaPlast, for the airless pump technology, Procter & Gamble Cosmetics got elegant pack design and appealing product delivery for the package. The actuator is both feminine and ergonomic. The overcap displays the actuator and hides the fill line and pump mechanism.

Contact:

Webb Scarlett DeVlam (design firm) and Procter & Gamble

Akiko Nagamine

312-575-0700

akiko.nagamine@wsdv.com

---

**Esteé Lauder Beyond Paradise**

Esteé Lauder's Beyond Paradise was designed internally and developed with several key suppliers. From the glowing actuator atop a shiny silver band to the seven colors of the bottle, Esteé Lauder's Beyond Paradise inspires fantasy and sensuality.



Contact:

Esteé Lauder Companies

Harold Bennett

212-572-5737

hbennett@estee.com

---

**Category: Household Products**

**Glad Press N Seal**



Glad Press 'N Seal: A new plastic wrap package that incorporates a plastic cutter bar on the inside hood of the carton. This provides an effective cutting edge for a product in the plastic wrap category. There are also thermoformed end caps on the sides of the carton to keep the roll suspended within the box, to ensure smooth unwinding and provide an extra consumer benefit of easily winding film back into the box.

Contact:

Clorox

Becky Giesfeldt

630-734-7315

becky.giesfeldt@clorox.com

---

**OxyKIC®**



OxyKIC® is a revolutionary dual chamber spot and stain remover system. The actuator is specially designed to combine the two chambers of formulas (oxygen-based and cleaning formula) into one powerful spray.

Contact:

BISSELL Homecare Inc.

Patrick Laurie CPP

616-735-1478

pat.laurie@bissell.com

---

### Category: Outdoor/Gardening

**Barrier Plus Container**



Paper Machinery Corporation presents Barrier Plus, the first ever pre-printed plastic convolute container, introducing herb, vegetable and flower pots to the commercial market by ProCal.

Contact:

Paper Machinery Corporation

Mike Hansen

414-362-8235

mhansen@papermc.com

---

### Category: Electronic

**Motorola Original™ Cell Phone Accessories/InSight Slider™**



Motorola chose AGI/Klearfold's new, patent-pending InSight Slider™ packaging for their new line of cell phone

accessories. InSight Slider™ combines a printed rigid plastic sleeve and uniquely designed vacuum-formed tray, that lock together to produce a distinctive visual package.

Contact:

AGI/Klearfold

Patrick McGee

877-l918-3023

pat.mcgee@agiklearfold.com

## Packaging System For Cathode Ray Tube Components



Patent pending packaging system eliminates damage due to abrasion from plastic trays. The lighter weight pack realized a cost savings of $1.8 million, reducing freight, inventory space, and program maintenance costs, and reduces stress on assembly line labor. Pack is recycled into additional packaging used in the television manufacturing system.

Contact:

SCA Packaging North America

Jack Perry

724-847-2437
jack.perry@sca.com

**Category: Display**

**L'Oreal USA/Matrix Amplify 3D Display**



L'Oreal USA / Matrix Essentials, a leader in the professional hair care products industry, recently introduced two exciting additions to their line of Amplify hair styling products. They turned to Diamond Packaging to design and manufacture the display for this significant marketing campaign. The new Amplify products create tousled texture and body-building definition for voluminous, free-to-move hair. The 3D promotional display delivers impact at hair salons, and truly captures the essence of these exciting new products.

Contact:

Diamond Packaging

Dennis Bacchetta

585-334-8030
sales@diamondpkg.com

---

**Category: Other Retail**

**Humidipak**

RICO Corp. and Humidipak have combined forces to create the first resealable package that uses Humidipak's patented two-way humidity control technology to maintain and enhance the performance of woodwind reeds for all woodwind musicians.



Contact:

Humidipak Inc.

Robert Esse

763-878-1719

bob.esse@humidipak.com

---

### Footjoy StaSof® Golf Glove/Accents™ Dimensional Coating

To help create a visual and tactile impression, FootJoy employed AGI/Klearfold's new Accents™ Dimensional Coating on their newly improved StaSof® golf glove sleeve. The patent-pending process applies a clear texture over printing, using a coating station on the printing press.



Contact:

AGI/Klearfold

Patrick McGee

877-1918-3023

pat.mcgee@agiklearfold.com

---

### Centerfire Components-Retail Stand-up Pouch

High impact graphics on a re-



closable stand-up pouch, for centerfire ammunition reloading components, are a first in the usually traditional sporting ammunition industry. Four pouch sizes accommodate ninety-one different SKUs through the use of a BOPP print-and-apply label.

Contact:

Remington Arms Company Inc.

John Antle

501-676-4129

john.antle@remington.com

### Microsoft Office 2004 for MAC

Office 2004 for Mac is an innovative, groundbreaking software package that strikes a balance between Microsoft's sophisticated technology and the joyful, design-driven feel of the Mac.



Contact:

Microsoft Corporation

Patti Sullivan

425-706-3443

pattis@microsoft.com

### Category: Pharmaceutical/Drug