**Astelin Ready Spray**

Following FDA approval of the product, the new Ready-Spray package was developed to address issues related to the original Astelin nasal spray package design and to improve customer convenience.



Contact:

MedPointe Pharmaceuticals

Ronald Jaketic

732-564-2386

rjaketic@medpointepharma.com

---

**Vital Pharmaceuticals, Inc. - VPX Redline**

VPX - Redline™ is the first liquid supplement/beverage product to utilize cold fill beverage technology in combination with a resealable aluminum bottle. The package utilizes CCL Container's new continuous thread, CT-38 plastic outsert bottle finish.



Contact:

CCL Container

Mark Goda

724-981-5444

mgoda@cclcontainer.com

**Thermal Control Panel**

The Thermal Control Panel is the key building block of a new approach to maintaining stable product temperatures during transit, which provides weight saving, smaller size and additional product protection.



Contact:

TCP Reliable Inc.

Benjamin Romero

732-346-9200

bromero@tcpreliable.com

---

**TAP Pharmaceuticals - NapraPAC™ Dosepak**



The TAP NapraPac Dosepak is an innovative compliance package. It features seven days of therapy combining the arthritis drug Naprosyn® and the acid suppressor Prevacid®. The package meets the most stringent standards for the CPSC Child Resistance protocol, while at the same time achieving senior friendly status. Combined design by TAP Pharmaceuticals, MeadWestvaco Healthcare Packaging, and Anderson Packaging, Inc.

Contact:

Anderson Packaging

Justin Schroeder CPP

815-484-8973

jschroeder@andpkg.com

Larry Blake

Director of Marketing

MeadWestvaco Healthcare Packaging

212-318-5312
lnb2@meadwestvaco.com

---

### Novartis Physician's Sample Package System

Novartis is introducing a new child-resistant, senior friendly physicians' sample packaging system. The Novartis design utilizes a 45-cc Kerr bottle/closure system, covered by an Alcoa Flexible Packaging reverse printed shrink sleeve that provides tamper-evidence, product identification integrity and brand/product recognition.



Contact:

Alcoa Flexible Packaging

Victoria Welch

804-281-2262

victoria.welch@alcoa.com

### Category: Medical Device

**Medtronic Resting Heart System**



The Medtronic Resting Heart System package is a sterilizable, two-piece package that protects a reduced prime cardiopulmonary bypass system. This system is used in open, arrested heart surgeries and takes over for the body to pump and oxygenate the patient's blood to support life. This package is used to manufacture, transport and dispense the product.

Contact:

Prent Corporation

Scott Fredrickson

608-754-0276

sfredrickson@prent.com

---

**Ethicon, Inc. TVT-Obturator Package**



The Ethicon Inc. TVT-O Package is an innovative design that allows the surgeon to access delicate and precise instruments without danger of contamination, deformation or injury. This design utilizes both the rigid and resilient characteristics of plastic to provide unique, value-added, sterile-barrier packaging – protecting the product, presenting it in correct orientation for use, and serving as a sterile workstation during the procedure.

Contact:

Prent Corporation

Scott Fredrickson

608-754-0276

sfredrickson@prent.com

---

**Precision Thermoformed Tray**

This packaging tray demonstrates the intricacies required of a thermoformed part to solve a multitude of difficult product requirements in a small cost effective space.



Contact:

Boston Scientific

Bud Damiano

508-650-8643

damianob@bsci.com

---

**I-Glide™ Packaging**

The packaging redesign, for the Independence Technology Inc. I-Glide™ wheelchair, provides a dramatic efficiency improvement of materials costs, labor reductions,



storage space, transportation savings, and environmental waste reductions. The most dramatic impact though is on the end-user, allowing them much easier access to the contents during unpacking upon receipt. This package design change positively impacted the entire supply chain and end-user experience.

Contact:

Ethicon Endo-Surgery

Mark Leuenberger

513-337-8101

mleuenbe@eesus.jnj.com

---

**Category: Industrial/Commercial**

**EcoLab SP2**

Innovative dispensing system replaces bag-in-box, providing restaurant personnel with ergonomic benefits by allowing single-handed dispensing, as well as creating a safer work environment by taking the package off the floor.



Contact:

TricorBraun

Stacey Dickinson

972-392-9804

sdickinson@tricorbraun.com

### Case Packer Shipping Package

Baxter Healthcare Corporation packages and distributes pharmaceutical products in glass bottles. Working with suppliers Smurfit-Stone - Packaging Unlimited, Serpa Packaging Solutions, and DDL Test Laboratories, Baxter changed their corrugated egg crate partition design to a single corrugated insert. Folding carton concept applied to corrugated design resulted in a 90,000 Kg or 50% annual corrugated reduction. Testing identified a weakness that was resolved by adding stiffening panels rather than increasing board strength.



Contact:

Baxter Healthcare

Simon Freed

908-286-7150

simon_freed@baxter.com

Smurfit-Stone-Packaging Unlimited

Caterina Novotny
630-794-0381

Serpa Packaging Solutions

Jim Muro

800-348-5453

---

### i620 Scanner

Utilizing a diligent package design process, the Kodak i600 Series



Scanner package nicely balances performance, protection, innovation and economic objectives. This package design met all environmental and marketing requirements.

Contact:

Eastman Kodak Co.

Stuart Dodd

585-726-5953

stuart.dodd@kodak.com

### The Ridgid Wrench Lanyard



The new wrench lanyard provides specific product information such as catalog number, wrench size, country of origin and the bar code, while tying in the standard RIDGID graphics. It also discreetly houses the Sensormatic anti-theft tag, which is required by retailers.

Contact:

Ridge Tool Company

Dawn Burcham

440-329-4677

dburcham@ridgid.com

### Category: Promo

### Stoli Ice Shot Glass Maker Promotional Package

To help Allied Domecq realize its vision of a holiday promotional package that would hold both a 750-ml bottle of Stolichnaya vodka and a mold to make ice cube shot glasses, AGI/Klearfold designed the book-style package by radio-frequency (RF), sealing a printed PVC cover to a vacuum formed tray. The entire unit was designed to be placed in your home freezer.



Contact:

AGI/Klearfold

Patrick McGee

877-1918-3023

pat.mcgee@agiklearfold.com

---

**Category: Other**

**Picasso**

A cushion with independent air chambers and a side-opening box designed together to optimize protective performance, while minimizing package size and improving ease of opening.



Contact:

Canon/Hewlett-Packard

Jill Tait

208-396-2780

jill_tait@hp.com

---

### Compression Package For Wireless Connectivity Cards

This innovative solution provides Socket Communications versatile protection for 20 different card varieties while minimizing assembly issues, increasing packaging line speed by 35% and completely eliminating damage issues.



Contact:

Sealed Air Corporation

Devin Ridgeway

619-421-9003

devin.ridgeway@sealedair.com

---