# EXHIBIT 4

INNOVATION | Inet Search | Inet Feedback | Inet Help | AskMe          PG.com

Folgers New Aroma Seal™ Canister 2003 Package of the Year     Contact: Jenny Reitzel-JP



### Folgers AromaSeal Canister™ Wins Package of the Year

Food & Drug Packaging has chosen Folgers AromaSeal Canister™ as the **"2003 Package of the Year"** for the Food Category! The innovative new package will be showcased in a special section in the December 2003 issue. Folgers AromaSeal™ is a Coffee initiative with **breakthrough consumer results*** to drive differentiation and discontinuity versus competition. The click tight lid, easy grip handle, and easy open seal drive huge wins versus traditional metal cans.

There were several "defining moments" on the road to creating the revolutionary package changes. The Folgers AromaSeal Canister™ Team used Fast Cycle Learning tools for Faster, Cheaper & Better," initiative success. One of the first was conducting a Joint Experience Developing Innovation, (JEDI) session with a multifunctional team that challenged our paradigm that the package needed to maintain its original square design. This dramatically changed cost structure in terms of both capital requirements and material costs. Computer Aided Engineering (CAE) was used to create drawings and a prototype within 24 hours, a **Faster & Cheaper** way to evaluate multiple design variables.

At one point in Fall '02 it looked as though the plastic canister was done for....but the **team soon rallied, and with a collaborative effort of Product Development, Product Supply, Corporate Packaging, and Corporate Engineering** all the technical challenges were overcome. Business Leadership was also instrumental in the teams' success by providing room for learning, and the patience to enable the advancement of critical technologies. The team also used Accelerator and followed SIMPL to manage the risks of an aggressive schedule. The AromaSeal™ Team overcame multiple technical challenges including vacuum integrity, canister stress cracking, overcap stress cracking/warpage, heat seal labeling technology, and one-way valve technology to successfully bring this innovation to market. The creation of the AromaSeal Canister™ was a model effort of collaboration and teamwork across functional boundaries to deliver breakthrough results.

**Congratulations To Everyone Across The Organizations That Made The AromaSeal Canister™ Successful!**

# EXHIBIT 5

## [Packaging Technology]

# AGAIN AND AGAIN

### Re-useable packages

Is that Country Crock spread in the fridge? It looks like a Country Crock container. The package says Country Crock. But, here a lady stewed tomatoes?

Re-using buttery spread tubs, cream cheese, or Cool-Whip tubs as makeshift Tupperware isn't uncommon. Upon finishing original products in such packages, consumers hesitate to immediately dispose of plastic tubs because they seem useful in their own right. They hold liquids and solids, and can be exposed to a range of hot and cold temperatures. (A word of caution — don't put them in the microwave.) These packages aren't super containers that people can use in all sorts of ways for years to come, but they can be useful beyond the life of the initial product they contain. Plastic tubs, metal cans, glass jars and bottles are just a few examples of packages that consumers re-use.

By understanding package re-use as a broad consumer practice, many food and beverage manufacturers have sought to deliver their products in re-useable packages to establish a lasting memory of brands in households. It has been suggested that if consumers feel compelled to re-use a product's package, the more they interact with a brand, thus increasing the potential for loyalty.

In addition to reinforcing brand messages, re-useability provides consumers with what can be perceived as a value added product. Second, third and succeeding package uses pass on to consumers an easy way to store foods, materials and liquids. A dynamic package that not only helps a product stand out on retail shelves, but engages consumers as a package with further uses can assist food manufacturers in building and expanding core consumer groups.



The 39-ounce Folgers AromaSeal Canister has several features including a snap-tight lid, convenient handle and foil seal that peels away.

Two elements are involved in whether a package is successful as a re-useable package. Developing an attractive package is first. Without some sort of eye appeal, consumers won't pick it up. Durability is second. If consumers are to truly re-use the package the material must be strong enough for prolonged use and abuse. Lastly, is the variable of particular consumers — those with the will to re-use, and those without it. No matter how attractive and durable a package, it will be hard-pressed to win over a consumer who's used to disposability. That's not to say that disposable-oriented consumers won't purchase re-useable packages, they just won't re-use them.

Varying levels of creative use exists

