William C. Rooklidge (SBN 134483)
Ben M. Davidson (SBN 181464)
Gregory S. Cordrey (SBN 190144)
Jesse D. Mulholland (SBN 222393)
HOWREY LLP
2020 Main Street
Irvine, California 92614
949-721-6900
949-721-6910
E-mail: rooklidgew@howrey.com
E-mail: davidsonb@howrey.com
E-mail: cordreyg@howrey.com
E-mail: mulhollandj@howrey.com

Mark D. Wegener (*pro hac vice* application pending)
HOWREY LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: 202-783-0800
Facsimile: 202-383-6610
E-mail: wegenerm@howrey.com

Attorneys for Plaintiff
The Procter & Gamble Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>Defendant. | Case No.: C07-04413 PJH<br><br>Honorable Phyllis J. Hamilton<br><br>DECLARATION OF JASON GEMEINER IN SUPPORT OF THE PROCTER & GAMBLE COMPANY'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>Date: October 24, 2007<br>Time: 9:00 a.m.<br>Court: Courtroom 3, 17th Floor |

DECLARATION OF JASON GEMEINER IN
SUPPORT OF MOTION FOR A
PRELIMINARY INJUNCTION
CASE NO. C07-04413 PJH

I, Jason Gemeiner, hereby declare:

1. I have been an employee of The Procter and Gamble Company ("P&G") since September, 1998. Except as stated herein, the matters stated below are of my personal knowledge. If called as a witness, I could and would testify competently thereto.

2. I graduated in May 2003 from DePaul University in Chicago Illinois with a bachelors degree in Business Administration. I am the lead Business Analyst for P&G's coffee division and have been since February 2004. My responsibilities include performing market analysis for ground coffee in order to provide insight to P&G's marketing group regarding market trends and new product launches. I conduct analysis for the various functions of P&G that assess the state of the coffee business for P&G and its competitors. These functions include marketing, demand planning, finance, and CMK (consumer market knowledge). I collaborate a great deal with CMK to tie the qualitative work that it does in studying consumer trends with the quantitative work that I do with respect to these trends.

3. My expertise is in evaluating the business, market share, sales, pricing, and merchandising/promotions along with consumer dynamics such as loyalty, demographic segmentation, and household penetration of new products. Before becoming a coffee business analyst, I learned about the coffee business by directly working in sales and distribution. My first assignment at P&G was direct store delivery for P&G's Millstone brand premium coffee. I have since continued to work in P&G's coffee business unit in various capacities. I also managed the entire Northern Illinois direct store delivery routes for Millstone coffee, interacting with retailers who purchased coffee from P&G.

4. According to AC Nielson, the market for roast, ground coffee (also referred to as "ground" coffee) in the United States is $2.2 billion. The actual market is higher because AC Nielson measures only coffee sold in grocery stores, drug stores, and mass merchandisers, not including Walmart, the largest retailer in the world. P&G's Folgers current market share is estimated at between 32% and 33% while Kraft's Maxwell House accounts for an estimated 19% share of the market. Since about 2004, the market for store-bought ground coffee has decreased as consumers have increasingly changed their habits toward convenience items and new alternative beverage options such

DECLARATION OF JASON GEMEINER IN  - 1 -
SUPPORT OF MOTION FOR A PRELIMINARY
INJUNCTION
CASE NO. C07-04413 PJH

1  as energy drinks. That trend has not significantly impacted Folgers because consumers like its plastic
2  container. P&G has been increasing its market share and its sales in total dollars despite the
3  contraction in overall store-bought ground coffee.

4      7.  In 2003, P&G switched its entire line of ground coffee production to its new plastic
5  container design. This effort cost P&G millions of dollars. P&G advertised its revolutionary container
6  design, focusing on the improved aroma and freshness offered by the combination of features
7  including a peel-off seal, flavor-protecting air valve, and tight-fitting lid. P&G's ads also highlighted
8  the easy-to-grip handle of the new Folgers plastic container. P&G marketed the overall technology
9  under its "AromaSeal" trademark.

10     8.  Consumers preferred P&G's plastic containers over traditional metal coffee cans,
11 including those sold by Kraft, and they were willing to pay more for the benefits of using P&G's new
12 packaging technology. In addition to selling its product for a higher retail price, P&G was able to use
13 the advantages of its new packaging technology to achieve significant increases in market share. In
14 addition, P&G significantly increased consumer loyalty when it introduced the AromaSeal technology.
15 Consumer loyalty has a specific definition provided by AC Nielsen Company, a company that provides
16 market data to P&G and other manufacturers on consumer buying habits. Consumer loyalty is defined
17 as the percentage of a consumer's total coffee needs that the consumer will meet using a particular
18 brand of coffee. For example, for a household that buys five different brands of coffee in a year, AC
19 Nielsen can calculate the household's loyalty to each brand based on the percentage of the brand's use
20 compared to the total amount bought. Consumer loyalty is measured periodically to determine the
21 change in loyalty caused by different business events, including the launch of new products and
22 various marketing/media efforts.

23     9.  If Kraft continues to sell ground coffee in its plastic container, it will significantly hurt
24 P&G's ground coffee business in several ways, including at least in the following areas.

**Lost Market Share**

26     10. By providing the same benefits that Folgers provides, Kraft will increase its market
27 share and take away market share gains made by P&G in recent years. Between August 2003, when

28 DECLARATION OF JASON GEMEINER IN    - 2 -
SUPPORT OF MOTION FOR A
PRELIMINARY INJUNCTION
CASE NO. C07-04413 PJH

1  P&G introduced its plastic container, and today, P&G increased its share of the total market for ground
2  coffee in the United States from about 29% to between 32% and 33%. Various industry publications
3  reported on P&G's increasing market share from the use of the new container technology. For
4  example, a March 28, 2005 article in Chicago Business News entitled *Kraft Loses Ground In Coffee*
5  *War* noted that by 2005 observers credited P&G's new packaging for its increasing lead in market
6  share over Maxwell House. A true and correct copy of the article, available at
7  http://www.chicagobusiness.com/cgi-bin/news.pl?id=15933, is attached as Exhibit 1.

8      11.  Attached as Exhibit 2 is a true and correct copy of a chart presented in an AC Nielsen
9  report showing P&G's increasing market share from the launch of P&G's new plastic container. The
10 chart shows P&G's market share in red and Kraft's market share in blue beginning in 1994. As the
11 chart illustrates, P&G's market share started to increase in 2003, when the AromaSeal container was
12 launched. By the end of 2004, when P&G had been selling coffee only in its plastic containers, P&G's
13 market share increased significantly while Kraft's market share declined. P&G's market share
14 dropped in 2005 because of a temporary shut-down of our producing plant in New Orleans due to
15 Hurricane Katrina. In 2006, P&G was able to recover all the market share that it had lost because of
16 consumers' preference for its product, especially the benefits provided by the AromaSeal plastic
17 container technology.

18     12.  Several articles about Kraft's recent introduction of its plastic container and this lawsuit
19 have recognized why packaging is so important in the coffee business. For example, an August 29,
20 2007 article in the Chicago Tribune, attached as Exhibit 3, explained, "[p]ackaging is critically
21 important in commodity-type products like coffee, orange juice and sugar -- products that are very
22 similar . . . . A successful packaging innovation can help boost sales." An August 31, 2007 article,
23 from the industry-publication Packaging Digest, attached as Exhibit 3, explained:

24     In a mature market, packaging can have major impact in sprucing up an older brand's
25     image, helping to drive sales. That's exactly what happened with Folgers four years
26     ago.

27
28 DECLARATION OF JASON GEMEINER IN    - 3 -
SUPPORT OF MOTION FOR A
PRELIMINARY INJUNCTION
CASE NO. C07-04413 PJH

13.    By competing with P&G using its plasic container, Kraft is poised to regain at least part of the market share that P&G earned during that time. Kraft's continued coffee sales using its plastic container will have long-term effects on P&G's business beyond P&G's lost revenues and lost profits. In the competitive business for ground coffee, when a company loses significant market share, it loses much more than profits from the sales it did not make. The company will experience long-term damage to the strength of its brand among consumers as well as retailers.

### Lost Consumer Loyalty

14.    Kraft's introduction of a new plastic container for its ground coffee also will take away the main point of differentiation between Maxwell House and Folgers coffee. By providing a competitive product, Kraft will take away consumer loyalty from P&G and regain at least some consumer loyalty that it lost to P&G when P&G introduced its AromaSeal technology.

15.    A certain percentage of coffee consumers are considered "switchers" because they not loyal to any one brand of coffee and can be persuaded to buy a different brand of ground coffee in any any shopping trip. P&G has historically tracked the percentage of consumers who are loyal to the Folgers brand. After introducing its patented plastic containers, P&G recorded an increase of approximately 6% in consumer loyalty in absolute terms. This increase is significant because it strengthens the value of P&G's Folgers brand and decreases the tendency of these consumers to regard coffee as a commodity that they purchase based solely on price. Attached as Exhibit 4 is a chart from AC Nielsen showing the annual loyalty trends for Folgers (in red) and Maxwell House (in blue).

16.    By continuing to sell products that have the same or similar advantages as P&G's product, Kraft also would increase its own consumer loyalty. Some consumers who are now loyal to Folgers brand coffee may switch back to Maxwell House because they will focus on the benefits of the container rather than the taste of the coffee. P&G may lose these consumers forever.

### Decreased Ability To Recoup R&D and Marketing Investment

17.    By introducing a container using P&G's technology, Kraft will also erode P&G's ability to recoup the substantial costs that it had to incur in order to develop that technology. Based on

the information available to P&G, the retail price of Maxwell House sold in Kraft's plastic container has not increased from the price charged for the coffee sold in metal cans.

### Decreased Access To New Market Entrants

18. Kraft's continued sales using its plastic container also will affect P&G's penetration of the market among new coffee consumers. There are two categories of ground coffee—at home and away from home. At home coffee, in turn, is bought by two types of consumers—those who have been making coffee at home for a long time and new entrants. New entrants include, for example, people who are moving out on their own and who buy their own coffee makers. These consumers will have to make a choice of which brand of coffee to buy. Until Kraft's recent introduction of its plastic container, the choice consumers had to make between Folgers and Maxwell House was more likely to favor Folgers. That is because Kraft sold Maxwell House in old-fashioned metal cans and P&G sells Folgers in a modern plastic container that is easier to use, keeps coffee fresher longer, and is more appealing than metal cans.

### Decreased Effectiveness of Specialty Products Promotion

19. Any decrease in sales of Folgers' 39-ounce ground coffee will affect P&G's promotion of specialty products. P&G promotes specialty products by including product samples on top of the AromaSeal containers and holding the samples in place using clear plastic covers. Up to now, the project to promote specialty products by placing samples on top of P&G's plastic containers has been very successful: in 2007 alone, P&G sold 2 million containers of Folgers coffee with complimentary samples of specialty products. P&G plans to sell 4 to 5 million more units next year to promote Folgers coffee products and Dunkin Donuts brand coffee.

20. Kraft's sales using 39-ounce plastic containers will diminish sales of P&G's 39-ounce containers. A result of those lost sales will be to limit distribution of P&G's specialty product samples and reduce the number of customers that we can expose to our specialty products. In addition, retailers will be less likely to promote P&G's specialty products if they are selling fewer Folgers containers because the return on the investment they have to make will be lower.

DECLARATION OF JASON GEMEINER IN
SUPPORT OF MOTION FOR A
PRELIMINARY INJUNCTION
CASE NO. C07-04413 PJH

- 5 -

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 13 day of September, 2007, at CINCINNATI OH.

_____
Jason Gemeiner

DECLARATION OF JASON GEMEINER IN
SUPPORT OF MOTION FOR A
PRELIMINARY INJUNCTION
CASE NO. C07-04413 PJH

- 6 -