# EXHIBIT 1




Adult and Graduate Open House
ATTEND! September 15, 2007 at 9:30 a.m. in the Krasa Center

| My Account | |
|---|---|
| My Clippings (0) | |

Welcome!

Home > Daily News Headlines > Kraft loses ground in coffee war

Daily News Headlines | This Week's Crain's | Industry News | Crain's Lists | People and Profiles | RSS Feeds

**Today's Feature**



**10 things to do this weekend**

Grab your leash and walk in the Fourth Annual Mutt Strut in Roscoe Village. Afterwards, listen to live music, get your dog bathed and meet some pups from Chicago Canine Rescue who need good homes. Check out this and other events.

March 28, 2005
By Julie Jargon

Source
CHICAGOBUSIN

Subscribe to an RSS feed on this topic

### Kraft loses ground in coffee war

Once America's most popular coffee, Maxwell House now trails P&G's Folg Regaining marketshare is critical.

Kraft Foods Inc. is losing a long battle with Procter & Gamble Co. i the ground coffee business.

Procter & Gamble's Folgers brand is stealing customers from Kraft' Maxwell House after surging in the past year to become the top gr coffee brand in the U.S. Observers credit clever new packaging for 36% to 34% lead Folgers now holds over Maxwell House in the $1. billion U.S. ground coffee market.

Maxwell House is dragging down Kraft's coffee business, which accounted for 13% companywide revenue in 2004. Kraft's $4.2 billion in worldwide coffee sales, which include its Jacobs and Gevalia brands sold in Europe, grew at the same 5.5% rate the company's overall revenues last year, but are down from $4.8 billion in 1999.

**Search Crain's**

[    ] GO

Advanced Search

**News By Industry**

- Please Select -  GO

View All Industries

2008 BOOK OF LISTS
ISSUE DEC 31 | CLOSE NOV 6  CLICK HERE

**Chicago Information**

Events Calendar

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |

Register for Crain's Events

Add your Event

Today's Stocks

Traffic Report

Weather

**Special Features**

Advertisement

Related Article Topics | Related Industry News

Coffee is a vexing problem Kraft executives struggling revive growth at the North based food maker, where companywide 2004 earnin weighed down by restructu charges, fell 23% to $2.7 billion, or $1.55 a share, o $32 billion in sales. Sluggi sales in such a large busin segment will make it hard Kraft to hit its target of 6% 9% annual earnings growt

Kraft's coffee brands are r in the grocery store coffee market, a shrinking arena. sales of store-bought coffe have fallen 13% to $2.7 bi since 1999, according to Information Resources Inc

Special Car Review: AutoWeek
Dining Reviews
Entertain a Client
Join an Organization
Commute/Travel

**Business Tools**
Look up Phone/Zip
Public Records
Study Demographics
Career Resources
Research a Company

**Services**
Classifieds
Download Top Lists
Big Dates
Meeting Planners Guide
Golf Guide
Advertise with Us
Contact Us
About Us
Subscription Center

(IRI), a Chicago firm that tracks sales in supermarkets, drugstores and mass merchandisers excluding Wal-[Mart] Stores Inc. Investing the resources needed to reverse declines in such a market lo[oks] dubious to some.

"I don't put a lot of faith in coffee as a growth driver," says Tim Ewing, senior vice president and co-manager of the large-cap value portfolio at Mesirow Financial Inc[.], which holds 200,000 Kraft shares. "Now that they've committed themselves to the coffee business, I think they need to give it a shot, but two to five years from now selling might be a choice they have to make."

Store sales of Kraft ground coffee dropped 2.8% to $638 million nationwide last y[ear] while Procter & Gamble's (P&G) ground coffee sales climbed 4.9% to $675 million, according to IRI.

In an effort to capitalize on the coffeehouse culture, Kraft last summer expanded [a] licensing agreement with Seattle-based Starbucks Corp. to add more Starbucks w[hole] bean coffee to its grocery store lineup. Those sales helped offset Kraft's other loss[es,] allowing it to maintain its 2-percentage-point marketshare lead over P&G in store-bought coffee, which includes not only ground but also instant and whole-bean co[ffee]. But with P&G gaining, Kraft is seeking new sources of growth.

"In addition to our Starbucks business, we are now distributing Seattle's Best and [Tazo] teas," a Kraft spokes-woman says.

Kraft is also investing in new products such as single-serve filter pods and its $18[9] Tassimo machines, which make fresh coffee and hot chocolate in single-serve port[ions].

Industry watchers doubt that Tassimo will be able to reverse the coffeehouse tren[d or] make up for Kraft's losses in ground coffee.

"It's still too early to know, but my sense is that the machines will only capture a s[mall] portion of the market," says Judy Ganes-Chase, president of New York-based commodities research firm J. Ganes Consulting LLC.

And Kraft may have innovated itself into a corner with Tassimo. The coffee and ho[t] cocoa disks can't be used in other machines.

"They might be facing the Gillette problem," in which they'll have to give away the machines to sell the disks, says George Rosenbaum, chairman of Chicago consum[er] research firm Leo J. Shapiro & Associates LLC.

Now that Kraft has matched P&G's 12% price increase in ground coffee — a result [of] higher raw material costs — Maxwell House may be a tough sell, too.

So, should Kraft follow the lead of Sara Lee Corp., which is selling its Hills Bros., C[hock] Full o' Nuts and MJB coffees, or drive growth by acquiring such brands?

"This is not a good time to be in ground coffee," Mr. Rosenbaum warns. "And it's h[ard] to see better times ahead."

**Additional Resources**
**Related Article Topics**
> Kraft Foods Inc.

**Related Industry News**

**Today's Other Headlines**
> RTA approves transit bailout plan
> Grainger's August sales rise 9%
> Court dismisses parts of Huizenga suit vs Ritchie Capital

> Food and Drink

> ~~Capital~~
> WaMu to cut about 57 Chicago-area jobs as part layoff
> Godson and former top aide to Stroger Sr. found
> Governor sweetens transit bailout proposal
> City gets big win on O'Hare expansion
> Cyrano's Bistrot passes 4th health inspection, rec

**Related Resources**

> Chicago's Downtown Clubs - Traditional
> Chicago's Downtown Clubs - Special Interest
> Chicago's Largest Tourist Attractions

> 10 things to do this weekend
> McDonald's shares hit record high
> Chicago escapes ATM fee hike by B of A
> Boeing surges ahead of Airbus
> Hub Group to buy intermodal firm DNJ Transport
> McDonald's increases cash payout to shareholder
> Fortune Brands execs visit Sweden on Absolut
> **View All of Today's Headlines**

**Top Stories in This Week's Crain's**


**Shorebank to the rescue**


**Toy stores feel the heat**


**Private counselors shape student lives**


**Dealing with a**


← Previous Article - Next Article →



Privacy Policy | Site Map | About Us | Contact Us | Back to Top
Copyright © 2007 Crain Communications, Inc.

# EXHIBIT 2

Case 3:07-cv-04413-PJH   Document 18-2   Filed 09/14/2007   Page 5 of 10



# EXHIBIT 3

## Folgers' patented design

Although Procter & Gamble wouldn't identify specific ways it says Kraft's new Maxwell House container infringes on its patented Folgers container, court filings outline several design features the company claims are unique.



**Flexible cap** — Can be pressed in to release excess air

**Valve** — Allows gas to escape through inner seal

**Handle** — Designed to help those with small or weak hands

**Concave bottom** — Helps prevent expanding gases from making container uneven

U.S. RETAIL SALES 2005

No. 1: Folgers $655.5 million
No. 2: Maxwell House $495.7 million
All other packaged coffee: $2.06 billion

Sources: Procter & Gamble, Packaged Facts
Chicago Tribune/Max Rust and Chuck Burke;
Tribune photo by Candice C. Cusic

# 'Coffee cans' no more: Patent battle percolates

### Folgers' owner sues Kraft over its canister design, a key to bolstering sales in industry

**By Mike Hughlett**
Tribune staff reporter

A big, plastic tub of Folgers is emblazoned with the slogan: "AromaSeal Fresh Taste." To the coffee's maker, Procter & Gamble Co., that's more than just a marketing boast—it's the result of a patented "packaging system."

And Northfield-based Kraft Foods Inc. has allegedly run afoul of that system by launching its Maxwell House 39-ounce plastic canister in recent months. Or so says Cincinnati-based Procter & Gamble in a lawsuit against Kraft filed this week that speaks volumes about the traditional coffee trade.

While still the two top coffee brands, Folgers and Maxwell House have in recent years come under intense pressure from gourmet ground coffee, as well as the proliferation of coffee shops like Starbucks.

So, every new twist—like packaging that supposedly improves freshness—can bolster old brands. And big companies like Procter & Gamble are rarely shy about patenting something as mundane—at least to consumers—as packaging in order to gain a competitive edge.

"Packaging is critically important in commodity-type products like coffee, orange juice and sugar—products that are very similar," said JoAnn Hines, president of Packaging Diva, a Georgia-based consulting firm.

A successful packaging innovation can help boost sales, and Kraft itself offers a good example, she said. The company's "Big Mouth" container, introduced in 2005, helped Kraft gain market share in the mayonnaise business, Hines said.

The 32-ounce "Big Mouth" plastic jar features a snap-top lid, and it comes in a rectangular shape with rounded edges—all features aimed at

PLEASE SEE **COFFEE**, PAGE 5

# EXHIBIT 4

