# EXHIBIT 1



**Folgers' patented design**

Although Procter & Gamble wouldn't identify specific ways it says Kraft's new Maxwell House container infringes on its patented Folgers container, court filings outline several design features the company claims are unique.

- **Flexible cap** — Can be pressed in to release excess air
- **Valve** — Allows gas to escape through inner seal
- **Handle** — Designed to help those with small or weak hands
- **Concave bottom** — Helps prevent expanding gases from making container uneven

Sources: Procter & Gamble, Packaged Facts
Chicago Tribune/Max Rust and Chuck Burke; Tribune photo by Candice C. Cusic

U.S. RETAIL SALES 2005
No. 1: Folgers $655.5 million
No. 2: Maxwell House $495.7 million
All other packaged coffee: $2.06 billion

# 'Coffee cans' no more: Patent battle percolates

### Folgers' owner sues Kraft over its canister design, a key to bolstering sales in industry

**By Mike Hughlett**
Tribune staff reporter

A big, plastic tub of Folgers is emblazoned with the slogan: "AromaSeal Fresh Taste." To the coffee's maker, Procter & Gamble Co., that's more than just a marketing boast—it's the result of a patented "packaging system."

And Northfield-based Kraft Foods Inc. has allegedly run afoul of that system by launching its Maxwell House 39-ounce plastic canister in recent months. Or so says Cincinnati-based Procter & Gamble in a lawsuit against Kraft filed this week that speaks volumes about the traditional coffee trade.

While still the two top coffee brands, Folgers and Maxwell House have in recent years come under intense pressure from gourmet ground coffee, as well as the proliferation of coffee shops like Starbucks.

So, every new twist—like packaging that supposedly improves freshness—can bolster old brands. And big companies like Procter & Gamble are rarely shy about patenting something as mundane—at least to consumers—as packaging in order to gain a competitive edge.

"Packaging is critically important in commodity-type products like coffee, orange juice and sugar—products that are very similar," said JoAnn Hines, president of Packaging Diva, a Georgia-based consulting firm.

A successful packaging innovation can help boost sales, and Kraft itself offers a good example, she said. The company's "Big Mouth" container, introduced in 2005, helped Kraft gain market share in the mayonnaise business, Hines said.

The 32-ounce "Big Mouth" plastic jar features a snap-top lid, and it comes in a rectangular shape with rounded edges—all features aimed at

PLEASE SEE **COFFEE**, PAGE 5

# EXHIBIT 2





| FREE SUBSCRIPTIONS |
|---|
| Print Magazine |
| Packaging Digest CHINA |
| Packaging E-Newsletters |
| Contact Us |



August 2007 Issue

sponsored by
Labeling Systems Inc.

| RESOURCES |
|---|
| Current Issue |
| Past Issues |
| Pdsuppliersearch.com |
| Packaging White Papers |
| Business Resources |
| **TECHNOLOGY CHANNELS** |
| PACK EXPO Las Vegas |
| Sustainable Packaging |
| Carton, case Packaging |
| Packaging Automation |
| Fill, form/fill/seal |
| Flexible Packaging |
| Labeling |
| Package Coding |
| Package Handling |
| Rigid Containers Packaging |
| **INTERACTIVE MEDIA** |
| Packaging Blogs |
| Packaging Videos |
| Packaging Podcasts |
| **CONTENT** |
| Industry Events |
| Online Store |
| Packaging Associations |
| Sponsored Content |
| Career Opportunities |

| PD SITE | SUPPLIERS | PRODUCTS | WEB |
|---|---|---|---|

SEARCH

### Packaging Digest Blogs
Blogging 'bout Packaging and the Packaging Industry

« Good to the last drop                                                                                                    The Latest and

### Grinding it out over coffee containers
John Kalkowski

★★★★★ (3 votes, average: 4.33 out of 5)

Loading ...



Over the years, many great rivalries have formed. Chicago Bears vs. Green Bay Packers. New York Boston Red Sox. Folgers vs. Maxwell House. What?

Yes, near the top of this week's packaging news is the story that Procter & Gamble is suing Kraft over introduction of a 32-ounce plastic container for its Maxwell House coffee. That's just too close to P&G packaging for its Folgers brand coffee. P&G claims their patents of the Folgers AromaSeal canister, w introduced in 2003, have been violated.

We're talking about some pretty high stakes here. The ground coffee market is estimated at about $2 year in the United States. Analysts say Folgers and Maxwell House dominate the segment, with Folge

Marketplace
TOOLS
Advertiser Information ▶
Editorial Calendar
Update Supplier Listing
Submit a White Paper
Submit a Press Release
Subscriptions/Renewals
Contact Us
Site Map
Advertisement

slight edge at 35 percent market share compared to Maxwell House's 34 percent. Of course, the whol[e] is under intense pressure from new rivals encroaching on their turf. Heck, Kraft itself is selling Starbuc[ks] whole coffee beans in grocery stores, while P&G offers Dunkin Donuts ground coffee.

What we are talking about here is coffee for the bulk consumer. People who buy nearly two pounds o[f] time are serious drinkers. They are likely not as refined as the individual ordering a half pound of pure Mountain or Kona coffee beans. They just need their coffee.

If there is little difference in the taste of the coffee itself, the real differentiator is in the design of the pa[ckage]. The container has to capture buyers' attention on the shelf. For ground coffee, it also must ensure fre[shness] long as possible for a product with a notoriously short storage life. The ground coffee also is susceptib[le] and odor from any migrating chemicals used in the packaging itself.

In a mature market, packaging can have major impact in sprucing up an older brand's image, helping sales. That's exactly what happened with Folgers four years ago. It's no wonder P&G would be upset new package.

In filiing the suit, P&G's chief legal officer said: "We made large investments to overcome the technica[l] challenges in making a lightweight plastic container that can withstande the pressure changes that oc[cur] between the factory and the consumer's home. many innovations in this container are covered by P&[G] which we believe Maxwell House has infringed."

The differences in the two packages are obvious. One is primarily red and the other blue. One is recta[ngular] the other oval. Both have wide-mouthed lids, and handles are built into the plastic containers.

Both teams look evenly matched. The competition should be intense. I'm not picking any winner here, consumers who now have coffee containers that are far better than tradtional cans.

This entry was posted on Friday, August 31st, 2007 at 9:37 am and is filed under Packaging by Design. You follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from y[our] site.

2 Responses to "Grinding it out over coffee containers"

**Scott Says:**
September 11th, 2007 at 1:32 pm

Verdict? Losers, BOTH!
Rest of the world is going 'Green' and these two switch from a fully recycla[ble] container (steel containers magnetically separated at municipal waste strea[m] and smelted) to these millennium floating tubs.
What a joke.
Both should be required to pay a $1.00 / tub deposit and be required to re[cycle] these hogs.

**Joanne Hunter Says:**
September 14th, 2007 at 3:05 am

Scott

Good for you! You are absolutely right; steel containers do indeed slot into "sustainable" mould due their recyclability.

Where used packaging collection systems are designed for it - as in Belgium metal packaging can be recovered at a very high rate (above 90%).

It might interest you to know there is a UK and mailand Europe focused information source and comment opportunities at www.thepackagingblog.c

**Leave a Reply**

Name (required)

Mail (will not be published) (required)

Website

Submit Com

---

**Ads by Google**

**Your Source for Packaging**
xpedx offers a complete line of packaging products and services
www.xpedx.com

**Reusable Bulk Containers**
Pallet-Sized, Plastic Collapsible Bulk Containers, In-Stock!
www.RPPcontainers.com

**Packaging Conveyors**
Full line of conveyors & equipment Plus Modular Conveyors
www.nercon.com

---

©1997 - 2007 Reed Business Information, a division of R

 Reed Business Information.

Privacy Policy

**Reed Business Interactive Network**

Variety | 411 Publishing | New York 411 | Video Business | 4dot0 | Broadcasting & Cable | Multichannel News | Publishers Tradeshow Week | EDN | Electronic News | Electronic Business | Design News | Test & Measurement World | Control Eng Semisource | Purchasing | Logistics Management | Industrial Distribution | Supply Chain Management Review | Modern Consulting Specifying Engineer | Instat | Furniture Today | Home Textiles Today | Home Accents Today | Casual Living | Interior Design | Jlrs, Circ, Keystone | Twice | Bldg Design & Construction | Construction Equipment | HousingZone | Pr Construction Publications | Reed First Source | RS Means | Reed Construction Data | Building Team Forecast | Reed Cons

| Foodservice Equipment & Supplies | Packaging Digest | Graphics Arts Monthly | Graphics Arts Blue Book | Converting | Total Exhibition | Ferret |