# EXHIBIT 1

 Search - Finance Home - Yahoo! - Help    **REUTERS**

Welcome [Sign In]    To track stocks & more, Register

## Financial News

Enter symbol(s) [    ]  Basic  [Get]   Symbol Lookup

**Reuters**
## Metal coffee cans yielding to plastics at Folgers
Wednesday July 30, 1:14 pm ET

NEW YORK, July 30 (Reuters) - U.S. food shoppers are used to hearing "paper or plastic?" at the checkout counter.

Come September, they will be facing "metal or plastic" in the coffee aisle.

That's when Folgers plans to begin phasing out its metal coffee cans and replacing them with plastic containers featuring a snap-tight lid, a one-way valve, and a built-in handle.


ADVERTISEMENT

"The new canister will launched with the 39-ounce size Classic Roast with all the other cans to follow," said Tonia Hyatt, external relations manager for the Procter & Gamble Company (NYSE:PG - News), the parent of Folgers, the largest U.S. coffee purveyor..

"This delivers convenient fresh coffee with an ease of handling. This was started from scratch and designed around the consumer," she added.

The metal coffee can was first introduced by Hill Brothers in 1900 to preserve freshness. In no time, coffee drinkers found numerous uses for the empty cans in their basements, workshops and classrooms -- to hold such things as nails, tools, paint and pens and pencils.

"The coffee can could become extinct," Hyatt said.

But only if the other big coffee companies follow suit.

BIG PLAYERS WATCHING

Maxwell House Coffee, a division of Kraft Foods Inc. (NYSE:KFT - News), improved its coffee cans in recent years, and appears to be sticking with traditional metal for now.

"We believe our steel can provides the best protection against the 3 enemies of coffee -- oxygen, light and moisture," said Abbe Serphos, spokeswoman for Kraft Foods in Tarrytown, New York.



Related Quotes
KFT 30-Jul @ 1:30pm (C)Yahoo!

| | | | |
|---|---|---|---|
| KFT | 27.80 | -0.43 | News |
| PG | 87.32 | +0.22 | News |
| SLE | 19.55 | +0.61 | News |

View Detailed Quotes
Delayed 20 mins
Quote data provided by Reuters

**Related News Stories**

- European Union Antitrust Authorities Clear P&G's Acquisition of Wella - PR Newswire (1:05 pm)
- EU OKs P&G Buy Of Germany's Wella With Conditions - Dow Jones Business News (12:50 pm)
- EU okays Procter & Gamble takeover of Wella - Reuters (12:37 pm)
- UPDATE - Unilever H1 profit rises, holds to earnings target - Reuters (12:24 pm)

More...

- By industry: Food/beverage, Household/consumer

**Top Stories**

- Bush Defends His Economic Policies - Reuters (1:05 pm)
- Refinancing Wave Breaks as Rates Rise - Reuters (11:47 am)
- Weak Earnings Forecasts Hurt Techs - Reuters (12:49 pm)
- Conocophillips, Kerr-Mcgee Profits Rise - Reuters (12:55 pm)

More...

- More Reuters
- Most-emailed articles
- Most-viewed articles

http://biz.yahoo.com/rc/030730/food_coffee_packaging_1.html    7/30/03

Metal coffee cans yielding to plastics at Folgers   Page 2 of 2

Sara Lee Coffee and Tea, a division of Sara Lee Corp. (NYSE:SLE - News), seems open to innovations like the easy-open lid. "We're looking at new packaging ideas all the time," said a spokeswoman.

Sara Lee checked out samples of the new plastic packaging and has been analyzing consumer reactions, as well as any change in the product's shelf life.

Canned coffee has a shelf life of roughly two years. Some believe coffee in plastic containers might last a year at most on the shelf, but nothing is proven yet.

"We are still looking into proving whether there is a shelf life issue," said Philippe Schaillee, vice president of marketing for Sara Lee, about the plastic containers.

Still, some industry pundits say the move to plastic from metal has more to do with the manufacturer's bottom line than with the consumer's taste buds.

Finance Spotlight

- **MarketTracker**
  Live streaming quotes for $9.95/mo

- **Research Reports**
  Expert insight at great prices

- **Credit Reports**
  Find out your credit score instantly

Email this story - Set a News Alert

ADVERTISEMENT

Special Offers

- Can't Pay Your Bills? - Free Debt Consolidation
- Get a FREE REFINANCE QUOTE - click here!
- Get a FREE Mortgage REFINANCE QUOTE - click here!
- Got Huge Bills? Sign up for Debt Reduction Help
- Register to pay your insurance premiums at statefarm.com®.
- Refinance NOW and GET CASH! Lower Your Rate!
- Stop Snoring Now - Sleep Better Tonight
- Rent DVDs-Try FREE today!
- Get a FREE Mortgage REFINANCE QUOTE - click here!
- Shop & Compare for Term Life Insurance with ReliaQuote



Copyright © 2003 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2003 Reuters Limited. All rights reserved. Republication or redistribution of Reuters content is expressly prohibited without the prior written consent Reuters. Reuters shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.