1  William C. Rooklidge (SBN 134483)
   Ben M. Davidson (SBN 181464)
2  Gregory S. Cordrey (SBN 190144)
   Jesse D. Mulholland (SBN 222393)
3  HOWREY LLP
   2020 Main Street
4  Irvine, California 92614
   949-721-6900
5  949-721-6910
   E-mail: rooklidgew@howrey.com
6  E-mail: davidsonb@howrey.com
   E-mail: cordreyg@howrey.com
7  E-mail: mulhollandj@howrey.com

8  Mark D. Wegener (*admitted pro hac vice*)
   HOWREY LLP
9  1299 Pennsylvania Ave, NW
   Washington, DC 20004
10 Telephone: 202-783-0800
   Facsimile: 202-383-6610
11 E-mail: wegenerm@howrey.com

12 Attorneys for Plaintiff
   The Procter & Gamble Company
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18 THE PROCTER & GAMBLE COMPANY,      )  Case No.: C07-04413 PJH
                                       )
19              Plaintiff,             )
                                       )
   v.                                  )  Honorable Phyllis J. Hamilton
20                                     )
   KRAFT FOODS GLOBAL, INC.,           )  DECLARATION OF JENNIFER FLOYD
21                                     )  IN SUPPORT OF THE PROCTER &
                Defendant.             )  GAMBLE COMPANY'S MOTION FOR A
22                                     )  PRELIMINARY INJUNCTION
                                       )
23                                     )  Date:  October 24, 2007
                                       )  Time:  9:00 a.m.
24                                     )  Court: Courtroom 3, 17th Floor
                                       )
25

26

27

28 Case No. C07-04413 PJH
   Decl. of Jennifer Floyd In Support of Mtn. For Prel.
   Injunction

DM US:20673979_1

**DECLARATION OF JENNIFER FLOYD**

I, Jennifer Floyd, hereby declare:

1. I have been an employee of The Procter and Gamble Company ("P&G") since July 2000. Except as stated herein, the matters stated below are of my personal knowledge. If called as a witness, I could and would testify competently thereto.

2. My title at P&G is Senior Engineer in Coffee Research and Development. My responsibilities include developing products based on consumer preferences. I have a bachelor of science degree in chemical engineering and a masters degree in business administration. I am a named inventor on P&G's U.S. Patent No. 7,169,418.

3. I conducted a test of Maxwell House's Original coffee in the new 39-ounce plastic coffee container for the overall coffee aroma value. As explained below, the test procedure used to determine the overall coffee aroma value was the same one specified in U.S. Patent No. 7,169,418, except for the duration that coffee was stored. Rather than the specified 120 days, the coffee was stored about 60 days. However, the overall coffee aroma value for the Maxwell House plastic container would be expected to increase the longer the coffee is stored in the container prior to testing, up to the stated "Best By" date. Thus, the overall coffee aroma value determined for the Maxwell House's 39-ounce plastic container is considered to be conservative.

4. We purchased and obtained ten containers of Maxwell House Original coffee in the plastic containers (test container) and ten containers of Maxwell House Original coffee in the metal cans (control container) at Cincinnati area stores. The Maxwell House plastic coffee containers and the control containers all had "Best by" dates of June 11, 2008. This indicates that they were all packed on the same day, which according to industry convention is a year earlier or June 11, 2007. All the containers and cans were opened, the coffee was dumped, and the insides were wiped with a paper towel (Bounty white) to remove excess roast and ground coffee. Each container was then capped and let stand from approximately 9:30 a.m. until about 2:00 p.m. in order to equilibrate.

5. Individual panelists were screened for their ability to discriminate odors utilizing various standard sensory methodologies as part of their sensory screening. Panelists were assessed for aroma

Case No. C07-04413 PJH
Decl. of Jennifer Floyd In Support of Mtn. For Prel.
Injunction

2

DM US:20673979 1

1  discriminatory ability using the gross olfactory acuity-screening test (universal version) as developed by Sensonics, Inc., for aroma. This test method involves a potential panelist successfully identifying aromas in a "scratch and sniff" context.

6. Forty successful, qualified panelists were then blindfolded and not permitted to touch the containers when each evaluated the Maxwell House plastic container and a control container. An attendant administered the test to each panelist. Five test stations were used. Each of the five stations had two sets of packages. Both the stations and the sets within the stations were rotated such that all 10 sets were used generally. The package first presented each time also was rotated.

7. Each blindfolded panelist smelled a first container (either the Maxwell House container or control container) and rated the overall aroma, coffee aroma, and freshness on a 1 to 9 point scale (integers only) with reference to the following description for the two aroma questions: no aroma (1) to a lot of aroma (9). The freshness scale was labeled (1) weak to (9) strong. The overall aroma includes every smell emitted from the container while the coffee aroma includes only the coffee smell. After a brief relief period, the blindfolded panelist evaluated the second container. The range for overall aroma is again assessed by panelists using the same rating system.

8. The panel results for overall coffee aroma value were then tabulated and statistically evaluated. Standard deviations based on a Student T statistical test were calculated with 95% confidence intervals to note where statistically significant differences occur between the mean values of the two products tested.

9. The overall coffee aroma value for the Maxwell House 39-ounce plastic coffee container had an overall coffee aroma value of 6.23, a coffee aroma of 6.08, and a freshness of 5.8 compared with the metal can overall coffee aroma value of 4.4, a coffee aroma of 4.13, and a freshness of 3.63.

///
///
///

Case No. C07-04413 PJH
Decl. of Jennifer Floyd In Support of Mtn. For Prel. Injunction

DM US:20673979 1

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of September, 2007, at Cincinnati, Ohio.

*Jennifer R. Floyd*
Jennifer Floyd

Case No. C07-04413 PJH
Decl. of Jennifer Floyd In Support of Mtn. For Prel.

4