William C. Rooklidge (SBN 134483)
Ben M. Davidson (SBN 181464)
Gregory S. Cordrey (SBN 190144)
Jesse D. Mulholland (SBN 222393)
HOWREY LLP
2020 Main Street
Irvine, California 92614
949-721-6900
949-721-6910
E-mail: rooklidgew@howrey.com
E-mail: davidsonb@howrey.com
E-mail: cordreyg@howrey.com
E-mail: mulhollandj@howrey.com

Mark D. Wegener (*admitted pro hac vice*)
HOWREY LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: 202-783-0800
Facsimile: 202-383-6610
E-mail: wegenerm@howrey.com

Attorneys for Plaintiff
The Procter & Gamble Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>　　　　　Plaintiff,<br>v.<br>KRAFT FOODS GLOBAL, INC.,<br>　　　　　Defendant. | Case No.: C07-04413 PJH<br><br>**Honorable Phyllis J. Hamilton**<br><br>**DECLARATION OF SUE MILLS IN SUPPORT OF THE PROCTER & GAMBLE COMPANY'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:　October 24, 2007<br>Time:　9:00 a.m.<br>Court:　Courtroom 3, 17th Floor |

DECLARATION OF SUE MILLS IN
SUPPORT OF MOTION FOR A PRELIMINARY
INJUNCTION
CASE NO. C07-04413 PJH

I, Sue Mills, hereby declare:

1. I have been an employee of The Procter and Gamble Company ("P&G") since 1981. Except as stated herein, the matters stated below are of my personal knowledge. If called as a witness, I could and would testify competently thereto.

2. I am a Principal Scientist at P&G. From 1999 to 2003, I worked on research and development in P&G's Coffee Division. I currently work in P&G's Baby Care division.

3. In 1978, I received a bachelors degree in medical technology from Ball State University that included a year of clinical rotation from Methodist Hospital in Indianapolis, Indiana. As a product researcher, I focus on understanding what consumers want and identifying ways to improve products so that they will appeal to consumers. I have been with P&G for 26 years and in that time have been involved in various consumer products.

4. P&G manufactures and sells Folgers brand coffee, a 153-year old brand of ground, roast coffee that is the most popular brand in the United States today. P&G's principal competitor is Kraft, which sells Maxwell House brand coffee.

5. I became involved in 2000 with a very large research and development project that P&G's coffee division had already begun. My role on the project was to help further develop the container into one that would appeal to consumers, to reduce the cost of manufacturing the container, and to build volume for Folgers. My ultimate goal was to get the container into production. Working with Sameer Munger, one of the inventors of the patent that P&G ultimately received for its work on this project, I helped identify what consumers wanted in a coffee container. One of the things that we determined was that consumers buy coffee for flavor, and, just as importantly, that they want coffee to maintain that fresh flavor. Consumers notice when coffee's flavor and aroma degrades. Based on consumer research performed by our team, including meetings with focus groups and surveys, we determined that it was important for the container to provide a Tupperware-like concept to keep coffee flavor and aroma fresh. Consumers liked the Tupperware lid's ability to stay on, seal, make an audible click, and be "burped" to release extra air.

Case No. C07-04413 PJH  - 1 -
Decl. of Sue Mills In Support of Mtn. For Prel.
Injunction

6. In January 2001, our team summarized a consumer test of a round container that we had developed. We modified the container design by making some improvements and launched it in August 2003. We advertised the new container under a new mark, "AROMASEAL," which identifies the features of the container that maintained the fresh aroma of the coffee.

7. In 2003, P&G switched its entire line of roast, ground coffee production to its new plastic container design, incurring millions of dollars in costs. This conversion required P&G to make major changes to its New Orleans production facility and assume very high risk. In making this commitment and completely discontinuing the use of metal cans, P&G faced the risk that consumers would reject the use of plastic containers, which would have damaged sales of a well-established product. P&G took this risk and advertised its revolutionary container design to consumers, focusing in its ads on the benefits of fresh aroma provided by the combination of features including a peel-off seal, flavor-protecting air valve, tight-fitting lid, easy-to-grip handle, and other features of P&G's patent.

8. Ground, roast coffee is not a field that generates many new inventions. For many years, consumers have been buying coffee in standard metal cans that are difficult to open, heavy, and awkward to hold with one hand. By delivering its lightweight plastic container with an easy-to-hold handle, P&G eliminated these problems and provided additional advantages, including capturing coffee aroma in the plastic container itself. Based on the extensive consumer research that I supervised at P&G, both before and after introduction of the new plastic container, the innovations in the container create goodwill among coffee consumers. Consumers perceive that Folgers is the brand that brings them a new container that no other brand has, and that is superior to the old metal cans used by its competitors, including Kraft.

9. The goodwill created by P&G is reflected in awards it received, including an award from the Arthritis Foundation, which recognized the ease with which arthritis patients were opening and handling P&G's lightweight plastic containers. P&G also received numerous packaging design awards recognizing that P&G's product design provided added value to consumers.

10. By competing with P&G using the technology that P&G itself developed, Kraft likely will dramatically reduce the competitive advantage and consumer goodwill that P&G has built since 2003. P&G will no longer be the only coffee company providing all the advantages of its advanced packaging technology, including ease of use and a better way to keep coffee's aroma fresher longer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of September, 2007, at Cincinnati Ohio.

_____
Sue Mills

DECLARATION OF SUE MILLS IN
SUPPORT OF MOTION FOR A PRELIMINARY
INJUNCTION
CASE NO. C07-04413 PJH

- 3 -