William C. Rooklidge (SBN 134483)
Ben M. Davidson (SBN 181464)
Gregory S. Cordrey (SBN 190144)
Jesse D. Mulholland (SBN 222393)
HOWREY LLP
2020 Main Street
Irvine, California 92614
949-721-6900
949-721-6910
E-mail: rooklidgew@howrey.com
E-mail: davidsonb@howrey.com
E-mail: cordreyg@howrey.com
E-mail: mulhollandj@howrey.com

Mark D. Wegener (*admitted pro hac vice*)
HOWREY LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: 202-783-0800
Facsimile: 202-383-6610
E-mail: wegenerm@howrey.com

Attorneys for Plaintiff
The Procter & Gamble Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> KRAFT FOODS GLOBAL, INC., <br><br> Defendant. | Case No.: C07-04413 PJH <br><br> Honorable Phyllis J. Hamilton <br><br> **DECLARATION OF DOUGLAS B. ZEIK, PH.D. IN SUPPORT OF THE PROCTER & GAMBLE COMPANY'S MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: October 24, 2007 <br> Time: 9:00 a.m. <br> Court: Courtroom 3, 17th Floor |

Case No. C07-04413 PJH
Decl. of Douglas B. Zeik, Ph.D. In Support of Mtn. For
Prel. Injunction

DM US:20673979 1

1  **DECLARATION OF DOUGLAS B. ZEIK, PH.D.**

2  I, Douglas B. Zeik, hereby declare:

3  1.  I have been an employee of The Procter and Gamble Company ("P&G") since September of 1994. Except as stated herein, the matters stated below are of my personal knowledge. If called as a witness, I could and would testify competently thereto.

6  2.  My title at P&G is Principal Engineer in P&G's Global Packaging and Device Development. My responsibilities include materials analysis, design, prototyping, development, and manufacturing of packaging. I have a bachelor degree and a masters degree in chemical engineering and a Ph.D. in material science and engineering. By virtue of my education and work experience, I have acquired expertise in packaging with particular emphasis on packaging of food products, including coffee. I also am a named inventor to U.S. Patent No. 7,169,418.

12  3.  In connection with my responsibilities at P&G, I was asked to conduct and review various tests on Kraft's Maxwell House 39-ounce plastic container.

14  4.  The Maxwell House container holds 39 ounces of custom roasted ground coffee according to its label. ("Original Coffee Since 1892" and "Original Custom Roasted"). An image of the front label of a Maxwell House container identical to the one tested is shown below.



26  5.  The Maxwell House container has a longitudinal axis with a closed bottom, an open top (covered in the photograph by the gold colored lid or "overcap,") and a body having an enclosed

---
Case No. C07-04413 PJH  
Decl. of Douglas B. Zeik, Ph.D. In Support of Mtn. For  
Prel. Injunction

DM_US:20673979_1

2

1  perimeter between the bottom and top.  The Maxwell House container also has a handle disposed on
2  the body of the container.  The handle is substantially parallel to the longitudinal axis of the container.
3  A labeled image is shown below.



longitudinal axis

6.  The bottom, top and body of the Maxwell House container define an interior volume that holds 39 ounces of roast ground coffee.

7.  The body of the Maxwell House container has at least two regions of deflection.  The region of deflection allows the body to flex and has less resistance to flexing than the curved body portions of the container next to the regions of deflection.  One region of deflection is identified below in the red dashed lines in the image below.

region of deflection



8.  Below are two photographs showing a Maxwell House container flexing at the region of deflection.  The first photograph is a container in its sealed condition, i.e., purchased off the shelf with

Case No. C07-04413 PJH
Decl. of Douglas B. Zeik, Ph.D. In Support of Mtn. For
Prel. Injunction

DM_US:20673979_1

3

.LP

a negative (vacuum) internal pressure shown by the fact that the flexible closure (foil cover) is concave. The region of deflection on the Maxwell House container is shown deflected inwardly. The second photograph shows the same Maxwell House container where the internal pressure has been equalized to atmospheric pressure by opening the flexible closure. The region of deflection on this container is shown nearly perfectly vertical—no inward deflection of the region of deflection is shown. This shows that the region of deflection allows the body to flex and has less resistance to flexing than the curved body portions of the container next to the regions of deflection.



Negative pressure – region of deflection flexed     No pressure – region of deflection not flexed

9. The Maxwell House container has a protuberance (or ridge) continuously disposed around the perimeter of the body at the top. The protuberance forms a ridge external to the body in that it extends upward and away from the body. The protuberance on the Maxwell House container provides a surface on which to attach the flexible closure. A labeled photograph is shown below.

protuberance



Case No. C07-04413 PJH
Decl. of Douglas B. Zeik, Ph.D. In Support of Mtn. For
Prel. Injunction

DM US:20673979 1

4

10. The Maxwell House container has a flexible closure (foil laminate) that is removably attached and sealed to the protuberance. The flexible closure is visible when the cover is removed.



flexible closure

11. The Maxwell House container has a one-way valve disposed on the flexible closure (foil laminate).



One-way valve

12. The bottom and body of the Maxwell House container are made of a material having a tensile modulus at least about 35,000 pounds per square inch to at least about 650,000 pounds per square inch. More specifically, based on testing of the Maxwell House container by a contracted third party engineering firm and its contracted laboratory, SAEC and Data Lab Point, respectively, the Maxwell House container has a tensile strength of about 107,000 psi to 111,000 psi. The tensile modulus was determined in accordance with industry accepted standard methods, namely ASTM D 638-02.

Case No. C07-04413 PJH  
Decl. of Douglas B. Zeik, Ph.D. In Support of Mtn. For  
Prel. Injunction

DM US:20673979 1

5

13. The Maxwell House container has a top load capacity of at least 16 pounds. More specifically, based on testing of the Maxwell House container by P&G's Coffee Development organization, the Maxwell House container has a top load capacity of about 180 pounds. The top load capacity was determined in accordance with an industry accepted standard method, namely the method published by the Plastic Bottle Institute: Technical Bulletin PBI 3-1968 Rev. 2 - 1990.

14. The Maxwell House container has a multi-layered material primarily comprising an interior layer of high density polyethylene (HDPE), a layer of ethylene vinyl alcohol copolymer (EVOH), and another layer of HDPE. The interior layer of HDPE is a polyolefin. The middle layer of EVOH is an oxygen barrier. I determined the composition of multi-layered material using differential scanning calorimetry, infrared analysis and microscopy.

15. Based on my experience in packaging and specifically developing the plastic coffee container at P&G, Kraft's Maxwell House plastic coffee container uses regions of deflection to minimize denting, the external ridge in conjunction with the top flexible laminate (foil) keeps coffee fresh, a one-way valve avoids excess internal pressure from damaging the plastic containers and the flexible seal, a multi-layered plastic and use of certain plastic materials to maintain structural integrity and coffee freshness, and materials having certain tensile strength and top load capacity to ensure the container's structural integrity.

Case No. C07-04413 PJH
Decl. of Douglas B. Zeik, Ph.D. In Support of Mtn. For Prel. Injunction

DM US:20673979 1

6

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is
2  true and correct.
3       Executed this 12th day of September, 2007, at Cincinnati, Ohio.

*[signature]*

Douglas B. Zeik

Case No. C07-04413 PJH
Decl. of Douglas B. Zeik, Ph.D. In Support of Mtn. For
Prel. Injunction

7

TOTAL P.07