| | |
|---|---|
| 1 | William C. Rooklidge (SBN 134483) |
|   | Gregory S. Cordrey (SBN 190144) |
| 2 | Jesse D. Mulholland (SBN 222393) |
|   | HOWREY LLP |
| 3 | 2020 Main Street |
|   | Irvine, California 92614 |
| 4 | 949-721-6900 |
|   | 949-721-6910 |
| 5 | E-mail: rooklidgew@howrey.com |
|   | E-mail: cordreyg@howrey.com |
| 6 | E-mail: mulhollandj@howrey.com |
| 7 | Mark D. Wegener (admitted *pro hac vice*) |
|   | HOWREY LLP |
| 8 | 1299 Pennsylvania Ave, NW |
|   | Washington, DC 20004 |
| 9 | Telephone: 202-783-0800 |
|   | Facsimile: 202-383-6610 |
| 10 | E-mail: wegenerm@howrey.com |
| 11 | Attorneys for Plaintiff |
|   | The Procter & Gamble Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, | ) | Case No.: C 07-04413 JCS |
|  | ) |  |
| Plaintiff, | ) | Hon. Phyllis J. Hamilton |
| v. | ) | Courtroom 3, 17th Floor |
|  | ) |  |
| KRAFT FOODS GLOBAL, INC., | ) | **PROOF OF SERVICE** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

DM_US:20690770_1

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF ORANGE           )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is .

On September 14, 2007, I served on the interested parties in said action the within:

**PLAINTIFF THE PROCTER & GAMBLE COMPANY'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME;**

**DECLARATIONS OF: EDWARD BELLO, DAVID DALTON, JENNIFER FLOYD, JASON GERMEINER, GREG HUNTINGTON, SUE MILLS, TODD ROE, RUDY SCHMELLER, DOUG ZEIK, AND BEN DAVIDSON IN SUPPORT THEREOF;**

**[PROPOSED] ORDER GRANTING THE PROCTER & GAMBLE COMPANY'S MOTION FOR PRELIMINARY INJUNCTION.**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Kraft Foods Global, Inc.
c/o C T Corporation System
818 West 7th Street
Los Angeles, CA 90017

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X] (PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the offices of each interested party for personal service on Tuesday, September 4, 2007.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on September 14, 2007, at Irvine, California.

| Emilie B. Soriano | /s/ |
|---|---|
| (Type or print name) | (Signature) |

-1-

DM_US:20690770_1