```
 1 │ William C. Rooklidge (SBN 134483)
   │ Gregory S. Cordrey (SBN 190144)
 2 │ Jesse D. Mulholland (SBN 222393)
   │ HOWREY LLP
 3 │ 2020 Main Street
   │ Irvine, California 92614
 4 │ 949-721-6900
   │ 949-721-6910
 5 │ E-mail: rooklidgew@howrey.com
   │ E-mail: cordreyg@howrey.com
 6 │ E-mail: mulhollandj@howrey.com
   │
 7 │ Mark D. Wegener (admitted *pro hac vice*)
   │ HOWREY LLP
 8 │ 1299 Pennsylvania Ave, NW
   │ Washington, DC 20004
 9 │ Telephone: 202-783-0800
   │ Facsimile: 202-383-6610
10 │ E-mail: wegenerm@howrey.com
   │
11 │ Attorneys for Plaintiff
   │ The Procter & Gamble Company
12 │
13 │              UNITED STATES DISTRICT COURT
14 │              NORTHERN DISTRICT OF CALIFORNIA
15 │                  SAN FRANCISCO DIVISION
16 │
17 │ THE PROCTER & GAMBLE COMPANY,  )   Case No.: C 07-04413 JCS
18 │              Plaintiff,         )   Hon. Phyllis J. Hamilton
   │ v.                              )   Courtroom 3, 17th Floor
19 │                                 )
   │ KRAFT FOODS GLOBAL, INC.,       )   **AMENDED PROOF OF SERVICE**
20 │                                 )
   │              Defendant.         )
21 │                                 )
22 │
```

DM_US:20691057_1

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) ss.: |
| 2 | COUNTY OF ORANGE ) |

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is .

      On September 14, 2007, I served on the interested parties in said action the within:

**PLAINTIFF THE PROCTER & GAMBLE COMPANY'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME;**

**DECLARATIONS OF: EDWARD BELLO, DAVID DALTON, JENNIFER FLOYD, JASON GERMEINER, GREG HUNTINGTON, SUE MILLS, TODD ROE, RUDY SCHMELLER, DOUG ZEIK, AND BEN DAVIDSON IN SUPPORT THEREOF;**

**[PROPOSED] ORDER GRANTING THE PROCTER & GAMBLE COMPANY'S MOTION FOR PRELIMINARY INJUNCTION.**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Claude M. Stern, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Tel.: (650) 801-5000
Fax: (650) 801-5100
claudestern@quinnemanuel.com

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X] (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on September 14, 2007, at Irvine, California.

_____      _____
   Emilie B. Soriano                        (Signature)
 (Type or print name)

DM_US:20691057_1