1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
     Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
7  Facsimile:     (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13 | THE PROCTOR & GAMBLE COMPANY, | CASE NO. C 07-04413 PJH
14 |           Plaintiff,          | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
15 |           vs.                 |
16 | KRAFT FOODS GLOBAL, INC.,     |
17 |           Defendant.          |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Kraft Foods Inc., a publicly traded company, is the parent of Kraft Foods Global, Inc.

DATED: September 17, 2007                Respectfully submitted,

                                         QUINN EMANUEL URQUHART OLIVER &
                                         HEDGES, LLP


                                         By  /s/Claude M. Stern
                                             Claude M. Stern
                                             Evette D. PennyPacker
                                             Michael D. Powell
                                             Randy Garteiser
                                             Attorneys for Kraft Foods Global, Inc.