1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
3  evettepennypacker@quinnemanuel.com
   Michael D. Powell (Bar No. 202850)
4  mikepowell@quinnemanuel.com
   Randy Garteiser (Bar No. 231821)
5  randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California 94065-2139
   Telephone:     (650) 801-5000
7  Facsimile:     (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE PROCTOR & GAMBLE COMPANY, | CASE NO. C 07-04413 PJH |
|---|---|
| Plaintiff, | KRAFT FOODS GLOBAL, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 |
| vs. | |
| KRAFT FOODS GLOBAL, INC., | |
| Defendant. | |

51282/2219008.1

Case No. C 07-04413 PJH
KRAFT FOODS GLOBAL, INC.'S CORPORATE DISCLOSURE STATEMENT

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Kraft Foods Global, Inc. submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Kraft Foods Global, Inc. is a wholly owned subsidiary of Kraft Foods Inc., a publicly traded company.

DATED: September 17, 2007            Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/Claude M. Stern
   Claude M. Stern
   Evette D. PennyPacker
   Michael D. Powell
   Randy Garteiser
   Attorneys for Kraft Foods Global, Inc.