# EXHIBIT 5

## To The Declaration of Claude M. Stern

quinn emanuel

The Procter and Gamble Company v. Kraft Foods Global, Inc.,
Case No. C-07-4413-PJH (N.D. Cal. 2007)

51282/2225445.1

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
3  evettepennypacker@quinnemanuel.com
   Michael D. Powell (Bar No. 202850)
4  mikepowell@quinnemanuel.com
   Randy Garteiser (Bar No. 231821)
5  randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:   (650) 801-5000
7  Facsimile:    (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  THE PROCTER & GAMBLE              CASE NO. C 07-04413 PJH
    COMPANY,
14                                    **NOTICE OF DEPOSITION OF BRYN
              Plaintiff,             T. LORENTZ**
15
         vs.
16
    KRAFT FOODS GLOBAL, INC.,
17
              Defendant.
18

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft

22  Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the

23  deposition upon oral examination of Bryn T. Lorentz, at _____ a.m. on _____, 2007,

24  at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall

25  continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until

26  completed.  The deposition shall be recorded stenographically and shall be conducted

27  before a notary public or other officer duly authorized by law to take depositions and

28  administer oaths.

51282/2225361.1

1      PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2 pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3 technology for real-time transcription of the testimony.

4

5   DATED:  September __, 2007     QUINN EMANUEL URQUHART OLIVER &
                                                            HEDGES, LLP

6

7

8                                         By_____
                                           Claude M. Stern

9                                            Evette D. PennyPacker
                                         Michael D. Powell

10                                          Randy Garteiser

11                                          Attorneys for Kraft Foods Global, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
Michael D. Powell (Bar No. 202850)
mikepowell@quinnemanuel.com
Randy Garteiser (Bar No. 231821)
randygarteiser@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>        Plaintiff,<br><br>    vs.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>        Defendant. | CASE NO. C 07-04413 PJH<br><br>**NOTICE OF DEPOSITION OF JERRY S. YETTER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the deposition upon oral examination of Jerry S. Yetter, at _____ a.m. on _____, 2007, at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until completed. The deposition shall be recorded stenographically and shall be conducted before a notary public or other officer duly authorized by law to take depositions and administer oaths.

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2    pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3    technology for real-time transcription of the testimony.

4

5    DATED:  September __, 2007          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
6

7

8                                       By_____
                                            Claude M. Stern
9                                           Evette D. PennyPacker
                                            Michael D. Powell
10                                          Randy Garteiser

11                                      Attorneys for Kraft Foods Global, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
     Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
7  Facsimile:    (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  THE PROCTER & GAMBLE                 CASE NO. C 07-04413 PJH
    COMPANY,
14                                       **NOTICE OF DEPOSITION OF GREG
                Plaintiff,               HUNTINGTON**
15
         vs.
16
    KRAFT FOODS GLOBAL, INC.,
17
                Defendant.
18

19
   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
         PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft
21
   Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the
22
   deposition upon oral examination of Greg Huntington, at _____ a.m. on _____,
23
   2007, at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall
24
   continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until
25
   completed.  The deposition shall be recorded stenographically and shall be conducted
26
   before a notary public or other officer duly authorized by law to take depositions and
27
   administer oaths.
28

51282/2223122.1

1      PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2 pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3 technology for real-time transcription of the testimony.

4

5   DATED:  September __, 2007      QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP

6

7

8                            By_____
                              Claude M. Stern

9                               Evette D. PennyPacker
                              Michael D. Powell

10                               Randy Garteiser

11                               Attorneys for Kraft Foods Global, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
    Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
    Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
    Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
7  Facsimile:    (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  THE PROCTER & GAMBLE COMPANY, | CASE NO. C 07-04413 PJH |
| 14 | **NOTICE OF DEPOSITION OF JASON GEMEINER** |
| 15           Plaintiff, | |
| 16      vs. | |
| 17  KRAFT FOODS GLOBAL, INC., | |
| 18           Defendant. | |

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21         PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft

22  Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the

23  deposition upon oral examination of Jason Gemeiner, at _____ a.m. on _____, 2007,

24  at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall

25  continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until

26  completed.  The deposition shall be recorded stenographically and shall be conducted

27  before a notary public or other officer duly authorized by law to take depositions and

28  administer oaths.

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2  pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3  technology for real-time transcription of the testimony.

4

5  DATED:  September __, 2007        QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
6

7
                                   By
8                                      Claude M. Stern
                                       Evette D. PennyPacker
9                                      Michael D. Powell
                                       Randy Garteiser
10
                                       Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
  Randy Garteiser (Bar No. 231821)
  randygarteiser@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>        Defendant. | CASE NO. C 07-04413 PJH<br><br>**NOTICE OF DEPOSITION OF TODD ROE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the deposition upon oral examination of Todd Roe, at _____ a.m. on _____, 2007, at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until completed. The deposition shall be recorded stenographically and shall be conducted before a notary public or other officer duly authorized by law to take depositions and administer oaths.

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2    pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3    technology for real-time transcription of the testimony.

4

5    DATED:  September __, 2007          QUINN EMANUEL URQUHART OLIVER &
                                         HEDGES, LLP
6

7
                                         By_____
8                                            Claude M. Stern
                                             Evette D. PennyPacker
9                                            Michael D. Powell
                                             Randy Garteiser
10
                                             Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
    Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
    Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
    Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
7  Facsimile:    (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13 | THE PROCTER & GAMBLE COMPANY, | CASE NO. C 07-04413 PJH |
14 | | **NOTICE OF DEPOSITION OF EDWARD BELLO** |
15 |            Plaintiff, | |
16 |    vs. | |
17 | KRAFT FOODS GLOBAL, INC., | |
18 |            Defendant. | |

19

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21         PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft

22 Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the

23 deposition upon oral examination of Edward Bello, at _____ a.m. on _____, 2007, at

24 the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall continue

25 day-to-day, Saturdays, Sundays and holidays excluded, thereafter until completed. The

26 deposition shall be recorded stenographically and shall be conducted before a notary public

27 or other officer duly authorized by law to take depositions and administer oaths.

28

51282/2223164.1

1     PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2   pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3   technology for real-time transcription of the testimony.

4

5   DATED:  September __, 2007          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
6

7
                                        By_____
8                                            Claude M. Stern
                                             Evette D. PennyPacker
9                                            Michael D. Powell
                                             Randy Garteiser
10
                                         Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
     Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:   (650) 801-5000
7  Facsimile:   (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  THE PROCTER & GAMBLE              CASE NO. C 07-04413 PJH
    COMPANY,
14                                    **NOTICE OF DEPOSITION OF RUDY
              Plaintiff,              SCHMELLER**
15
         vs.
16
    KRAFT FOODS GLOBAL, INC.,
17
              Defendant.
18

19
    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
         PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft
21
22  Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the

23  deposition upon oral examination of Rudy Schmeller, at _____ a.m. on _____, 2007,

24  at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall

25  continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until

26  completed.  The deposition shall be recorded stenographically and shall be conducted

27  before a notary public or other officer duly authorized by law to take depositions and

28  administer oaths.

51282/2223166.1

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2  pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3  technology for real-time transcription of the testimony.

4

5   DATED: September __, 2007          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
6

7
                                       By_____
8                                         Claude M. Stern
                                          Evette D. PennyPacker
9                                         Michael D. Powell
                                          Randy Garteiser
10
                                          Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
   claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
   evettepennypacker@quinnemanuel.com
   Michael D. Powell (Bar No. 202850)
   mikepowell@quinnemanuel.com
   Randy Garteiser (Bar No. 231821)
   randygarteiser@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>    Defendant. | CASE NO. C 07-04413 PJH<br><br>**NOTICE OF DEPOSITION OF DAVID A. DALTON** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the deposition upon oral examination of David A. Dalton, at _____ a.m. on _____, 2007, at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until completed.  The deposition shall be recorded stenographically and shall be conducted before a notary public or other officer duly authorized by law to take depositions and administer oaths.

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2  pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3  technology for real-time transcription of the testimony.

4

5    DATED:  September __, 2007          QUINN EMANUEL URQUHART OLIVER &
                                                           HEDGES, LLP
6

7
                                                    By_____
8                                                          Claude M. Stern
                                                           Evette D. PennyPacker
9                                                          Michael D. Powell
                                                           Randy Garteiser
10
                                                           Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
      Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
      Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
      Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
7  Facsimile:    (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  THE PROCTER & GAMBLE                 CASE NO. C 07-04413 PJH
    COMPANY,
14                                       **NOTICE OF DEPOSITION OF**
                Plaintiff,               **JENNIFER FLOYD**
15
       vs.
16
    KRAFT FOODS GLOBAL, INC.,
17
                Defendant.
18

19

   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
          PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft
21
   Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the
22
   deposition upon oral examination of Jennifer Floyd, at _____ a.m. on _____, 2007,
23
   at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall
24
   continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until
25
   completed.  The deposition shall be recorded stenographically and shall be conducted
26
   before a notary public or other officer duly authorized by law to take depositions and
27
   administer oaths.
28

51282/2223174.1

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2  pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3  technology for real-time transcription of the testimony.

4

5   DATED:  September __, 2007          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
6

7                                       By_____
8                                          Claude M. Stern
                                           Evette D. PennyPacker
9                                          Michael D. Powell
                                           Randy Garteiser
10
                                        Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
     Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
7  Facsimile:   (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  THE PROCTER & GAMBLE            CASE NO. C 07-04413 PJH
    COMPANY,
14                                  **NOTICE OF DEPOSITION OF SUE
              Plaintiff,            MILLS**
15
          vs.
16
    KRAFT FOODS GLOBAL, INC.,
17
              Defendant.
18

19
   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
          PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft
21
   Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the
22
   deposition upon oral examination of Sue Mills, at _____ a.m. on _____, 2007, at the
23
   offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall continue
24
   day-to-day, Saturdays, Sundays and holidays excluded, thereafter until completed. The
25
   deposition shall be recorded stenographically and shall be conducted before a notary public
26
   or other officer duly authorized by law to take depositions and administer oaths.
27

28

51282/2223178.1

1          PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2    pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3    technology for real-time transcription of the testimony.

4

5     DATED:  September __, 2007        QUINN EMANUEL URQUHART OLIVER &
                                            HEDGES, LLP
6

7
                                        By_____
8                                            Claude M. Stern
                                             Evette D. PennyPacker
9                                            Michael D. Powell
                                             Randy Garteiser
10
                                             Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        Claude M. Stern (Bar No. 96737)
2        claudestern@quinnemanuel.com
        Evette D. Pennypacker (Bar No. 203515)
3        evettepennypacker@quinnemanuel.com
        Michael D. Powell (Bar No. 202850)
4        mikepowell@quinnemanuel.com
        Randy Garteiser (Bar No. 231821)
5        randygarteiser@quinnemanuel.com
      555 Twin Dolphin Drive, Suite 560
6    Redwood Shores, California  94065-2139
      Telephone:   (650) 801-5000
7    Facsimile:   (650) 801-5100

8    Attorneys for Kraft Foods Global, Inc.

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13   THE PROCTER & GAMBLE                  CASE NO. C 07-04413 PJH
     COMPANY,
14                                          **NOTICE OF DEPOSITION OF
                        Plaintiff,          DOUGLAS B. ZEIK**
15
           vs.
16
     KRAFT FOODS GLOBAL, INC.,
17
                        Defendant.
18

19
     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
           PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft
21
     Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the
22
     deposition upon oral examination of Douglas B. Zeik, at _____ a.m. on _____, 2007,
23
     at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall
24
     continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until
25
     completed.  The deposition shall be recorded stenographically and shall be conducted
26
     before a notary public or other officer duly authorized by law to take depositions and
27
     administer oaths.
28

51282/2223180.1

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2  pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3  technology for real-time transcription of the testimony.

4

5  DATED:  September __, 2007          QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
6

7

8                                      By_____
                                          Claude M. Stern
                                          Evette D. PennyPacker
9                                         Michael D. Powell
                                          Randy Garteiser
10
                                          Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
     Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:   (650) 801-5000
7  Facsimile:   (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  THE PROCTER & GAMBLE              CASE NO. C 07-04413 PJH
    COMPANY,
14                                    **NOTICE OF DEPOSITION OF JAMES**
              Plaintiff,              **D. SMITH**
15
         vs.
16
    KRAFT FOODS GLOBAL, INC.,
17
              Defendant.
18

19
   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
         PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft
21
   Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the
22
   deposition upon oral examination of James D. Smith, at _____ a.m. on _____, 2007,
23
   at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall
24
   continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until
25
   completed.  The deposition shall be recorded stenographically and shall be conducted
26
   before a notary public or other officer duly authorized by law to take depositions and
27
   administer oaths.
28

51282/2225358.1

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2 pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3 technology for real-time transcription of the testimony.

4

5    DATED:  September ___, 2007          QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
6

7

8                                         By_____
                                              Claude M. Stern
                                              Evette D. PennyPacker
9                                             Michael D. Powell
                                              Randy Garteiser
10
                                              Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2        Claude M. Stern (Bar No. 96737)
         claudestern@quinnemanuel.com
3        Evette D. Pennypacker (Bar No. 203515)
         evettepennypacker@quinnemanuel.com
         Michael D. Powell (Bar No. 202850)
4        mikepowell@quinnemanuel.com
         Randy Garteiser (Bar No. 231821)
5        randygarteiser@quinnemanuel.com
     555 Twin Dolphin Drive, Suite 560
6    Redwood Shores, California  94065-2139
     Telephone:    (650) 801-5000
7    Facsimile:    (650) 801-5100

8    Attorneys for Kraft Foods Global, Inc.

9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13   THE PROCTER & GAMBLE              CASE NO. C 07-04413 PJH
     COMPANY,
14                                     **NOTICE OF DEPOSITION OF JAMES
                  Plaintiff,           L. BONO**
15
            vs.
16
     KRAFT FOODS GLOBAL, INC.,
17
                  Defendant.
18

19
     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
            PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft
21
     Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the
22
     deposition upon oral examination of James L. Bono, at _____ a.m. on _____, 2007,
23
     at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall
24
     continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until
25
     completed.  The deposition shall be recorded stenographically and shall be conducted
26
     before a notary public or other officer duly authorized by law to take depositions and
27
     administer oaths.
28

51282/2225354.1

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2  pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3  technology for real-time transcription of the testimony.

4

5   DATED:  September __, 2007          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
6

7
                                    By_____
8                                       Claude M. Stern
                                        Evette D. PennyPacker
9                                       Michael D. Powell
                                        Randy Garteiser
10
                                        Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    Claude M. Stern (Bar No. 96737)
     claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
     Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
7  Facsimile:   (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  THE PROCTER & GAMBLE              CASE NO. C 07-04413 PJH
    COMPANY,
14                                    **NOTICE OF DEPOSITION OF**
              Plaintiff,              **SAMEER MUNGUR**
15
         vs.
16
    KRAFT FOODS GLOBAL, INC.,
17
              Defendant.
18

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21         PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft

22  Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the

23  deposition upon oral examination of Sameer Mungur, at _____ a.m. on _____, 2007,

24  at the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall

25  continue day-to-day, Saturdays, Sundays and holidays excluded, thereafter until

26  completed.  The deposition shall be recorded stenographically and shall be conducted

27  before a notary public or other officer duly authorized by law to take depositions and

28  administer oaths.

51282/2225332.1

1        PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2    pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3    technology for real-time transcription of the testimony.

4

5    DATED:  September __, 2007          QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
6

7
                                        By_____
8                                          Claude M. Stern
                                           Evette D. PennyPacker
9                                          Michael D. Powell
                                           Randy Garteiser
10
                                        Attorneys for Kraft Foods Global, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    Claude M. Stern (Bar No. 96737)
     claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Michael D. Powell (Bar No. 202850)
4    mikepowell@quinnemanuel.com
     Randy Garteiser (Bar No. 231821)
5    randygarteiser@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:   (650) 801-5000
7  Facsimile:   (650) 801-5100

8  Attorneys for Kraft Foods Global, Inc.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  THE PROCTER & GAMBLE          CASE NO. C 07-04413 PJH
    COMPANY,
14                               **NOTICE OF DEPOSITION OF AISHA
              Plaintiff,          BARRY**
15
        vs.
16
    KRAFT FOODS GLOBAL, INC.,
17
              Defendant.
18

19
    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20
           PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, defendant Kraft
21
    Foods Global, Inc., ("Kraft"), by and through its attorneys of record, will take the
22
    deposition upon oral examination of Aisha Barry, at _____ a.m. on _____, 2007, at
23
    the offices of Howrey LLP, 2020 Main Street, Irvine, California 92614, and shall continue
24
    day-to-day, Saturdays, Sundays and holidays excluded, thereafter until completed. The
25
    deposition shall be recorded stenographically and shall be conducted before a notary public
26
    or other officer duly authorized by law to take depositions and administer oaths.
27

28

51282/2225326.1

1    PLEASE TAKE FURTHER NOTICE that Kraft will videotape said deposition

2 pursuant to Fed. R. Civ. P. 30(b).  Kraft also reserves the right to use Livenote or other

3 technology for real-time transcription of the testimony.

4

5    DATED:  September __, 2007        QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
6

7

8                                      By_____
                                           Claude M. Stern
9                                          Evette D. PennyPacker
                                           Michael D. Powell
10                                         Randy Garteiser

11                                         Attorneys for Kraft Foods Global, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28