1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Claude M. Stern (Bar No. 96737)
2     claudestern@quinnemanuel.com
    Evette D. Pennypacker (Bar No. 203515)
3     evettepennypacker@quinnemanuel.com
    Mike D. Powell (Bar No. 202850)
4     mikepowell@quinnemanuel.com

5  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
6  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
7
   Attorneys for Defendant
8  KRAFT FOODS GLOBAL, INC.

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  THE PROCTER & GAMBLE COMPANY, a        CASE NO. C 07-4413 PJH
    Delaware corporation,
13
              Plaintiff,
14                                          [PROPOSED] ORDER GRANTING
       vs.                                  MOTION FOR STAY, OR, IN THE
15                                          ALTERNATIVE MOTION TO EXPEDITE
    KRAFT FOODS GLOBAL, INC, a Delaware     DISCOVERY AND TO CONTINUE
16  Corporation,                            PRELIMINARY INJUNCTION MOTION
                                            HEARING DATE
17            Defendant.

Before the Court is Defendant Kraft Foods Global Inc.'s ("Kraft") Motion to Stay or, in the Alternative, Motion to Expedite Discovery from The Procter & Gamble Company ("P&G") and to Continue Preliminary Injunction Motion Hearing Date (the "Motion"). The Court, having considered the pleadings and other papers on file herein and argument submitted by counsel for Kraft and plaintiff P&G, the evidence submitted in support of and in opposition to the Motion, and the arguments of counsel, with good cause appearing, IT IS HEREBY ORDERED THAT:

Defendant's motion to stay this action is GRANTED. This action is hereby stayed pending completion (including the completion of all appeals) of the pending re-examination of the '418 patent, initiated by Kraft on or about January 31, 2007.

[In the alternative:]

IT IS HEREBY ORDERED THAT:

Defendant's motion to expedite discovery from P&G and to continue the hearing date on P&G's motion for preliminary injunction is GRANTED. The Court hereby orders as follows:

(a) The hearing on P&G's preliminary injunction motion, currently scheduled for October 24, 2007, is continued to Wednesday, December 19, 2007, at 9 a.m.

(b) The deadline for Kraft to file and serve its opposition papers to P&G's motion for preliminary injunction shall be continued from October 3, 2007 to November 28, 2007.

(c) The deadline for P&G to file and serve its reply papers shall be continued from October 10, 2007 to December 5, 2007.

(d) P&G is deemed served as of September 20, 2007 with the Interrogatories, Requests for Admission and Requests for Inspection or Documents Requests attached to Kraft's Motion. P&G shall hand serve on Kraft's counsel of record P&G's answers to Kraft's Interrogatories, hand serve on Kraft's counsel of record its responses to Kraft's Requests for Admissions and deliver to Kraft's counsel of record documents in response to Kraft's Requests for Inspection or Documents

Requests no later than October 1, 2007. Kraft may depose P&G representatives or other third parties immediately, and up through and including November 14, 2007.

IT IS SO ORDERED

DATED: September ____, 2007

The Honorable Phyllis J. Hamilton
United States District Judge

3

[PROPOSED] ORDER GRANTING MOTION FOR STAY, OR, IN THE ALTERNATIVE MOTION TO EXPEDITE DISCOVERY FROM THE PROCTER & GAMBLE COMPANY AND TO CONTINUE PRELIMINARY INJUNCTION MOTION HEARING DATE
Case No. C 07-4413 PJH