```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Claude M. Stern (Bar No. 96737)
 2      claudestern@quinnemanuel.com
      Evette D. Pennypacker (Bar No. 203515)
 3      evettepennypacker@quinnemanuel.com
      Mike D. Powell (Bar No. 202850)
 4      mikepowell@quinnemanuel.com

 5  555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065
 6  Telephone:  (650) 801-5000
    Facsimile:  (650) 801-5100
 7
    Attorneys for Defendant
 8  KRAFT FOODS GLOBAL, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>KRAFT FOODS GLOBAL, INC, a Delaware Corporation,<br><br>            Defendant. | CASE NO. C 07-4413 PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME ON HEARING AND BRIEFING FOR MOTION TO STAY, OR, IN THE ALTERNATIVE, MOTION TO EXPEDITE DISCOVERY AND TO CONTINUE PRELIMINARY INJUNCTION MOTION HEARING DATE** |

quinn emanuel

51282/2226174.1

1

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME ON HEARING AND BRIEFING FOR MOTION TO STAY, OR, IN THE ALTERNATIVE, MOTION TO EXPEDITE DISCOVERY FROM P&G AND TO CONTINUE PRELIMINARY INJUNCTION MOTION HEARING DATE
Case No. C 07-4413 PJH

Before the Court is Defendant Kraft Foods Global Inc.'s ("Kraft") Motion to Shorten Time on Hearing and Briefing for Motion to Stay or, in the Alternative, Motion to Expedite Discovery from The Procter & Gamble Company ("P&G") and to Continue Preliminary Injunction Motion Hearing Date (the "Motion to Stay"). The Court, having considered the pleadings and other papers on file herein and arguments submitted by counsel for Kraft and plaintiff P&G, the evidence submitted in support of and in opposition to the Motion, and the arguments of counsel, with good cause appearing, IT IS HEREBY ORDERED THAT:

Defendant's motion to shorten time is GRANTED. The Court hereby orders as follows:

1. The hearing on the Motion to Stay is scheduled for Wednesday, September 26, 2007 at 9 a.m.

2. P&G's opposition to the Motion to Stay shall be filed and hand served no later than 12 noon on Monday, September 24, 2007.

3. Kraft's reply papers, if any, to this opposition to the Motion to Stay, shall be filed and hand served no later than noon on Tuesday, September 25, 2007.

IT IS SO ORDERED

DATED: September ___, 2007

The Honorable Phyllis J. Hamilton
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME ON HEARING AND BRIEFING FOR MOTION TO STAY, OR, IN THE ALTERNATIVE, MOTION TO EXPEDITE DISCOVERY FROM P&G AND TO CONTINUE PRELIMINARY INJUNCTION MOTION HEARING DATE
Case No. C 07-4413 PJH