QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
  Randy Garteiser (Bar No. 231821)
  randygarteiser@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC, a Delaware Corporation,<br><br>Defendants. | CASE NO. C 07-4413 PJH<br><br>The Honorable Phyllis J. Hamilton<br><br>**DEFENDANT KRAFT FOODS GLOBAL, INC.'S NOTICE OF MOTION FOR STAY, OR, ALTERNATIVE MOTION TO EXPEDITE DISCOVERY AND TO CONTINUE PRELIMINARY INJUNCTION MOTION HEARING DATE**<br><br>Date: October 24, 2007<br>Time: 9:00 AM<br>Place: Courtroom 3, 17th Floor |

## NOTICE OF MOTION

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that, in the event Defendant Kraft Foods Global, Inc.'s ("Kraft") Motion to Shorten Time on Hearing and Briefing Schedule for Kraft's Motion For Stay, Or, Alternative Motion To Expedite Discovery And To Continue Preliminary Injunction Motion Hearing Date ("Motion To Shorten Time"; Dkt. 34) is denied, Kraft's Motion For Stay, Or, Alternative Motion to Expedite Discovery is hereby noticed to be heard on October 24, 2007, at 9:00 AM, concurrently with the Procter & Gamble Company's Motion For A Preliminary Injunction (Dkt. 15).

DATED: September 20, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/s/_____
Claude M. Stern
Attorneys for defendant Kraft Foods Global, Inc.

51282/2226923.2    -1-    Case No. C 07-4413 PJH
DEFENDANT KRAFT FOODS GLOBAL, INC.'S NOTICE OF MOTION