QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
  Randy Garteiser (Bar No. 231821)
  randygarteiser@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC, a Delaware Corporation,<br><br>Defendants. | CASE NO. C 07-4413 PJH<br><br>The Honorable Phyllis J. Hamilton<br><br>**NOTICE OF APPEARANCE OF EVETTE D. PENNYPACKER** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendant KRAFT FOODS GLOBAL, INC.

I certify that I am admitted to practice in this Court.

1  DATED: September 20, 2007         QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP

3

4                                    By_____/s/_____
                                        Evette D. Pennypacker
5                                       Attorneys for Defendant
                                        KRAFT FOODS GLOBAL, INC.