1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    Claude M. Stern (Bar No. 96737)
     claudestern@quinnemanuel.com
3    Evette D. Pennypacker (Bar No. 203515)
     evettepennypacker@quinnemanuel.com
4    Michael D. Powell (Bar No. 202850)
     mikepowell@quinnemanuel.com
5    Randy Garteiser (Bar No. 231821)
     randygarteiser@quinnemanuel.com
6  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-2139
7  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
8
   Attorneys for Defendant
9  KRAFT FOODS GLOBAL, INC.

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14 | THE PROCTER & GAMBLE COMPANY, a Delaware corporation, | CASE NO. C 07-4413 PJH
15 |                    Plaintiff,                         | The Honorable Phyllis J. Hamilton
   |                                                        | **NOTICE OF APPEARANCE OF**
16 | vs.                                                   | **MICHAEL D. POWELL**
17 | KRAFT FOODS GLOBAL, INC, a Delaware Corporation,      |
18 |                    Defendants.                        |
19

20

21 TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

22     Enter my appearance as counsel in this case for Defendant KRAFT FOODS GLOBAL,

23 INC.

24     I certify that I am admitted to practice in this Court.

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: September 20, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By_____/s/_____
Michael D. Powell
Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.