United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROCTER & GAMBLE CO.,

    Plaintiff,

    v.

KRAFT FOODS GLOBAL, INC.,

    Defendant.
_____/

No. C 07-4413 PJH

**ORDER RE MOTION TO SHORTEN TIME RE MOTION TO STAY**

    Before the court is defendant's motion to shorten time in connection with a hearing on defendant's motion to stay the litigation or in the alternative, to seek expedited discovery and continuance of plaintiff's pending motion for preliminary injunction. Defendant seeks a September 26, 2007 hearing date on its motion to stay.

    Normally, plaintiff would be permitted until Tuesday, September 25, in order to file an opposition to the motion to shorten time. See Civ. L. R. 6-3(c). Despite the fact that no opposition is due or has yet been filed, however, and notwithstanding the objections that the court presumes are forthcoming from plaintiff, the court has determined that defendant's motion to shorten time should be granted. The stay and discovery issues raised by defendant are precisely the type of issues that the court wishes to consider prior to the completion of briefing on any motion for preliminary injunction.

    Accordingly, defendant's motion to shorten time is GRANTED. Since defendant has already submitted full briefing on the merits of its motion to stay, only an opposition thereto, and any reply, need be filed. To that end, plaintiff's opposition to defendant's motion to stay shall be due no later than Tuesday, September 25, 2007. Defendant shall submit a reply, if desired, no later than Thursday, September 27, 2007. The hearing on defendant's

motion to stay shall take place on October 3, 2007, during the court's regular law and motion calendar.

**IT IS SO ORDERED.**

Dated: September 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2