UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROCTER & GAMBLE CO.,

    Plaintiff,　　　　　　　　　　　　No. C 07-4413 PJH

    v.　　　　　　　　　　　　　　　　**ORDER**

KRAFT FOODS GLOBAL, INC.,

    Defendant.
_____/

    Defendant has filed an administrative motion before the court, seeking relief from the briefing schedule applicable to plaintiff's pending motion for preliminary injunction, which is currently set for hearing on October 24, 2007. Specifically, defendant seeks an order vacating the October 24, 2007 hearing date, and all related briefing dates.

    Having issued its September 21, 2007 order granting defendant's motion to shorten time, the court hereby clarifies that order to make clear that the filing of defendant's opposition brief to plaintiff's motion for preliminary injunction is hereby STAYED, pending the hearing on defendant's motion to stay on October 3, 2007. This stay of the briefing schedule is limited *only* to the filing of defendant's opposition brief, and resolution of all remaining issues raised by defendant – i.e., continuance of the October 24 preliminary injunction hearing and a stay of the remaining briefing schedule – shall await discussion by the court at the October 3 hearing.

**IT IS SO ORDERED.**

Dated: September 25, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge