QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
  Mike D. Powell (Bar No. 202850)
    mikepowell@quinnemanuel.com
  Randy Garteiser (Bar No. 231821)
    randygarteiser@quinnemanuel.com

555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC, a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07-4413 PJH<br><br>**DECLARATION OF CLAUDE M. STERN IN SUPPORT OF KRAFT FOODS GLOBAL, INC.'S MOTION FOR ADMINISTRATIVE RELIEF** |

I, Claude M. Stern, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record for the Defendant Kraft Foods Global, Inc. ("Kraft") in this matter. I make this declaration in support of Kraft's Motion for Administrative Relief. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. The Proctor and Gamble Company ("P&G") filed this lawsuit against Kraft on August 27, 2007 alleging that Kraft is infringing one or more claims of U.S. Patent No. 7,169,418, entitled "Packaging System to provide Fresh Packed Coffee" ("'418 patent). On September 14, 2007, P&G filed a motion for preliminary injunction, the hearing on which is set for Wednesday, October 24, 2007, before this Court. Under the Civil Local Rules, Kraft's opposition briefing and supporting papers in response to P&G's motion for a preliminary injunction are currently due on October 3, 2007.

3. On September 19, 2007, Kraft filed a motion to stay this proceeding, or in the alternative, a motion to obtain expedited discovery from P&G as well as third parties that relate to testimony and arguments that P&G has advanced in its preliminary injunction motion, and to continue the hearing and briefing dates regarding the preliminary injunction motion ("Motion to Stay"). Contemporaneous with its Motion to Stay, Kraft also filed Motion to Shorten Time. In that Motion, Kraft sought to shorten the briefing and hearing schedule with respect to its Motion to Stay such that Kraft's Motion to Stay would be heard by the Court on September 26, 2007 -- before the October 3, 2007 due date for Kraft's opposition to P&G's motion for a preliminary injunction. On Friday, September 21, 2007, the Court granted Kraft's Motion to Shorten Time. In its Order, the Court set the hearing on Kraft's Motion to Stay for October 3, 2007, the same day that Kraft's opposition to P&G's motion for a preliminary injunction is due.

4. The primary purpose of Kraft's Motion to Stay is to obtain a stay of these proceedings pending the re-examination of the '418 patent becoming final. But a secondary, and alternative, remedy sought by Kraft's Motion to Stay is that, should this Court deny Kraft's Motion to Stay, Kraft should be allowed to obtain discovery of numerous matters asserted by P&G in its

-2-

51282/2226167.2

DECLARATION OF CLAUDE M. STERN IN SUPPORT MOTION FOR AN ORDER SHORTENING TIME, MOTION FOR STAY OR MOTION TO CONTINUE HEARING DATE
Case No. C 07-4413 PJH

1  preliminary injunction motion, so that Kraft may use the fruits of this discovery in preparing its
2  opposition to P&G's preliminary injunction motion.

3       5.     Currently, the hearing on P&G's motion for a preliminary injunction is set for
4  October 24, 2007. Under the Civil Local Rules, Kraft's opposition to P&G's motion for a
5  preliminary injunction is due on October 3, 2007 -- the same day the hearing on Kraft's Motion to
6  Stay is scheduled to take place. Thus, right now Kraft is in a position of fully preparing its
7  opposition to P&G's motion for a preliminary injunction for submission on the same day that the
8  Court may decide to either (a) grant Kraft's request to stay these proceedings pending the
9  resolution of the reexam of the '418 patent or (b) grant Kraft's request to continue the hearing date
10 on P&G's motion for a preliminary injunction to allow Kraft to take certain limited expedited
11 discovery.

12      6.     On Friday afternoon, I attempted to contact William Rooklidge at Howrey LLP,
13 counsel of record for P&G in this lawsuit, to see whether, in light of the Court's September 21,
14 2007 Order granting Kraft's motion to shorten time, P&G would agree to continue the hearing and
15 briefing schedule on P&G's motion for a preliminary injunction to allow the Court a full
16 opportunity to consider Kraft's Motion to Stay. I was told by the receptionist that Mr. Rooklidge
17 had left the office for the day. I therefore contacted Greg Cordrey at Howrey LLP. I was told that
18 Mr. Cordrey was on the telephone, so I left him a voice mail message asking whether P&G would
19 agree to such a continuance. I did not hear back from Mr. Cordrey on Friday afternoon, so a little
20 later on Friday, I followed up with an email to Mssrs. Rooklidge, Cordrey and Davidson again
21 asking whether P&G would agree to such a continuance. In this email, I attached the Court's
22 Order granting Kraft's motion to shorten time and set forth a proposed schedule that would allow
23 the Court the opportunity to fully consider Kraft's motion to stay, as follows: (a) continue the
24 deadline for the service and filing of Kraft's preliminary injunction opposition papers to two weeks
25 after the Court rules on Kraft's Motion to Stay (if the Court does not grant Kraft's Motion to Stay,
26 but instead grants the alternative motion to expedite discovery); (b) continue the deadline for the
27 service and filing of P&G's preliminary injunction reply papers to one week after the service and
28 filing of Kraft's preliminary injunction opposition papers; and (c) continue the hearing date on

-3-

51282/2226167.2

DECLARATION OF CLAUDE M. STERN IN SUPPORT MOTION FOR AN ORDER SHORTENING TIME,
MOTION FOR STAY OR MOTION TO CONTINUE HEARING DATE
Case No. C 07-4413 PJH

1  P&G's preliminary injunction motion to two weeks after P&G files and serves its preliminary
2  injunction reply papers. I also set forth this proposed schedule in my voice mail message left with
3  Mr. Cordrey. Because of the short time frame to resolve the scheduling issues in this matter, I
4  informed Mssrs. Rooklidge, Cordrey and Davidson in my email that we would be filing an
5  administrative motion with the Court seeking entry of the proposed schedule if we did not hear
6  from them by 11:00 a.m. on Monday, September 24, 2007. On the morning of September 24,
7  2007, I received an email from Ben Davidson stating that P&G would oppose Kraft's Motion for
8  Administrative Relief.
9       I declare under penalty of perjury under the laws of the United States that the above
10 statements are true and correct, except where matter is stated in information and belief, and as to
11 that matter, I declare that I am informed and believe such matter. Executed this 24th day of
12 September, 2007, in the City of Redwood Shores, California.

                                                 _____/s/_____
                                                 Claude Stern

51282/2226167.2

-4-
DECLARATION OF CLAUDE M. STERN IN SUPPORT MOTION FOR AN ORDER SHORTENING TIME, MOTION FOR STAY OR MOTION TO CONTINUE HEARING DATE
Case No. C 07-4413 PJH