QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
 Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
 Mike D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
 Randy Garteiser (Bar No. 231821)
  randygarteiser@quinnemanuel.com

555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC, a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07-4413 PJH<br><br>**[PROPOSED] ORDER GRANTING KRAFT FOODS GLOBAL, INC.'S MOTION FOR ADMINISTRATIVE RELIEF** |

51282/2226174.1

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF
Case No. C 07-4413 PJH

1     Before the Court is Defendant Kraft Foods Global Inc.'s ("Kraft") Motion for Administrative Relief. The Court, having considered the pleadings and other papers on file herein, the evidence submitted in support of and in opposition to the Motion, with good cause appearing,

**IT IS HEREBY ORDERED THAT:**

    Defendant's Motion for Administrative Relief is GRANTED. The Court hereby orders as follows:

    (a) The hearing date for P&G's motion for preliminary injunction, currently set for October 24, 2007, and all related briefing dates, are hereby vacated.

    (b) If the Court does not grant Kraft's Motion to Stay or, In the Alternative, Motion to Expedite Discovery and Continue Preliminary Injunction Hearing Date (Dkt. 31) ("Motion to Stay"), such motion to be heard on October 3, 2007, then Kraft's opposition to P&G's motion for a preliminary injunction (Dkt. 15) shall be due two weeks after the Court issues an order on Kraft's Motion to Stay;

    (c) If the Court does not grant Kraft's Motion to Stay, P&G's reply in support of its motion for a preliminary injunction shall be due one week after the service and filing of Kraft's opposition to P&G's motion for a preliminary injunction papers;

    (d) If the Court does not grant Kraft's Motion to Stay, the hearing on P&G's motion for a preliminary injunction shall be set for two weeks after P&G files and serves its preliminary injunction reply papers; and

    (e) In the event the Court denies Kraft's Motion to Stay but grants Kraft's Motion to Expedite Discovery and Continue Hearing Date on Motion for Preliminary Injunction, the parties shall meet and confer and submit an agreed upon discovery, briefing and hearing schedule to the Court within one week after the Court issues an Order on Kraft's Motion to Stay.

**IT IS SO ORDERED**

DATED: September ____, 2007

    The Honorable Phyllis J. Hamilton
United States District Judge