William C. Rooklidge (SBN 134483)
Ben M. Davidson (SBN 181464)
Gregory S. Cordrey (SBN 190144)
Jesse D. Mulholland (SBN 222393)
HOWREY LLP
2020 Main Street
Irvine, California 92614
949-721-6900
949-721-6910
E-mail: rooklidgew@howrey.com
E-mail: davidsonb@howrey.com
E-mail: cordreyg@howrey.com
E-mail: mulhollandj@howrey.com

Mark D. Wegener (*admitted pro hac vice*)
HOWREY LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: 202-783-0800
Facsimile: 202-383-6610
E-mail: wegenerm@howrey.com

Attorneys for Plaintiff
The Procter & Gamble Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>Defendant. | Case No.: C07-04413 PJH<br><br>**Honorable Phyllis J. Hamilton**<br><br>DECLARATION OF JESSE MULHOLLAND IN SUPPORT OF THE PROCTER & GAMBLE COMPANY'S OPPOSITION TO DEFENDANT'S MOTION FOR STAY, OR, IN THE ALTERNATIVE TO EXPEDITE DISCOVERY AND CONTINUE PRELIMINARY INJUNCTION MOTION HEARING<br><br>Date: October 3, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor |

## DECLARATION OF JESSE D. MULHOLLAND

I, Jesse D. Mulholland, hereby declare:

1. I am an attorney a law duly licensed to practice before all of the courts in the State of California, including this court. I am a member of the firm of Howrey LLP, counsel for plaintiff The Procter and Gamble Company. Except as stated herein, the matters stated below are of my personal knowledge. If called as a witness, I could and would testify competently thereto.

2. Filed herewith as Exhibit 1 is a true and correct copy of an article by Steven E. Lipman entitled *Parallel Patent Litigation and Reexamination Proceedings 2007: Keeping Your Case on Track,* August 2007. At page six, Mr. Lipman states that, based on 37 C.F.R. § 1.989 and MPEP 2686.01, a "third party requester or the patent owner can file an *ex parte* reexamination while a prior *inter partes* reexamination is pending."

3. Filed herewith as Exhibit 2 is a true and correct copy of an article by M. Mehrman entitled *HR1907 -- The American Inventors Protection Act of 1999; A GRAND COMPROMISE IN THE MAKING*, Intellectual Property Today, August 1999.

4. Filed herewith as Exhibit 3 is a true and correct copy of an article dated September 14, 2007 from Bloomberg.com entitled "P&G Seeks Ban on Sales of Kraft's Maxwell House Tubs (Update 3)". In the article, Kraft's CEO reported that Kraft plans to increase Maxwell House marketing in the further quarter by more than doubling spending from a year earlier.

5. As of today, September 25, 2007, P&G has not been served with any discovery from Kraft's outside counsel.

///
///
///

-1- MULHOLLAND DECL. ISO OPP TO MTN OF KRAFT FOODS FOR STAY OR ALT EXP DISC
Case No.: C07-04413 PJH

HOWREY LLP

DM_US:20718892_1

1      I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3      Executed this 25th day of September 2007, at Irvine, California.

_____
Jesse D. Mulholland