# EXHIBIT "3"

Case 3:07-cv-04413-PJH    Document 54-4    Filed 09/25/2007    Page 1 of 3



## P&G Seeks Ban on Sales of Kraft's Maxwell House Tubs (Update3)

By Jeff St.Onge and Chris Burritt

Sept. 14 (Bloomberg) -- Procter & Gamble Co., the largest U.S. consumer-products company, asked a judge to block rival Kraft Foods Inc. from making and selling plastic containers used to package Maxwell House coffee because they violate a patent.

P&G, based in Cincinnati, said in court papers it has suffered ``irreparable harm'' as a result of Kraft's violation of the patent for plastic coffee tubs that P&G developed for its Folgers brand. Kraft, the world's second-largest food company, said it will fight the lawsuit.

A hearing has been set for Oct. 24 in federal court in San Francisco, where P&G today made the request.

``This is a case of clear infringement designed to take advantage of the consumer goodwill and business growth that P&G developed through its patented innovation on the Folgers brand,'' said Jim Johnson, P&G's chief legal officer, in a statement.

P&G, which began selling Folgers in a plastic container in 2003, sued Kraft last month, claiming its tubs better preserve freshness and aroma and helped increase sales of Folgers. The company asked for a preliminary order halting sales of Kraft's container, which could be made permanent should P&G win the case.

``One company cannot attempt to corner the market on plastic packaging -- even with a patent that purports to cover commonly used concepts,'' Marc Firestone, a Kraft executive vice president and general counsel, said in a statement.

Pushing Maxwell House

The company is trying to spur demand for Maxwell House, the second-largest U.S. coffee brand behind Folgers. The foodmaker is shipping a new formula of Maxwell House coffee made from 100 percent Arabica beans in containers holding three pounds, Chief Executive Officer Irene Rosenfeld told analysts Sept. 5.

Rosenfeld alluded to P&G's legal efforts, saying ``the competition has already noticed our new package.''

Kraft, based in Northfield, Illinois, plans to increase Maxwell House marketing in the fourth quarter by more than doubling spending from a year earlier, Rosenfeld said.

Renee Zahery, a Kraft spokeswoman, didn't return a telephone call to comment on P&G's court request.

Folgers has almost 33 percent of the U.S. market for ground, roasted coffee, compared with 19 percent for Maxwell House. P&G contends its plastic container helped Folgers gain market share.

The order is needed ``to prevent Kraft from damaging the superior position that P&G has earned in the market,'' P&G said in the court filing.

If P&G has to wait for a trial to stop Kraft's actions, it could lose market share, be forced to lower prices and idly watch as ``Kraft diminishes P&G's ability to develop long-term relationships and loyalty,'' the company said in the filing.

P&G shares rose 35 cents to $67.81 in New York Stock Exchange composite trading. They've risen 5.5 percent this year. Kraft rose 7 cents $34.10.

The case is The Proctor & Gamble Co. v. Kraft Foods Global Inc., 07cv4413, U.S. District Court for the

Northern District of California (San Francisco).

To contact the reporter on this story: Jeff St.Onge in Washington at **jstonge@bloomberg.net** .

*Last Updated: September 14, 2007 19:52 EDT*



©2007 BLOOMBERG L.P. ALL RIGHTS RESERVED. Terms of Service | Privacy Policy | Trademarks