# EXHIBIT A



2020 Main Street
Suite 1000
Irvine, CA 92614-8200
www.howrey.com

**Gregory S. Cordrey**
Partner
T 949.759.3934
F 949.721.6910
cordreyg@howrey.com

September 24, 2007

*VIA OVERNIGHT DELIVERY*

Claude M. Stern, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065

  Re: *P&G v. Kraft*
    USDC Case No. C 07-04413 (PJH)

Dear Claude:

  Please find enclosed P&G's documents from David Smith (P&G-KRAFT 0001-580), Tom Manske (P&G-KRAFT 0581-1747) and Douglas Zeik (P&G-KRAFT 1748-1767). The Smith documents are responsive to Kraft's Requests for Production Nos. 3, 6, 7, 8, 10, 11, 13, 19, 20, 24 and 32. The Manske documents are responsive to Kraft's Requests for Production Nos. 7, 8, 24, and 32. The Zeik documents are responsive to Kraft's Requests for Production Nos. 7, 8 and 24.

  Please let me know if you have any questions.

            Very truly yours,

            Gregory S. Cordrey

Enclosure

AMSTERDAM  BRUSSELS  CHICAGO  HOUSTON  IRVINE  LONDON
LOS ANGELES  MENLO PARK  NORTHERN VIRGINIA  PARIS  SAN FRANCISCO  WASHINGTON, DC

DM_US:20718316_1