# EXHIBIT

# B

# HOWREY LLP

2020 Main Street
Suite 1000
Irvine, CA 92614-8200
T 949.721.6900
F 949.721.6910
www.howrey.com

September 26, 2007

*VIA OVERNIGHT DELIVERY*

Claude M. Stern, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065

  Re: *P&G v. Kraft*
    USDC Case No. C 07-04413 (PJH)

Dear Mr. Stern:

  Please find enclosed P&G's documents from Tom Manske (P&G-KRAFT 1768-4008). In response to your request to Mr. Cordrey, we are producing these in the same searchable, electronic format that Howrey is using.

  The Manske documents are responsive to Kraft's Requests for Production Nos. 2, 8, 24, 32, 33. P&G's production is made without prejudice to P&G's right to (a) object to Kraft's document requests after Kraft has served its requests and P&G's objections have become due. P&G's identification of the Kraft document request numbers also should not be interpreted as any representation that the documents produced are, in fact, documents identified in the document requests, particularly given the vague nature of Kraft's requests for "all documents that reflect, refer, or relate to" certain subjects.

  Please let me know if you have any questions.

           Very truly yours,

           Serap Karaman-Stothers
           Case Manager

SKS:pf
Enclosure

AMSTERDAM  BRUSSELS  CHICAGO  HOUSTON  IRVINE  LONDON
LOS ANGELES  MENLO PARK  NORTHERN VIRGINIA  PARIS  SAN FRANCISCO  WASHINGTON, DC

DM_US:20721781_1