# EXHIBIT A

JPMorgan

**North America Equity Research**
19 September 2007

# Kraft Foods

A Closer Look at Kraft's Coffee Business

The PG law suit against Maxwell House's new packaging led us to take a detailed look at KFT's coffee business. There is little evidence that the KFT coffee business has started to turnaround. So for now PG may see the new format as a threat but the damage so far (if there is any) is not evident.

- **When looking at 52-week trailing data, KFT has lost R&G coffee share since 2004.** In the last 52 weeks ending 8/11 KFT had 30.5% market in coffee in the FDM+WMT channel compared with PG's 38.9%; while PG gained 1.2pt of share during that period, KFT lost 1.3pt. KFT's share has dropped consistently since 2004 (KFT's R&G coffee share was 32.8% in 2004, 31.8% in 2005, and 30.9% in 2006), but during the same period PG managed to recover market share lost to smaller brands on the back of improved innovation and marketing, and revamped packaging (PG's coffee share was 39.3% in 2004, 37.7% in 2005 and 38.9% in 2006). Importantly, during this period KFT lost ground at WMT and share losses at the flagship Maxwell House were steeper than the share loss in the whole KFT portfolio.

- **KFT has become increasingly reliant on the sale of Starbuck's branded coffee.** In 2004 22.2pt of KFT's 32.8% market share in FDM+WMT was generated by Maxwell House and KFT's retail sales of Starbuck's coffee accounted for 7.8pt (Yuban and other brands also contributed), but in the last 12 measured weeks Maxwell House's market share was 17.7pt and Starbuck's was 8.2pt (total KFT 30%). In other words, KFT maintained its Starbuck's share but lost almost 5pt in its flagship Maxwell House brand. The data shows KFT has done poorly with Starbuck's at WMT; we estimate Starbuck's accounts for 30% of KFT's coffee sales at FDM but only for 12% at WMT (and for 27% in the combined FDM+WMT channel).

### Overweight
**$34.39**
18 September 2007

**Food & Food Manufacture**

Pablo Zuanic[AC]
(1-212) 622-6744
pablo.zuanic@jpmorgan.com

**Akshay Jagdale**
(1-212) 622-5280
akshay.x.jagdale@jpmchase.com

**Renato Basanta**
(1-212) 622-5331
renato.x.basanta@jpmchase.com

**Price Performance**



|  | YTD | -1M | -3M | -12M |
|---|---|---|---|---|
| Absolute | -5.1% | 8.2% | -4.0% | -0.6% |

Source: RIMES, Reuters.

**Kraft Foods (KFT;KFT US)**

|  | 2006A | 2007E | 2008E |
|---|---|---|---|
| EPS ($) |  |  |  |
| Q1 (Mar) | 0.45 | 0.44A | 0.47 |
| Q2 (Jun) | 0.51 | 0.50A | 0.55 |
| Q3 (Sep) | 0.46 | 0.42 | 0.48 |
| Q4 (Dec) | 0.52 | 0.47 | 0.55 |
| FY | 1.94 | 1.83 | 2.05 |
| P/E FY | 17.7 | 18.8 | 16.8 |
| Consensus EPS FY ($) |  | 1.80 | 1.94 |
| FV/EBITDA FY | 10.70 | 11.60 | 10.70 |

Note: Estimates above are before restructuring charges, and do not factor DA deal. Source: Reuters, JPMorgan estimates.

**Company Data**

| Price ($) | 34.39 |
|---|---|
| Date Of Price | 18 Sep 07 |
| 52-week Range ($) | 37.19 - 29.95 |
| Mkt Cap ($ mn) | 55,230.34 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 1,606 |
| Price Target ($) | 40.00 |
| Price Target End Date | 30 Jun 08 |

www.morganmarkets.com

J.P. Morgan Securities Inc.

**See page 4 for analyst certification and important disclosures, including investment banking relationships.**
JPMorgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of JPMorgan in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.morganmarkets.com or can call 1-800-477-0406 toll free to request a copy of this research.

Pablo Zuanic
(1-212) 622-6744
pablo.zuanic@jpmorgan.com

North America Equity Research
19 September 2007



- **KFT is under-indexed at WMT while PG is over-indexed.** In the last 12 weeks ending 8/11 KFT had FDM coffee share of 31.8% vs. 34.2% for PG; in that same period PG had 37.8% in FDM+WMT compared with 30% for KFT (we estimate PG's coffee share at WMT is 52% compared with 23% for KFT). Notably, KFT does poorly with Starbuck's at WMT (19pt from Maxwell House and 3pt from Starbuck's of KFT's total 23pt share at WMT). We doubt that WMT will change its stance on Starbuck's coffee, but assume the new Maxwell House (new packaging; and new coffee made from Arabica beans) will be more actively featured at WMT. Still, for now the data points to minimal evidence of a turnaround; in the last 12 weeks both Maxwell House and Starbuck's lost 0.5 of market share on a yoy basis in the FDM+WMT channel.

- **Are there any signs of improvement in KFT's coffee business?** Since January in the FDM+WMT channel PG has consistently realized better price/mix gains than KFT and has continued to grow consistently ahead of KFT in $ sales (looking at 12-week moving data). Moreover, while the category has become slightly less promotional (in part due to higher costs), KFT's % of sales under promotion remains above PG and this ratio at KFT has dropped less than at PG. Interestingly, however, in the FDM ex WMT channel KFT seems to be making more of an impact; since April looking at 4-week data, KFT has outgrown PG in 4 out of the last 5 4-week periods measured in terms of $ sales growth, but we note this has been in part because KFT has lagged the PG price/mix gains (so for now it remains unclear whether the KFT $ sales outperformance at FDM ex WMT will be sustainable). So while KFT highlights Beverages as one of the divisions making faster progress (than other units) with the company's overall turnaround efforts, the progress vs. competitors is hard to note at this stage.

- **At the category level it would seem retail prices have not entirely followed the rise in Robusta coffee costs.** Retail coffee prices were flat yoy in 2004 (comparing annual averages), increased 24% in 2005, were flat in 2006, and so far in 1H07 they are up 11%. Taking costs for Robusta coffee, we note costs were down 3% in 2004, increased 44% in 2005, were up 32% in 2006, and are up another 30% yoy in the 1H07. The steep rise in Robusta coffee beans (85c/pound now compared with 35c in 2004) has led producers to increase the mix of Arabica beans in the blend (the move has also been explained by KFT as a way to better fit the taste with consumers desires). But we would be concerned about potential margin pressures in coffee for all industry participants. Moreover, we note Private Label market share tends to move up and down with cost inflation. At times of generally higher coffee prices, PL share increases and then drops as lower costs are passed on to lower retail prices; for example, PL share was 9.8% in 2004, 10.7% in 2005, and 9.7% in 2006 (and 10.8% in the 12 weeks ending 8/11).

Pablo Zuanic
(1-212) 622-6744
pablo.zuanic@jpmorgan.com

North America Equity Research
19 September 2007



## Valuation, Rating and Price Target Analysis

**We rate KFT OW** as we believe the stock represents greater earnings upside than other restructuring stories in the group (a more unlevered BS; a stronger brand portfolio with 73% of US sales in categories where KFT is #1; below group average margins in both US retail and in Western Europe), and it trades at a discount (8% on PE and FV/EBITDA) to the group. A potential EPS beat in 2007 (low bar) combined with improving sentiment and the lifting of the spin-off overhang (higher PE), should drive above-average returns in the next 12 months. Consolidated gross margins of 36% are below K (44%) and CPB (42%), and even adjusting for mix, the KFT franchise strength is not reflected in the gross margins. In US retail KFT has 17% EBIT margins compared with 23-24% for HNZ and GIS, which only derive 35% of sales from products with #1 market share positions, compared with 73% for KFT. In Western Europe KFT with a concentrated franchise (fewer products than in the US) makes 10% EBIT margins, compared with 17-18% for HNZ and K. Over time, we believe the multiple will better reflect the company's global franchise, leadership positions in several key categories, and potential for higher margins (significant mix improvement, deeper cost cuts, recouping premiums) and improved top line trends.

**We have set a target price of $40 by 6/08.** KFT trades at 16.8x our FY08 EPS estimate of $2.05 (4.8% OCF/FV, 10.3x FV/EBITDA) and pays a 3% dividend yield. Given the margin upside potential (we estimate as much as 500bp over time), room for more buybacks, and positive organic $ sales growth trends, we believe KFT should trade at a slight premium to the group (for the valuation to account for the opportunity). We have conservatively set a target price of $40 by 6/08; we estimate at that point NTM EPS of $2.16 and would put an 18x multiple on it, and to this we would add the $1.02 dividend. But see further upside beyond mid June 08. We have argued in previous notes that if we take the consensus EPS estimate for FY08 ($1.94) plus the potential for 500 bps margin expansion (equivalent to +70c to EPS), a $10B share buyback program as opposed to $5B (+10c), and apply a 4% CAGR over a three-year period to the resulting number, the EPS could be as high as $3.00; and this could go up to $3.20 if we use a 33% tax rate instead of guidance of 37% (with one third of sales overseas KFT should be able to have a lower tax rate). Putting an 18-19x PE multiple on that number would imply significant upside on KFT. We believe our $40 target price is conservative as it reflects only a portion of the medium term upside potential, in our view.

## Risks to Our Rating and Price Target

We believe Kraft could underperform if 1) the company's marketing investment program does not improve profit margin and market share trends, 2) new products prove cannibalistic and not accretive to margins, 3) the company is forced to increase marketing spend considerably in 2007-2009, 4) commodity costs, especially in dairy and meats, increase and are not passed on to prices, or the current lower costs are entirely offset as competitors (including private label) cut prices; and 5) management is forced to cut guidance during 2007.

Pablo Zuanic
(1-212) 622-6744
pablo.zuanic@jpmorgan.com

**North America Equity Research**
19 September 2007


JPMorgan

**Analyst Certification:**
The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report.

**Important Disclosures**

- **Lead or Co-manager:** JPMSI or its affiliates acted as lead or co-manager in a public offering of equity and/or debt securities for Kraft Foods within the past 12 months.
- **Client of the Firm:** Kraft Foods is or was in the past 12 months a client of JPMSI; during the past 12 months, JPMSI provided to the company investment banking services, non-investment banking securities-related service and non-securities-related services.
- **Investment Banking (past 12 months):** JPMSI or its affiliates received in the past 12 months compensation for investment banking services from Kraft Foods.
- **Investment Banking (next 3 months):** JPMSI or its affiliates expect to receive, or intend to seek, compensation for investment banking services in the next three months from Kraft Foods.
- **Non-Investment Banking Compensation:** JPMSI has received compensation in the past 12 months for products or services other than investment banking from Kraft Foods. An affiliate of JPMSI has received compensation in the past 12 months for products or services other than investment banking from Kraft Foods.
- JPMorgan and/or its affiliates is acting as a financial advisor to Groupe Danone (GD) on the sale of their global biscuit business to Kraft Foods Inc. (KFT) which announced on July 3, 2007. The transaction is subject to customary closing conditions, including regulatory clearances.

**Kraft Foods (KFT) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 25-Jul-06 | OW | 30.50 | - |
| 02-Apr-07 | OW | 30.85 | 40.00 |

Source: Reuters and JPMorgan; price data adjusted for stock splits and dividends.
This chart shows JPMorgan's continuing coverage of this stock; the current analyst may or may not have covered it over the entire period.
JPMorgan ratings: OW = Overweight, N = Neutral, UW = Underweight.

**Explanation of Equity Research Ratings and Analyst(s) Coverage Universe:**
JPMorgan uses the following rating system: **Overweight** [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] **Neutral** [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] **Underweight** [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] The analyst or analyst's team's coverage universe is the sector and/or country shown on the cover of each publication. See below for the specific stocks in the certifying analyst(s) coverage universe.

**Coverage Universe: Pablo Zuanic:** Archer-Daniels-Midland (ADM), Bunge Limited (BG), Campbell Soup (CPB), ConAgra Foods (CAG), Dean Foods Company (DF), Flowers Foods Inc (FLO), General Mills (GIS), HJ Heinz (HNZ),

Pablo Zuanic
(1-212) 622-6744
pablo.zuanic@jpmorgan.com

North America Equity Research
19 September 2007



Hain Celestial (HAIN), Hormel Foods Corporation (HRL), Kellogg (K), Kraft Foods (KFT), Pilgrim's Pride (PPC), Ralcorp Holdings Inc (RAH), Sanderson Farms, Inc. (SAFM), Sara Lee Corporation (SLE), Smithfield Foods, Inc (SFD), The Hershey Company (HSY), Treehouse Foods (THS), Tyson Foods (TSN), WM Wrigley Jr (WWY)

**JPMorgan Equity Research Ratings Distribution, as of June 29, 2007**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| JPM Global Equity Research Coverage | 44% | 41% | 16% |
| IB clients* | 50% | 50% | 38% |
| JPMSI Equity Research Coverage | 40% | 47% | 13% |
| IB clients* | 69% | 62% | 48% |

*Percentage of investment banking clients in each rating category.
For purposes only of NASD/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category.

**Valuation and Risks:** Please see the most recent company-specific research report for an analysis of valuation methodology and risks on any securities recommended herein. Research is available at http://www.morganmarkets.com, or you can contact the analyst named on the front of this note or your JPMorgan representative.

**Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues, which include revenues from, among other business units, Institutional Equities and Investment Banking.

## Other Disclosures

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your JPMorgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf.

**Legal Entities Disclosures**
**U.S.:** JPMSI is a member of NYSE, FINRA and SIPC. J.P. Morgan Futures Inc. is a member of the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC and is authorized and regulated in the UK by the Financial Services Authority. **U.K.:** J.P. Morgan Securities Ltd. (JPMSL) is a member of the London Stock Exchange and is authorised and regulated by the Financial Services Authority. Registered in England & Wales No. 2711006. Registered Office 125 London Wall, London EC2Y 5AJ. **South Africa:** J.P. Morgan Equities Limited is a member of the Johannesburg Securities Exchange and is regulated by the FSB. **Hong Kong:** J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong. **Korea:** J.P. Morgan Securities (Far East) Ltd, Seoul branch, is regulated by the Korea Financial Supervisory Service. **Australia:** J.P. Morgan Australia Limited (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (ABN 61 003 245 234/AFS Licence No: 238066) is a Market Participant with the ASX and regulated by ASIC. **Taiwan:** J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Commission. **India:** J.P. Morgan India Private Limited is a member of the National Stock Exchange of India Limited and The Stock Exchange, Mumbai and is regulated by the Securities and Exchange Board of India. **Thailand:** JPMorgan Securities (Thailand) Limited is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission. **Indonesia:** PT J.P. Morgan Securities Indonesia is a member of the Jakarta Stock Exchange and Surabaya Stock Exchange and is regulated by the BAPEPAM. **Philippines:** J.P. Morgan Securities Philippines Inc. is a member of the Philippine Stock Exchange and is regulated by the Securities and Exchange Commission. **Brazil:** Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico:** J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Japan:** This material is distributed in Japan by JPMorgan Securities Japan Co., Ltd., which is regulated by the Japan Financial Services Agency (FSA). **Singapore:** This material is issued and distributed in Singapore by J.P. Morgan Securities Singapore Private Limited (JPMSS) [mica (p) 030/09/2007 and Co. Reg. No.: 199405335R] which is a member of the Singapore Exchange Securities Trading Limited and is regulated by the Monetary Authority of Singapore (MAS) and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) which is regulated by the MAS. **Malaysia:** This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-x) which is a Participating Organization of Bursa Malaysia Securities Bhd and is licensed as a dealer by the Securities Commission in Malaysia. **Pakistan:** J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Issued and approved for distribution in the U.K. and the EEA by JPMSL. Investment research issued by JPMSL has been prepared in accordance with JPMSL's Policies for Managing Conflicts of Interest in Connection with Investment

Pablo Zuanic  
(1-212) 622-6744  
pablo.zuanic@jpmorgan.com

North America Equity Research  
19 September 2007



Research which can be found at http://www.jpmorgan.com/pdfdoc/research/ConflictManagementPolicy.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction **Germany:** This material is distributed in Germany by J.P. Morgan Securities Ltd. Frankfurt Branch and JPMorgan Chase Bank, N.A., Frankfurt Branch who are regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. JPMSAL does not issue or distribute this material to "retail clients." The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the terms "wholesale client" and "retail client" have the meanings given to them in section 761G of the Corporations Act 2001. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for persons licensed by or registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months' prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider for derivative warrants issued by J.P. Morgan International Derivatives Ltd and listed on The Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk/prod/dw/Lp.htm. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Ltd, Seoul branch. **Singapore:** JPMSI and/or its affiliates may have a holding in any of the securities discussed in this report; for securities where the holding is 1% or greater, the specific holding is disclosed in the Legal Disclosures section above. **India:** For private circulation only not for sale. **Pakistan:** For private circulation only not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively JPMorgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMSI and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMSI distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a JPMorgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

Revised September 17, 2007.

**Copyright 2007 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of JPMorgan.**

Pablo Zuanic
(1-212) 622-6744
pablo.zuanic@jpmorgan.com

North America Equity Research
19 September 2007

JPMorgan