# EXHIBIT F
# Part 1 of 2

| U.S. Patent 7,169,418 Claim 1 | Reference 1 U.S. Patent 3,082,904 (Newcomb, 12/15/59) | Reference 2 U.S. Patent 5,515,994 (Goglio, 5/14/96) | Reference 3 U.S. Patent 6,763,969 (Melrose, claiming priority to 5/11/99) | Reference 4 U.S. Patent 6,837,390 (Lane, claiming priority to 5/22/00) |
|---|---|---|---|---|
| [Preamble] A packaging system comprising: | U.S. Patent 3,082,904 (Newcomb), Figs. 1 & 2:<br><br>Newcomb, col. 1, lines 22-24 ("Accordingly, it is the first objective of this invention to provide an improved container for pressure generating foods and substances [including roasted and ground | U.S. Patent 5,515,994 (Goglio), Fig. 3:<br><br>Goglio, col. 1, lines 8-11 ("The present invention relates to a valve for aromatic products, or products that develop fragrant gases, particularly powder-like products such as coffee and the like, packaged in air-tight containers.") | U.S. Patent 6,763,969 (Melrose), Fig. 1:<br><br>Melrose, col. 1, lines 8-14 ("The present invention relates to a slender bottle which integrates aesthetic and functional features without clearly segregating such features from one another. More particularly, the present invention relates to a slender blow-molded plastic bottle which is useful in packaging a hot- | U.S. Patent 6,837,390 (Lane), Fig. 1:<br><br>Lane, col. 1, lines 11-16 ("The present invention generally relates to a hot-fillable, blow molded plastic container. More particularly, the invention relates to containers of the above variety having a novel construction and also having panel sections resisting undesirable deformation in accommodating reductions in product volume during cooling of a hot-filled product.") |

| | | |
|---|---|---|
| coffee]." | filled beverage." | |
| [A] a container having a longitudinal axis and comprising a closed bottom, an open top, and a body having an enclosed perimeter between said bottom and said top; | See Preamble. | See Preamble. |
| [B] wherein said bottom, top, and body together define an interior volume; | See Preamble. | See Preamble. |
| [C] wherein said body comprises at least one region of deflection disposed thereon, and wherein said region of deflection allows flexion and thereby has less resistance to flexing than the body of said container proximate to said region of deflection; | Melrose, col. 1, lines 24-39 ("It is known to provide hot-fillable containers with a series of well-defined, spaced-apart vacuum flex panels to compensate for the internal volume reduction. The vacuum flex panels provide a sufficient amount of flexure without adversely affecting the structural integrity and aesthetic appearance of the hot-filled container. The adjacent portions of the container, such as the so-called lands, or columns, which are | (Lane), Fig. 1: [figure of bottle] Lane, col. 5, lines 48-67 ("The containers 10 and 10' as thus described are as originally formed. For the sake of brevity, the discussion will now focus on the container 10, however, it is contemplated that the |



Melrose, col. 2, lines 21-25 ("Another object of the present invention is to provide a bottle having a plurality of alternating non-framed flex panels and non-framed lands, or columns, which laterally merge together directly and which are jointly located between, above, and below the flex panels, are intended to resist any deformations which would otherwise be caused by hot-fill processing. Wall thickness variations, or geometric structures, such as ribs, projections and the like, can be utilized to prevent unwanted distortion. Generally, the typical hot-fillable container structure is provided with certain pre-defined areas which flex to accommodate volumetric changes and certain other pre-defined areas which remain unchanged.")

following would equally apply to the container **10'** as well. After being filled with a hot product, capped and cooled, the product within the container **10** decreases in volume. This reduction in volume produces a reduction in pressure. The front and rear panels **24** and **26** of the container **10** controllably accommodate this pressure reduction by being capable of pulling inward, under the influence of the reduced pressure, as shown in phantom lines **34** in **FIG. 1** and as further shown in **FIG. 3b**. The overall large dimension of the two panel **24** and **26**, approximately two-thirds (2/3) of the angular or circumferential extent of the container **10**, facilitates the ability of the panels **24** and **26** to accommodate a significant amount of the reduced pressure or

**Melrose, Fig. 1:**



FIG.1

reactive to hot-fill process forces acting thereon.")

vacuum. The panels **24** and **26** are configured such that they absorb at least 50% of the reduced pressure or vacuum, and preferably at least 65%, and most preferably about 85% upon cooling.")

**Melrose, col. 3, line 58-col. 4, line 63** ("The sidewall 16 is provided with various interactive zones of function. For example, some of the zones are primarily responsible for accommodating vacuum absorption, while other zones are primarily intended to rigidify the container such as by providing post strength to improve container top loading capability. Although each zone may have a primary function,

| | | |
|---|---|---|
| [D] a protuberance continuously disposed around the perimeter of said body proximate to said top wherein said protuberance forms a ridge external to said | Newcomb, Figs. 1 & 3: | each zone also aids adjacent zones in providing their functions. Thus, the entire sidewall **16**, and not merely selected locations, reacts to the forces generated by the hot-fill process on the container **10**. To this end, a plurality of unframed and substantially smooth-surfaced flex panels **22** are provided on the sidewall **16** in an alternating pattern with a plurality of vertically elongate columns **24**. The panels **22** provide zones of expansion and vacuum absorption, and the columns **24** provide structural reinforcement zones. Both the panels **22** and the columns **24** react to the forces created by hot-fill processing.") |

| | | | |
|---|---|---|---|
| body; | | | |
| [E] a handle disposed on said body; | Newcomb, col. 1, lines 10-11 ("With reference to the drawing, a container 2 is shown having a curled upper lip to provide a smooth handling and a sealing bead 6 which serves to hold the container lid 8.")<br> | Melrose, Figs. 5& 6: | (Lane), Fig. 6: |

51282/2234622.1



| | Melrose, col. 3, line 58-col. 4, line 63 ("In another embodiment, which provides certain additional structural and functional advantages over the first-described embodiment, is illustrated in **FIGS. 5-9**. The container **110** includes a base **114**, a sidewall **116** and a dome **112** having a finish **118**. In this embodiment, each column, such as the column **124**, has an hourglass-shape in vertical elevation, with its narrowest region located at the vertical median of the sidewall **116** as determined by section line 7–7. From there, the column flares outwardly | Lane, col. 1, line 31 - col. 2, line 6 ("Biaxially-oriented polyethylene terephthalate (PET) containers have long been used to receive the hot-filled product with a resulting minimal amount of distortion in the container after cooling. To accommodate the shrinkage and negative internal pressure, the most often employed method is the incorporation of a plurality of recessed vacuum panels into the body portion of the container. The vacuum panels are designed so that as the product cools, they will deform and move inwardly. In one style of container having |