# EXHIBIT F
# Part 2 of 2



in both upward and downward directions. Each panel **122** between adjacent columns **124** is complementary and has its widest portion at the sidewall median and narrows therefrom in both upward and downward directions. Both the columns and the panels merge smoothly outwardly with the upper and lower bumpers **116a** and **116b**, respectively.

In this embodiment, each of the finger grip protrusions **132**, as discussed below, is of equal size, shape and radial extent providing better grip-ability without sacrificing flexural performance.

vacuum panels, the vacuum panels are equidistantly spaced around the body of the container and separated by land portions. A wrap around label is then used to cover all of the vacuum panels and provide the container with an aesthetically pleasing look. A major problem with containers of the above mentioned vacuum panel design is that they are not easily handled by the end consumer, particularly in 48 oz., 64 oz. and larger varieties. Plastic containers having specifically designed gripping areas, hereinafter referred to as pinch-grips, were originally seen in containers for "cold-fill" applications. Not being specifically designed for receiving a hot-fill product, those containers, which did not include vacuum panels, could not accommodate the hot-filling procedure or the

51282/2234622.1

51282/2234622.1



decrease in internal pressure which occurs in a hot-fill application. U.S. Pat. Nos. 5,141,120 and 5,141,121, both to Brown et al., are believed to be the first patents which disclose vacuum panels and pinch-grips in combination in a hot-fill container. More particularly, these patents illustrate and describe the incorporation of the vacuum panels and the pinch-grips together into a common vacuum/pinch-grip panel of the container. Since the issuance of the Brown et al. patents, other containers have also adopted the vacuum/pinch-grip panel construction. Examples of such patents include U.S. Design Pat. No. 334,457 and U.S. Pat. Nos. 5,392,937; 5,472,105 and 5,598,941. By combining the pinch-grips and vacuum panels into a common panel as done in



| | |
|---|---|
| [F] and a flexible closure removably attached and sealed to said protuberance; | **Newcomb, Fig. 1:**<br><br>**Newcomb, col. 1, lines 10-11** ("The container lid **8**, which may be formed of any suitable material, comprises a flat surface or bottom **10** and a peripherally upstanding flange **12** which is curled at its outer edge **14** to provide a smooth handling surface.") |
| | the above referenced patents, front and rear label areas can be provided in such a manner that eliminates the need for vacuum panels beneath the label. Instead, horizontal stiffening ribs are provided in these label panel areas for reinforcement and distortion resistance.") |

51282/2234622.1

| | | | |
|---|---|---|---|
| [G] wherein said bottom and said body are constructed from a material having a tensile modulus number ranging from at least about 35,000 pounds per square inch (2,381 atm) to at least about 650,000 pounds per square inch (44,230 atm); | Inherent in at least Newcomb | Inherent in at least Newcomb | Inherent in at least Newcomb |
| [H] wherein said container has a top load capacity of at least about 16 pounds (7.3 kg); and | Inherent in at least Newcomb<br><br>Newcomb, Fig. 1: | Inherent in at least Newcomb<br><br>U.S. Patent 5,515,994 (Goglio), Fig. 3: | Inherent in at least Newcomb |
| [I] wherein said closure has a one-way valve disposed thereon. | Newcomb, col. 2, lines 12-32 ("In addition to applying the aforementioned radial | Goglio, col. 1, lines 16-25 ("Valves of the above mentioned type are obviously already | Inherent in at least Newcomb |

51282/2234622.1

forces, ring **18** tends to maintain its planar shape and lies flat against the surface of the cover bottom **10**, but yet it can be deflected about the fulcrum point **20** if vertical pressure is exerted on it near the inner rime edge. This feature of the locking ring **19** is employed to control the pressure within the container. Specifically, a vent **22** is provided in the cover **12** so as to underlie locking ring **18**. The vent **22** is covered with a strip of flexible plastic tape **23** which is adhered to the surface of the bottom **10** in such a manner as to define the passageway **24** which permits gases from within the container to pass through the vent **22** and then along the passageway **24** to the atmosphere when a predetermined pressure is exceeded. The flexible tape **23** may be as described in the co-

known and are commonly called degassing valves. They are one-way valves that are normally applied to the upper wall of the container and whose purpose it is to allow the gases developed by the coffee to escape from the container--thus avoiding the possible build-up of internal overpressures which cause swelling and/or breakage of the container itself--and at the same time to prevent air from entering the container as this would impair the quality of the product.")

51282/2234622.1

pending James H. Groves application Serial No. 721,283, filed March 13, 1958, now patent 2,923,403, issued February 12, 1960, for a Pressure Relief Valve, and acts as a one way valve permitting gases to escape from the container but being resealable to prevent air from passing through vent **22** into the container."}