1 | William C. Rooklidge (SBN 134483)
Ben M. Davidson (SBN 181464)
2 | Gregory S. Cordrey (SBN 190144)
Jesse D. Mulholland (SBN 222393)
3 | HOWREY LLP
2020 Main Street
4 | Irvine, California 92614
949-721-6900
5 | 949-721-6910
E-mail: rooklidgew@howrey.com
6 | E-mail: davidsonb@howrey.com
E-mail: cordreyg@howrey.com
7 | E-mail: mulhollandj@howrey.com

8 | Mark D. Wegener (*admitted pro hac vice*)
HOWREY LLP
9 | 1299 Pennsylvania Ave, NW
Washington, DC 20004
10 | Telephone: 202-783-0800
Facsimile: 202-383-6610
11 | E-mail: wegenerm@howrey.com

12 | Attorneys for Plaintiff
The Procter & Gamble Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | Case No.: C07-04413 PJH |
| Plaintiff and Counter-Defendant, | Honorable Phyllis J. Hamilton |
| v. | **PLAINTIFF THE PROCTER & GAMBLE COMPANY'S REPLY TO DEFENDANT KRAFT FOODS GLOBAL, INC.'S COUNTERCLAIMS** |
| KRAFT FOODS GLOBAL, INC., | |
| Defendant and Counter-Claimant. | |

1  Plaintiff and Counterclaim Defendant The Procter & Gamble Company (P&G), by their
2  undersigned attorneys, reply to Kraft Foods Global, Inc.'s ("Kraft") Counterclaims as follows:

### KRAFT ALLEGATIONS

3  
4  1. P&G admits that Kraft, by asserting this counterclaim, purports not to concede, and
5  expressly disputes, the propriety of this action going forward in light of the pending reexamination of
6  the '418 patent. P&G admits that the reexamination of the '418 patent was pending as of the date
7  Kraft's counterclaims were filed. Except as expressly admitted, P&G denies the remaining allegations
8  in paragraph 1.

9  2. P&G admits that Kraft counterclaims against P&G pursuant to the patent laws of the
10 United States in Title 35 of the United States Code, with a specific remedy sought based up the law
11 authorizing actions for declaratory judgment in the courts of the United States in 28 U.S.C. §§2201 and
12 2202, and Federal Rule of Civil Procedure 13. Except as expressly admitted, P&G denies the
13 remaining allegations in paragraph 2.

### THE PARTIES

15 3. P&G admits the allegations of paragraph 3 of the Counterclaim.
16 4. P&G admits the allegations of paragraph 4 of the Counterclaim.

### JURISDICTION AND VENUE

18 5. P&G admits the allegations of paragraph 5 of the Counterclaim.
19 6. P&G admits the allegations of paragraph 6 of the Counterclaim.
20 7. P&G admits the allegations of paragraph 7 of the Counterclaim.

### COUNTERCLAIM- DECLARATORY JUDGMENT

22 8. P&G admits the allegations of paragraph 8 of the Counterclaim.

### FIRST COUNT

### DECLARATION OF NON-INFRINGEMENT OF THE '418 PATENT

25 9. P&G admits that Kraft restates and incorporates by reference each of the allegations of
26 paragraphs 1 through 7 of Section III of its Answer and Counterclaim. Except as expressly admitted,
27 P&G denies the remaining allegations in 9.

HOWREY LLP

1  10. P&G admits the allegations of paragraph 10 of the Counterclaim.

2  11. P&G admits the allegations of paragraph 11 of the Counterclaim.

3  12. P&G denies the allegations of paragraph 12 of the Counterclaim.

## SECOND COUNT

## DECLARATION OF INVALIDITY OF '418 PATENT

13. P&G admits that Kraft restates and incorporates by reference each of the allegations of paragraphs 1 through 7 of Section III of its Answer and Counterclaim. Except as expressly admitted, P&G denies the remaining allegations in paragraph 13 of the Counterclaim.

14. P&G admits the allegations of paragraph 14 of the Counterclaim.

15. P&G admits the allegations of paragraph 15 of the Counterclaim.

16. P&G denies the allegations of paragraph 16 of the Counterclaim.

## PRAYER FOR RELIEF

P&G prays that Kraft take nothing by its counterclaims, that judgment be entered for P&G and against Kraft on Kraft's counterclaims, that this be found to be an exceptional case, that P&G be awarded attorney fees, costs and interest and for such other and further relief as the Court may deem just and proper.

DATED: October 2, 2007                HOWREY LLP


By  /s/  William C. Rooklidge
        William C. Rooklidge
Attorneys for THE PROCTER AND GAMBLE COMPANY

HOWREY LLP

-2-    P&G'S REPLY TO KRAFT'S COUNTERCLAIMS
Case No.: C07-04413 PJH