UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** October 3, 2007  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4413 PJH

**Case Name:** The Procter & Gamble Company v. Kraft Foods Global

**Attorney(s) for Plaintiff:**  William C. Rooklidge
**Attorney(s) for Defendant:**  Claude M. Stern

**Deputy Clerk:** Nichole Heuerman  **Court Reporter:** Juanita Gonzalez

**PROCEEDINGS**

Defendant Kraft Foods Global Inc.'s Motion to Stay-Held. The court takes the matter under submission. The hearing date of 10/24/07 for Plaintiff's Motion for Preliminary Injunction is VACATED.

**Order to be prepared by:**  [] Pl [] Def [x] Court

**Notes:**

**cc:** file