1  William C. Rooklidge (SBN 134483)
   Ben M. Davidson (SBN 181464)
2  Gregory S. Cordrey (SBN 190144)
   Jesse D. Mulholland (SBN 222393)
3  HOWREY LLP
   2020 Main Street
4  Irvine, California 92614
   949-721-6900
5  949-721-6910
   E-mail: rooklidgew@howrey.com
6  E-mail: davidsonb@howrey.com
   E-mail: cordreyg@howrey.com
7  E-mail: mulhollandj@howrey.com

8  Mark D. Wegener (*admitted pro hac vice*)
   HOWREY LLP
9  1299 Pennsylvania Ave, NW
   Washington, DC 20004
10 Telephone: 202-783-0800
   Facsimile: 202-383-6610
11 E-mail: wegenerm@howrey.com

12 Attorneys for Plaintiff
   The Procter & Gamble Company
13

14                     **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN FRANCISCO DIVISION**

17

18  THE PROCTER & GAMBLE COMPANY,          )   Case No.: C07-04413 PJH
                                            )
19                      Plaintiff,          )   **Honorable Phyllis J. Hamilton**
    v.                                      )
20                                          )   **PLAINTIFF THE PROCTER & GAMBLE**
    KRAFT FOODS GLOBAL, INC.,               )   **COMPANY'S NOTICE OF APPEAL**
21                                          )
                        Defendant.          )
22                                          )
    _____       )
23

24

25

26

27

28
                                                         NOTICE OF APPEAL
HOWREY LLP                                               CASE NO. C07-04413 PJH

    DM_US:20819240_1

1      PLEASE TAKE NOTICE that plaintiff The Proctor & Gamble Company hereby appeals

2  pursuant to 28 U.S.C. § 1292(c)(1) and Fed. R. App. P. 4(a)(1) to the **United States Court of Appeals**

3  **for the Federal Circuit** from the Order of the District Court, entered in this case on October 11, 2007

4  granting defendant Kraft Foods Global, Inc.'s motion to stay and refusing as moot Proctor & Gamble's

5  requested preliminary injunction, and from all underlying decisions, orders, and rulings related to,

6  supporting, or incorporated in that Order.

7

8  DATED: November 9, 2007        Respectfully submitted,

9

10                  By: _____

11                     Gregory S. Cordrey

12                     HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614

13                     Telephone: (949) 721-6900
Facsimile: (949) 721-6910

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DM_US:20819240_1

1

**PROOF OF SERVICE**

2

**The Procter & Gamble Company v. Kraft Foods Global, Inc.**

3

**USDC Case No. C07-04413-PJH**

4

5    STATE OF CALIFORNIA          )
                                  )  ss.:
6    COUNTY OF ORANGE             )

7

8    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is . 2020 Main St., Suite 1000, Irvine, CA 92614.

9    On November 9, 2007, I caused to be personally served the within:

10   **PLAINTIFF THE PROCTER & GAMBLE COMPANY'S NOTICE OF APPEAL**

11   by sending a true copy thereof to First Legal Support Systems, San Francisco, and having such document(s) be personally served to.

12

13   Claude M. Stern, Esq.
     Quinn Emanuel Urquhart Oliver & Hedges, LLP
     555 Twin Dolphin Drive, suite 560
14   Redwood Shores, CA 94065-2139

15   Facsimile No.: (650) 801-5100

16   [X]  (PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of each interested party.  Original Proof of Personal Service by First Legal Support Systems will
17   follow.

18   I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

19

20   Executed on November 9, 2007, at Irvine, California.

21   _____          _____
           Carol Fallon                        (Signature)
22      (Type or print name)

23

24

25

26

27

28

-1-

DM_US:20868158_1