William C. Rooklidge (SBN 134483)
Gregory S. Cordrey (SBN 190144)
Jesse D. Mulholland (SBN 222393)
HOWREY LLP
2020 Main  Street
Irvine, California 92614
949-721-6900
949-721-6910
E-mail:  rooklidgew@howrey.com
E-mail:  cordreyg@howrey.com
E-mail:  mulhollandj@howrey.com

Mark D. Wegener (*pro hac vice* application pending)
HOWREY LLP
1299 Pennsylvania Ave, NW
Washington, DC 20004
Telephone:  202-783-0800
Facsimile:  202-383-6610
E-mail:  wegenerm@howrey.com

Attorneys for Plaintiff
The Procter & Gamble Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | Case No.:  C 07-04413 PJH |
| Plaintiff, | Hon. Phyllis J. Hamilton |
| v. | Courtroom 3, 17th Floor |
| KRAFT FOODS GLOBAL, INC., | **PROOF OF PERSONAL SERVICE RE PLAINTIFF THE PROCTER & GAMBLE COMPANY'S NOTICE OF APPEAL** |
| Defendant. | |

HOWREY LLP

DM_US:20683139_1

| Attorney or Party without Attorney:<br>WILLIAM C. ROOKLIDGE, ESQ., Bar #134482<br>HOWREY, SIMON, ARNOLD & WHITE<br>2020 MAIN STREET<br>#1000<br>IRVINE, CA 92614<br>Telephone No: 949-721-6900 | | For Court Use Only |
|---|---|---|
| Attorney for: **Plaintiff** | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

| Plaintiff: THE PROCTER & GAMBLE COMPANY |
|---|
| Defendant: KRAFT FOODS GLOBAL, INC. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-04413 PJH |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the PLAINTIFF THE PROCTER & GAMBLE COMPANY'S NOTICE OF APPEAL.

3. a. *Party served:*    CLAUDE M. STERN, ESQ./ QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

   b. *Person served:*    Shalanda "Doe", African Female, 5'7", 135lbs., 20 years of age, and black hair.

4. *Address where the party was served:*    555 Twin Dolphin Drive
   Suite 560
   REDWOOD SHORES, CA 94065

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Nov. 09, 2007 (2) at: 4:17PM

*7. Person Who Served Papers:*       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS

**First Legal Support Services** SM
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
SM (415) 626-3111, FAX (415) 626-1331

d. *The Fee for Service was:*    $75.00

e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:*    984
   *(iii) County:*    Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Tue, Nov. 13, 2007

Judicial Council Form    **PROOF OF SERVICE**    (ELLENOR RIOS)
Rule 982.9.(a)&(b) Rev January 1, 2007    1805589:lg.wilroo.97008