**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 15, 2007

U.S. Court of Appeals
For the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**CASE NUMBER: CV 07-04413 PJH**

**CASE TITLE: PROCTER AND GAMBLE CO.,-v-KRAFT FOODS GLOBAL, INC.**

USCA Case Number:

Dear Sir/Madam:

      Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                       Sincerely,

                       RICHARD W. WIEKING, Clerk

                       by: Felicia Reloba
                       Case Systems Administrator

cc: Counsel of Record