QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
  Mike D. Powell (Bar No. 202850)
    mikepowell@quinnemanuel.com

555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Kraft Foods Holdings, Inc. and
Kraft Foods Global, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC, a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07-4413 PJH<br><br>**DECLARATION OF EVETTE D. PENNYPACKER IN SUPPORT OF KRAFT'S MOTION FOR ADMINISTRATIVE RELIEF TO DETERMINE WHETHER THIS CASE SHOULD BE DEEMED RELATED TO CASE NO. 3:08-CV-00930-JCS** |

1  I, Evette D. Pennypacker, declare as follows:

2  1.  I am an attorney licensed to practice law in the State of California. I am a partner of the law firm Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record for the Defendant, Kraft Foods Global, Inc. in this matter. I make this declaration in support of Kraft's Kraft's Motion for Administrative Relief to Determine Whether This Case Should Be Deemed Related to Case No. 3:08-cv-00930-JCS. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

3  2.  Attached hereto as Exhibit A is a true and correct copy of an Order dated January 24, 2008, in the matter <u>Kraft Foods Holdings, Inc. v. The Procter & Gamble Company</u>, United States District Court for the Western District of Wisconsin, Case No. 07-cv-613-jcs ("the Wisconsin Action"), transferring certain counterclaims and third party complaints filed by The Procter & Gamble Company ("P&G") to the Northern District of California.

4  3.  Attached hereto as Exhibit B is a true and correct copy of the complaint filed by The Procter & Gamble Company in the above-captioned matter.

5  4.  Attached hereto as Exhibit C is a true and correct copy of U.S. Patent Number 7,169,418, asserted by P&G in the above-captioned matter.

6  5.  Attached hereto as Exhibit D is a true and correct copy of the counterclaims and third party complaints filed by P&G in the Wisconsin Action.

7  6.  Attached hereto as Exhibit E is a true and correct copy of U.S. Patent Number 7,169,419, asserted by P&G in the Wisconsin Action.

8  7.  Attached hereto as Exhibit F is a true and correct copy of P&G's "Preliminary Infringement Contentions" that P&G served in the Wisconsin Action as part of its Initial Disclosures.

9  8.  Attached hereto as Exhibit G is a true and correct copy of P&G's Motion for Preliminary Injunction filed in the above-captioned action on September 14, 2007.

10  9.  On February 7, 2008, I met and conferred with Martha Gooding, an attorney representing P&G, regarding whether the transferred action should be deemed related to the

above-captioned action. Based on that conversation, as well as written confirmation I received on February 14, 2008, I confirmed that P&G opposed Kraft's motion for administrative relief to determine whether P&G's transferred claims should be deemed related to the above-captioned action.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct. Executed this 14th day of February, 2008, in the City of Redwood Shores, California.

DATED: February 14, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By __//s//__
Evette D. Pennypacker
Attorneys for Kraft Foods Holdings, Inc. and Kraft Foods Global, Inc.

-3-
DECLARATION OF EVETTE D. PENNYPACKER IN SUPPORT OF KRAFT'S MOTION
FOR ADMINISTRATIVE RELIEF TO DETERMINE WHETHER THIS CASE
SHOULD BE DEEMED RELATED TO CASE NO. 3:08-CV-00930-JCS