# EXHIBIT B

1 William C. Rooklidge (SBN 134483)
  Gregory S. Cordrey (SBN 190144)
2 Jesse D. Mulholland (SBN 222393)
  HOWREY LLP
3 2020 Main Street
  Irvine, California 92614
4 949-721-6900
  949-721-6910
5 E-mail: rooklidgew@howrey.com
  E-mail: cordreyg@howrey.com
6 E-mail: mulhollandj@howrey.com

7 Mark D. Wegener (*pro hac vice* application pending)
  HOWREY LLP
8 1299 Pennsylvania Ave, NW
  Washington, DC 20004
9 Telephone: 202-783-0800
  Facsimile: 202-383-6610
10 E-mail: wegenerm@howrey.com

11 Attorneys for Plaintiff
   The Procter & Gamble Company

12

FILED
07 AUG 27 PM 12:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | Case No.: **C 07 4413 JCS** |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL** |
| v. | |
| KRAFT FOODS GLOBAL, INC., | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiff The Procter & Gamble Company ("P&G"), for its Complaint against defendant Kraft Foods Global, Inc. ("Kraft"), alleges as follows:

///
///
///
///

HOWREY LLP  Case No.
Complaint; Demand For Jury Trial

## THE PARTIES

1. Plaintiff P&G is an Ohio corporation with its principal place of business in Cincinnati, Ohio.

2. Defendant Kraft is a Delaware corporation with its principal place of business in Northfield, Illinois.

## JURISDICTION

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, including 35 U.S.C. § 271 *et seq.* The Court has personal jurisdiction over Kraft because the acts complained of have taken place in this district, including, on information and belief, through Kraft's manufacture of infringing products at its plant in San Leandro, California. Kraft has established minimum contacts with this district such that the exercise of jurisdiction over Kraft would not offend traditional notions of fair play and substantial justice.

## VENUE

4. Kraft does business in this district, including, on information and belief, by manufacturing infringing products at its plant located in San Leandro, California, and by providing infringing products that are sold in this district. Venue is proper in this district pursuant to 28 U.S.C. §§ 1331, 1391(b), (c) and 1400(b).

## INTRADISTRICT ASSIGNMENT

5. On information and belief, Kraft manufactures infringing products at its San Leandro plant, located in Alameda County. Pursuant to Civil Local Rule 3-2(c), because this is an Intellectual Property Action, it can be assigned to the San Francisco Division.

## INFRINGEMENT OF U.S. PATENT NO. 7,169,418

6. On January 30, 2007, the United States Patent & Trademark Office ("USPTO") duly and legally issued United States Patent 7,169,418 ("the '418 Patent"), entitled "Packaging system to provide fresh packed coffee." The '418 Patent was issued to inventors David Dalton, James Smith, James Bono, Sameer Mungur, Douglas Zeik, Aisha Barry, and Jennifer Ruth Floyd. These inventors have assigned all rights and interest in the '418 Patent to P&G. A true and correct copy of the '418

1  patent is attached hereto as Exhibit A.

2      7.    Kraft has infringed and continues to infringe the '418 Patent. The infringing acts
3  include at least manufacturing, using, selling, and/or offering to sell 39-ounce plastic containers of
4  Maxwell House brand coffee. Kraft is liable for infringement of the '418 Patent pursuant to 35 U.S.C.
5  § 271.

6      8.    Kraft's acts of infringement have caused and are causing damage to P&G. P&G is
7  entitled to recover from Kraft the damages sustained by P&G as a result of Kraft's infringement in an
8  amount to be proven at trial. Kraft's infringement of P&G's rights under the '418 Patent also is
9  causing, and will continue to cause, irreparable harm to P&G's business, for which there is no
10 adequate remedy at law, unless P&G is enjoined by this Court.

11     9.    Upon information and belief, Kraft's infringement of the '418 Patent is willful and
12 deliberate, entitling P&G to increased damages under 35 U.S.C. § 284 and attorney fees incurred in
13 prosecuting this action under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

15 WHEREFORE, Plaintiff P&G prays for judgment and seeks relief against Defendant Kraft as
16 follows:

17  (a)  For judgment that the '418 Patent has been infringed by Kraft;
18  (b)  For preliminary and permanent injunctions enjoining the aforesaid acts of infringement
19       by Kraft, its officers, agents, servants, employees, subsidiaries and attorneys, and those
20       persons acting in concert with Kraft, including related individuals and entities,
21       customers, representatives, dealers, and distributors;
22  (c)  For an award of actual damages;
23  (d)  For an award of pre-judgment and post-judgment interest, according to proof;
24  (e)  For an award of enhanced damages pursuant to 35 U.S.C. § 284;
25  (f)  For an award of attorney fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by
26       law;
27  (g)  For all costs of suit; and
28  ///

HOWREY LLP    Case No.
              Complaint; Demand For Jury Trial                3

(h)    For such other and further relief as the Court may deem just and proper.

DATED: *August 27, 2007*    Respectfully submitted,

By _[signature]_

William C. Rooklidge
Greg C. Cordrey
Jesse Mulholland
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910

Mark D. Wegener
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 383-0800
Facsimile: (202) 383-6610

## JURY DEMAND

P&G demands a jury trial on all issues that are triable by right to a jury.

DATED: *August 27, 2007*

Respectfully submitted,

By _/s/ William C. Rooklidge_

William C. Rooklidge
Greg C. Cordrey
Jesse Mulholland
HOWREY LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910

Mark D. Wegener
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 383-0800
Facsimile: (202) 383-6610

DM_US#20529714_4