# EXHIBIT F

# Exhibit A: P&G's Preliminary Infringement Contentions Regarding U.S. Patent 7,169,419

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz Coffee Container ("accused product") |
|---|---|
| 1. A packaging system comprising: | According to the product label, the accused product is a packaging system for packaging 39 oz of custom roasted ground coffee. |
| a blow-molded container comprising a longitudinal axis, said blow-molded container further comprising a closed bottom, an open top, and a body having an enclosed perimeter between said bottom and said top; [element a] | The accused product is a blow-molded container having a longitudinal axis with a closed bottom, an open top, and a body having an enclosed perimeter between the bottom and top. *See also* P&G-KRAFT 004009-18, 004021-30.<br><br>*Longitudinal axis*<br><br>*See also* Kraft's Published U.S. Patent Application, Pub. No. US 2007/0187412 ("'412 Publication") at [00042-43] and FIG. 14 (describing a container nearly identical to the Maxwell House container as having a base, four sides extending upward from the base and top connected to the sides so that the container defines a main interior volume to hold particulate coffee).<br><br>Kraft admits that the 39 ounce plastic container for Maxwell House brand coffee is a blow-molded container. *See* Kraft's Response to Request for Admission No. 9. |
| wherein said bottom, top, and body together define an interior volume; [element b] | The bottom, top and body of the accused product define an interior volume that holds 39 oz of ground coffee. *See also* '412 Publication at [0042-43]. |
| wherein said body comprises at least one region of deflection disposed thereon, and wherein said region of deflection disposed thereon, and where said region of deflection | The body of the accused product comprises at least one region of deflection disposed on the body. The region of deflection allows flexion and thereby has less resistance to flexing than the body of the container proximate to the region of deflection. *See also* P&G-KRAFT 004009-18, 004021-30. |

Case 3:07-cv-04413-PJH    Document 75-7    Filed 02/14/2008    Page 3 of 11

## Exhibit A: P&G's Preliminary Infringement Contentions Regarding U.S. Patent 7,169,419

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz Coffee Container ("accused product") |
|---|---|
| allows flexion and thereby has less resistance to flexing than the body of said container proximate to said region of deflection; [element c] | <br>*region of deflection*<br><br>The existence of "ribs" proximate to the area identified as the region of deflection also confirms that the identified region of deflection has less resistance to flexing than the ribs because ribs "functions to provide structural stability and further restrict movement of the container to the regions of deflection." *See* Col. 7, line 38-62; Fig. 7 (numeral 45); *compare with* '412 Publication at [0056] (describing vertical and horizontal ribs next to the side panels that are used "to help prevent side panel warping and distortion.").<br><br>*ribs* |

-2-<br>DM_US:20896380_2

## Exhibit A: P&G's Preliminary Infringement Contentions
## Regarding U.S. Patent 7,169,419

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz Coffee Container ("accused product") |
|---|---|
| | Static pictures also show that the side panels flex when the internal pressure is less than ambient pressure  **Internal pressure is a vacuum** <br><br> **Internal pressure is ambient** <br><br> Dynamic pressure tests also show that the side panels flex relative to the regions proximate to the side panels when the internal pressure is less than the ambient pressure. *See also* P&G-KRAFT 007685-86. |
| an outwardly facing annular protuberance disposed upon said body, said annular protuberance being continuously disposed around said perimeter of said body proximate to | The accused product has an outwardly facing annular protuberance disposed on the body. The protuberance is continuously disposed around the perimeter of the body proximate to the top. The protuberance forms a surface external to the body that is substantially perpendicular to the longitudinal axis. |

-3-

DM_US:20896380_2

**Exhibit A: P&G's Preliminary Infringement Contentions
Regarding U.S. Patent 7,169,419**

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz Coffee Container ("accused product") |
|---|---|
| said top wherein said protuberance forms a surface external to said body, said surface being substantially perpendicular to said longitudinal axis; and **[element d]** | The protuberance is visible when the overcap is removed.<br><br>*protuberance* |
| a flexible closure removably attached and sealed to said annular protuberance; **[element e]** | The accused product has a flexible closure that is removably attached and sealed to the protuberance. The flexible closure is visible when the cover is removed.<br><br>*flexible closure*<br><br>Kraft admits that the 39 ounce plastic container for Maxwell House brand coffee container has a "top of the can comprising a flexible lid having a vent valve to vent built-up gases" as that phrase is used in claim 1 of the '443 patent. *See* Kraft's Response to Request for Admission No. 54; *see also* Kraft's Response to Request for Admission No. 70. |
| wherein coffee is contained within said packaging system. | The accused product contains ground coffee.<br><br>Kraft admits that the 39 ounce plastic container for Maxwell |

-4-

DM_US:20896380_2

## Exhibit A: P&G's Preliminary Infringement Contentions Regarding U.S. Patent 7,169,419

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz Coffee Container ("accused product") |
|---|---|
| [element f] | House brand coffee is a container for roast ground coffee, typically shipped holding ground coffee, and was designed to contain ground coffee when shipped. *See* Kraft's Responses to Requests for Admission Nos. 8, 11 and 24; *see also* Kraft's Response to Request for Admission No. 68. |
| 2. The packaging system of claim 1 wherein said flexible closure comprises a laminate structure comprising at least one barrier layer. | The flexible closure shown of the accused product shown above has a laminate structure with a barrier layer. *See also* P&G-KRAFT 004021. |
| 3. The packaging system of claim 2 wherein said laminate further comprises a foil. | The laminate structure of the accused product includes a foil. *See also* P&G-KRAFT 004021. |
| 4. The packaging system of claim 1 wherein said flexible closure has a one-way valve disposed thereon. | The accused product has a one-way valve on the foil material.<br><br>*one-way valve*<br><br>[image of container lid with one-way valve indicated]<br><br>Kraft admits that the 39 ounce plastic container for Maxwell House brand coffee includes a valve to allow excess gas to be release [sic] from the container. *See* Kraft's Response to Request for Admission No. 26; *see also* Kraft's Response to Request for Admission No. 70. |
| 5. The packaging system of claim 1 wherein said blow-molded container comprises a material selected from the group consisting of | The labeling on the accused product indicates that the body and bottom are made of HDPE. According to P&G's testing, the Maxwell House container has a multi-layered material primarily comprising an interior layer of high density polyethylene (HDPE), a layer of ethylene vinyl alcohol copolymer (EVOH), and another layer of HDPE. The interior |

**Exhibit A: P&G's Preliminary Infringement Contentions Regarding U.S. Patent 7,169,419**

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz Coffee Container ("accused product") |
|---|---|
| polycarbonate, linear low density polyethylene, low density polyethylene, high density polyethylene, polyethylene terephthalate, polypropylene, polystyrene, polyvinyl chloride, co-polymers thereof, and combinations thereof. | layer of HDPE is a polyolefin. The middle layer of EVOH is an oxygen barrier. The composition of multi-layered material was determined using differential scanning calorimetry, infrared analysis and microscopy. *See* P&G-KRAFT 004021-30.<br><br>Kraft admits that the 39 ounce plastic container for Maxwell House brand coffee are made of High Density Polyethylene (HDPE). *See* Kraft's Response to Request for Admission No. 27. |
| 6. The packaging system of claim 5 wherein said material is a multi-layered structure. | According to P&G's testing, the accused product has a multi-layered structure comprising HDPE and EVOH layers. *See* claim 5. |
| 7. The packaging system of claim 6 wherein said multi-layered structure further comprises at least one oxygen barrier layer. | According to P&G's testing, the accused product has a multi-layered material comprising a polyolefin (HDPE) layer that is proximate to the interior and an EVOH layer that is an oxygen barrier. *See* claim 5. |
| 8. The packaging system of claim 1 wherein said body has a handle disposed thereon. | The accused product has a handle disposed on the body.<br><br>*handle* |
| 9. The packaging system of claim 8 wherein said handle is integral with said body. | The accused product has a handle that is part of the body of the container. For example, the handle is integrated with the body so that the interior of the body and handle together hold ground coffee. *See* claim 1, element c; *see also* '412 Publication at [0059] ("As shown ... there is a pass-through handle 50e provided in a corner 48 of a container ...."). |
| 10. The packaging | The accused product has a handle that is substantially parallel |

## Exhibit A: P&G's Preliminary Infringement Contentions Regarding U.S. Patent 7,169,419

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz Coffee Container ("accused product") |
|---|---|
| system of claim 8 wherein said handle is substantially parallel to said longitudinal axis of said container. | to the longitudinal axis of the container. |
| 11. The packaging system of claim 1 further comprising an overcap. | The accused product has an overcap (gold cap).<br><br>Kraft admits that the 39 ounce plastic container for Maxwell House brand coffee is typically shipped with an overcap. *See* Kraft's Responses to Requests for Admission Nos. 34 and 37; *see also* Kraft's Response to Request for Admission No. 72. |
| 12. The packaging system of claim 11 wherein said overcap is constructed from a material selected from the group consisting of polycarbonate, linear low density polyethylene, low density polyethylene, high density polyethylene, polyethylene terephthalate, polypropylene, polystyrene, polyvinyl chloride, co-polymers thereof, and combinations thereof. | The accused product has an overcap consisting of polypropylene. *See* P&G-Kraft 004021-30. |
| 13. The packaging system of claim 11 wherein said overcap further comprises a first protuberance disposed upon said overcap, said protuberance being mateingly engageable | The overcap of the accused product has a first protuberance that interlocks closely with a second protuberance on the body of the container, and the overcap is releasably attached to the container when the first and second protuberances interlock. The overcap of the Kraft container refers to this interlocking feature with the phrases, "LIFT OFF SNAP BACK ON" and "FLAVOR LOCK CANISTER." |

## Exhibit A: P&G's Preliminary Infringement Contentions Regarding U.S. Patent 7,169,419

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz Coffee Container ("accused product") |
|---|---|
| with a second protuberance disposed upon said body of said container, wherein said overcap is releasably attached to said container upon the mating engagement of said first and second protuberances. | Kraft admits that the 39 ounce plastic container for Maxwell House brand coffee containers is typically attached in a way that allows it to be removed and replaced by the end customer. *See* Kraft's Response to Request for Admission No. 36.<br><br>Kraft admits that the 39 ounce plastic container for Maxwell House brand coffee has an "overcap covering the lid and engaging the sides of the can around the periphery thereof" as that phrase is used in claim 1 of the '443 patent. *See* Kraft's Response to Request for Admission No. 54; *see also* Kraft's Response to Request for Admission No. 72. |
| 15. The packaging system of claim 1 wherein said coffee is roast and ground. | See claim 1, element f. |
| 16. The packaging system of claim 1, wherein said closed bottom of said container is concave inwardly. | The closed bottom of the Maxwell House container is concave inwardly. |
| 17. A packaging system comprising: | See claim 1, preamble. |
| a blow-molded container comprising a longitudinal axis, said blow-molded container comprising a closed bottom, an open top, and a body having an enclosed perimeter between said bottom and said top; | See claim 1, element a. |
| wherein said bottom, top, and body together define an interior volume; | See claim 1, element b. |
| wherein said body comprises at least one region of deflection disposed thereon, and wherein said region of deflection allows flexion and thereby has less resistance to flexing | See claim 1, element c. |

-8-

## Exhibit A: P&G's Preliminary Infringement Contentions Regarding U.S. Patent 7,169,419

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz Coffee Container ("accused product") |
|---|---|
| than the body of said container proximate to said region of deflection; | |
| an outwardly facing protuberance disposed upon said body, said annular protuberance being continuously disposed around the perimeter of said body proximate to said top wherein said protuberance forms a surface external to said body, said surface being substantially perpendicular to said longitudinal axis; and | See claim 1, element d. |
| a flexible closure removably attached and sealed to said protuberance; | See claim 1, element e. |
| wherein said annular protuberance translates the force of a load of at least 16 pounds disposed upon said packaging system in a direction substantially parallel to said longitudinal axis and | According to P&G's testing of the accused product, the accused product translates the force of a load of at least 16 pounds disposed upon the packaging system in a direction substantially parallel to the longitudinal axis of the container. The top load capacity was determined in accordance with an industry accepted standard method, namely the method published by the Plastic Bottle Institute: Technical Bulletin PBI 3-1968 Rev. 2 - 1990. *See* P&G-KRAFT 004017-4018. |
| wherein coffee is contained within said packaging system. | The accused product contains coffee.<br><br>Kraft admits that the 39 ounce plastic container for Maxwell House brand coffee is a container for roast ground coffee, typically shipped holding ground coffee, and was designed to contain ground coffee when shipped. *See* Kraft's Responses to Requests for Admission Nos. 8, 11 and 24. |
| 18. The packaging system of claim 17 wherein said blow-molded container is manufactured from a | According to P&G's testing of the accused product, the bottom and the body are made of a material having a tensile modulus ranging from 107,000 psi to 111,000 psi. More specifically, based on testing of the Maxwell House container by a contracted third party engineering firm and its contracted |

-9-

## Exhibit A: P&G's Preliminary Infringement Contentions Regarding U.S. Patent 7,169,419

| U.S. Patent No. 7,169,419 | Maxwell House 39 oz. Coffee Container ("accused product") |
|---|---|
| material having a tensile modulus ranging from at least about 35,000 pounds per square inch (2,381 atm) to at least about 650,000 pounds per square inch (4,230 atm). | laboratory, SAEC and Data Lab Point, respectively, the Maxwell House container has a tensile strength of about 107,000 psi to 111,000 psi. The tensile modulus was determined in accordance with industry accepted standard methods, namely ASTM D 638-02. *See* P&G-KRAFT 004010-4016.<br><br>Kraft admits that portions of the 39 ounce plastic Maxwell House container are made of a material having a tensile modulus ranging from 107,000 psi to 111,000 psi. *See* Kraft's Response to Request for Admission No. 42. |