QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
    evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KRAFT FOODS GLOBAL, INC, a Delaware Corporation,<br><br>　　　　Defendant. | CASE NO. C 07-4413 PJH<br><br>**PROOF OF SERVICE** |

Case No. 07-4413-PJH
PROOF OF SERVICE

## PROOF OF SERVICE

I, Thomas E. Wallerstein, declare under penalty of perjury under the laws of The United States of America that the following is true and correct:

I am employed in the City of Redwood Shores, County of San Mateo, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065.

**KRAFT'S NOTICE AND MOTION FOR ADMINISTRATIVE RELIEF TO DETERMINE WHETHER THIS CASE SHOULD BE DEEMED RELATED TO CASE NO. 3:08-cv-00930-JCS**

**DECLARATION OF EVETTE D. PENNYPACKER IN SUPPORT OF KRAFT'S NOTICE AND MOTION FOR ADMINISTRATIVE RELIEF TO DETERMINE WHETHER THIS CASE SHOULD BE DEEMED RELATED TO CASE NO. 3:08-cv-00930-JCS**

I caused copies of the above documents to be served on counsel for the parties in this action as follows:

| | |
|---|---|
| William C. Rooklidge | Greg Cordrey |
| RooklidgeW@howrey.com | CordreyG@howrey.com |

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from Tomwallerstein@quinnemanuel.com on February 15, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I also caused copies of the above documents to be served on the following presiding judges in this action as follows:

| | |
|---|---|
| Judge Hamilton | Magistrate Judge Spero |
| USDC, Northern District | USDC, Northern District |
| San Francisco Division | San Francisco Division |
| 450 Golden Gate Avenue | 450 Golden Gate Avenue |
| San Francisco, CA 94102 | San Francisco, CA 94102 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

Case No. 07-4413-PJH

PROOF OF SERVICE

      I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

      Executed on <u>February 15, 20078</u> at Redwood Shores, California.

_____
Thomas E. Wallerstein

Case No. 07-4413-PJH

PROOF OF SERVICE