QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com

555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GLOBAL, INC, a Delaware Corporation,<br><br>Defendant. | CASE NO. C 07-4413 PJH<br><br>**JOINT STATUS REPORT RE: PENDING REEXAMINATION PROCEEDINGS** |

JOINT STATUS REPORT
CASE NO. C 07-4413 PJH

51282/2464875.1

1    This Court's October 11, 2007 order imposing a stay of this litigation instructed the parties to submit status reports to the Court every six months, apprising the Court of the status of the pending reexamination proceedings. Pursuant to that order, the parties report as follows:

Plaintiff The Procter & Gamble Company ("P&G") appealed to the Federal Circuit this Court's October 11, 2007 order imposing a stay. Kraft Foods Global, Inc. ("Kraft") filed a motion to dismiss the appeal, on the grounds that the appeal was improper. The Federal Circuit denied Kraft's motion to dismiss without prejudice to the parties discussing the jurisdictional issues in their briefs. The appeal issues are fully briefed and pending before the Federal Circuit.

The *inter partes* reexamination of the patent in suit, U.S. Patent No. 7,169,418 ("'418 patent") remains pending before the PTO. On January 14, 2008, the PTO issued a Right to Appeal Notice pursuant to 37 C.F.R. 1.953 (Manual of Patent Examining Procedure § 2673.02). On February 14, 2008, Kraft filed its Notice of Appeal with the Board of Patent Appeals and Interferences. That appeal is pending.

On January 18, 2008, Kraft filed with the PTO a request for an *ex parte* reexamination of the '418 patent. On March 18, 2008, the PTO found that the *ex parte* reexamination request raised a substantial new question of patentability affecting all the claims of the '418 patent, and therefore granted the *ex parte* reexamination request. Kraft has requested that the *ex parte* reexamination will be combined with the pending *inter partes* request.

The parties engaged in private mediation on March 16, 2008, in an attempt to resolve this litigation, as well as the related case *Kraft Foods Holdings, Inc. and Kraft Foods Global, Inc. v. The Procter & Gamble Company*, Case No. 3:08-cv-00930-PJH, as well as a separate patent infringement case filed by Kraft against P&G in the Western District of Wisconsin, entitled *Kraft v. The Procter & Gamble Company*, 07-CV-613 bcc, pending before the Honorable Judge Barbara Crabb. The parties did not reach agreement at the mediation, but the parties continue to discuss settlement options and alternatives.

1  DATED: April 11, 2008                Respectfully submitted,

2                                       QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP
3

4                                       By /s/ Evette D. Pennypacker
5                                          Evette D. Pennypacker
                                           Attorneys for Kraft Foods Global, Inc.
6

7  DATED: April 11, 2008                HOWREY LLP

8

9
                                        By /s/ Martha Gooding
10                                         Martha Gooding
                                           Attorneys for The Procter & Gamble Company
11

51282/2464875.1

-2-

JOINT STATUS REPORT
CASE NO. C 07-4413 PJH