1  William C. Rooklidge (SBN 134483)
   Martha K. Gooding (SBN 101638)
2  Ben M. Davidson (SBN 181464)
   Gregory S. Cordrey (SBN 190144)
3  HOWREY LLP
   4 Park Plaza, Suite 1700
4  Irvine, California 92614
   949-721-6900
5  949-721-6910
   E-mail: rooklidgew@howrey.com
6  E-mail: goodingm@howrey.com
   E-mail: davidsonb@howrey.com
7  E-mail: cordreyg@howrey.com

8  Attorneys for Plaintiffs
   The Procter & Gamble Company
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | THE PROCTER & GAMBLE COMPANY, ) | Case No. 3:07-cv-04413 PJH
                                   )
15 |         Plaintiff,             ) | [~~PROPOSED~~] ORDER RE SCHEDULE FOR
                                   ) | PRELIMINARY INJUNCTION MOTION
16 |     v.                        )
                                   )
17 | KRAFT FOODS GLOBAL, INC.,     )
                                   )
18 |         Defendant.             )
                                   )

**HOWREY LLP**

DM_US:21791367_3

Case No.  3:07-cv-04413 PJH
[PROPOSED] ORDER RE SCHED. FOR PRELIM INJUNC. MTN..

1    The Court has considered the parties' Stipulated Schedule for Preliminary Injunction Motion,
2    and good cause appearing, orders as follows:
3    1.    Plaintiff The Procter & Gamble Company ("P&G") shall file its First Amended
4    Complaint no later than **January 16, 2009.**
5    2.    Each side shall be permitted to conduct limited, focused, expedited document and
6    deposition discovery directed to the preliminary injunction factors and claim construction.
7    3.    The Parties shall exchange proposed claim terms for special construction and their
8    respective proposed constructions on or before 12:00 noon on **January 23, 2009**;
9    4.    Plaintiffs' opening papers in support of their Motion for Preliminary Injunction shall be
10   filed and served no later than **January 28, 2009**.  By 5:00 p.m. on January 29, 2009, Defendant shall
11   serve its deposition notices, including its Rule 30(b)(6) deposition topics, and its document requests.
12   5.    Defendant's papers in opposition to the Motion for Preliminary Injunction shall be filed
13   and served no later than **February 16, 2009**.  By 5:00 p.m. on February 17, 2009, Plaintiffs shall serve
14   their deposition notices, including their Rule 30(b)(6) deposition topics, and their document requests.
15   6.    Plaintiffs and Defendant will work cooperatively to schedule discovery in a timely
16   fashion, so that discovery can be used in preparing each side's respective papers.
17   7.    Plaintiffs' reply papers shall be filed and served no later than **March 4, 2009**.
18   8.    The hearing on Plaintiffs' motion for preliminary injunction shall be held on
19   Wednesday, **March 25, 2009** at 9:00 a.m., or at such other date and time as the Court may order.

Dated: January 14, 2009



Hon. Phyllis J. Hamilton
Judge, United States District Court

HOWREY LLP

-1-

Case No.  3:07-cv-04413 PJH
[PROPOSED] ORDER RE SCHED. FOR PRELIM INJUNC. MTN.

DM_US:21791367_3