1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION
11
12  THE PROCTER & GAMBLE COMPANY and      )   Case No. 3:07-cv-04413 PJH
    THE FOLGERS COFFEE COMPANY,           )
13                                        )   **DISMISSAL**
              Plaintiffs,                 )
14                                        )
         v.                               )
15                                        )
    KRAFT FOODS GLOBAL, INC.,             )
16                                        )
              Defendant.                  )
17                                        )

18
19
20
21
22
23
24
25
26
27
28

1  The Court has considered the parties' Stipulated Request for Dismissal Without Prejudice, and
2  good cause appearing, hereby ORDERS that this entire action, including all claims and counterclaims,
3  be and hereby is dismissed without prejudice. Each party will bear its own costs and fees.
4
5  DATED: January _26_, 2009
6
7                                        BY: _____
8                                             Phyllis J. Hamilton
                                              United States District Court
9
10
11

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-1-

Case No. 3:07-cv-04413 PJH
DISMISSAL

DM_US:21813228_1